IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD C. O'BANNON, JR., on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>National CollegiateAthletic Association (a/k/a the "NCAA") and Collegiate Licensing Company (a/k/a "CLC"),<br><br>Defendant.<br>_____/ | CASE NO. 3:09-cv-03329-~~BZ~~ MMC<br><br>~~(Proposed)~~<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Gregory L. Curtner , whose business address and telephone number is

Miller Canfield Paddock and Stone, PLC,
101 N. Main St., 7th Floor, Ann Arbor, MI  48104
(734) 668-7697

and who is an active member in good standing of the bar of  STATE OF MICHIGAN

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing  National Collegiate Athletic Association.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: August 4, 2009

~~BERNARD ZIMMERMAN~~
~~United States Magistrate Judge~~
Maxine M. Chesney
United States District Judge