JUL 29 PM 5:06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD C. O'BANNON, JR., on behalf of himself and all others similarly situated,

    Plaintiff,

v.

National CollegiateAthletic Association (a/k/a the "NCAA") and Collegiate Licensing Company (a/k/a "CLC"),

    Defendant.

CASE NO. 3:09-cv-03329 ~~BZ~~ MMC

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

ATLEEN KAUR, whose business address and telephone number is Miller Canfield Paddock and Stone, PLC, 101 N. Main St., 7th Floor, Ann Arbor, MI 48104 (734) 668-7663

and who is an active member in good standing of the bar of STATE OF MICHIGAN having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing National Collegiate Athletic Association.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: August 4, 2009

~~BERNARD ZIMMERMAN~~
~~United States Magistrate Judge~~
Maxine M. Chesney
United States District Judge