~~JUL 29 PM 5: 07~~
~~CLERK~~
~~NORTHERN U.S. DISTRICT COURT~~
~~CALIFORNIA~~

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD C. O'BANNON, JR., on
behalf of himself and all others similarly
situated,

        Plaintiff,

    v.

National CollegiateAthletic Association
(a/k/a the "NCAA") and Collegiate
Licensing Company (a/k/a "CLC"),

        Defendant.

                    /

CASE NO. 3:09-cv-03329-~~BZ~~ MMC

~~(Proposed)~~
**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE***

KIMBERLY K. KEFALAS        , whose business address and telephone number is

Miller Canfield Paddock and Stone, PLC,
101 N. Main St., 7th Floor, Ann Arbor, MI 48104
(734) 668-7629

and who is an active member in good standing of the bar of STATE OF MICHIGAN

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing National Collegiate Athletic Association.

      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated: August 4, 2009

                                ~~BERNARD ZIMMERMAN~~
                                ~~United States Magistrate Judge~~
                                Maxine M. Chesney
                                United States District Judge

United States District Court
For the Northern District of California