| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Type name, address, phone number of applicant here

```
Peter M. Boyle
Kilpatrick Stockton LLP
607 - 14th Street, N.W. - Ninth Floor
Washington, D.C.  20005 - 202 508-5831
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Edward C. O'Bannon, Jr. et al.

                Plaintiff(s),

              v.

National Collegiate Athletic Association et al.

              Defendant(s).   /

CASE NO. CV: 09-3329(MMC)

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

FILED AUG 6 2009 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

    Pursuant to Civil L.R. 11-3,   Peter M. Boyle  , an active member in good standing of the bar of   the District of Columbia  , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing   Collegiate Licensing Company ("CLC")   in the above-entitled action.

    In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:   Gennaro August Filice, III (SBN:  061112)
Filice Brown Eassa & McLeod LLP
Lake Merritt Plaza, 1999 Harrison Street, 18th Flr.
Oakland, California  94612-0850 - 510-444-3131

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   August 3, 2009