| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Constance K. Robinson, Esq.
Kilpatrick Stockton LLP
607 14th Street, N.W., Suite 900
Washington, DC 20005
T: (202) 508-5822

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

EDWARD C. O'BANNON, JR., et al.,

            Plaintiff(s),

v.

NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION, ET AL.,

            Defendant(s).

CASE NO. CV:09-3329 mmc

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Constance K. Robinson, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Collegiate Licensing Company in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Gus Filice, Esq., Filice Brown Eassa & McLeod, 1099 Harrison Street, 18th Floor, Oakland, CA 94612, T: (510) 444-3131

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 3, 2009

*[signature]*

*[FILED AUG - 6 2009 RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]*