RECEIVED AUG - 6 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Edward C. O'Bannon, Jr. et al.

CASE NO. CV: 09-3329 (MMC)

Plaintiff,

v.

National Collegiate Athletic Association et al.

Defendant.

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Peter M. Boyle
Kilpatrick Stockton LLP
607 - 14th Street, N.W., Suite 900
Washington, D.C.  20005
202 - 508-5831

, whose business address and telephone number is

and who is an active member in good standing of the bar of the District of Columbia having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Collegiate Licensing Company ("CLC")

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: August 11, 2009

_____
United States District Judge