IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD O'BANNON, JR.<br><br>        Plaintiff,<br><br>  v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al.,<br><br>        Defendants.<br>_____/ | No. C 09-3329 CW<br><br>ORDER CONTINUING HEARINGS TO NOVEMBER 17, 2009 AND TAKING DEFENDANTS' MOTION TO CHANGE VENUE UNDER SUBMISSION |

    Notice is hereby given that the Court, on its own motion, shall continue the hearings on Plaintiff's joint motion to consolidate actions (Docket No. 55) and motion to appoint lead counsel (Docket No. 76) to **November 17, 2009 at 2:00 p.m.**, in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.

    IT IS SO ORDERED.

Dated: September 23, 2009

                                      CLAUDIA WILKEN
                                      United States District Judge