IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD O'BANNON, JR.

    Plaintiff,

  v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al.,

    Defendants.

No. C 09-3329 CW

ORDER CONTINUING HEARINGS TO NOVEMBER 17, 2009

    Notice is hereby given that the Court, on its own motion, shall continue the hearings on Plaintiff's joint motion to consolidate actions (Docket No. 55) and motion to appoint lead counsel (Docket No. 76) to **November 17, 2009 at 2:00 p.m.**, in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.

    IT IS SO ORDERED.

Dated: September 23, 2009

CLAUDIA WILKEN
United States District Judge