Gregory L. Curtner (*Pro Hac Vice*)
curtner@millercanfield.com
Robert J. Wierenga (SBN183687)
wierenga@millercanfield.com
Kimberly K. Kefalas (*Pro Hac Vice*)
kefalas@millercanfield.com
Atleen Kaur (*Pro Hac Vice*)
kaur@millercanfield.com
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
101 North Main St., 7th Floor
Ann Arbor, MI  48104
Telephone:  (734) 663-2445
Facsimile:  (734) 663-8624

Jason A. Geller (SBN168149)
jgeller@longlevit.com
Glen R. Olson (SBN111914)
golson@longlevit.com
David Borovsky (SBN 216588)
dborovsky@longlevit.com
LONG & LEVIT LLP
465 California Street, 5th Floor
San Francisco, CA  94104
Telephone:  (415) 397-2222
Facsimile:  (415) 397-6392

Attorneys for Defendant
National Collegiate Athletic Association

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| EDWARD C. O'BANNON, JR., on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION (a/k/a the "NCAA"), and COLLEGIATE LICENSING COMPANY, (a/k/a "CLC").<br>Defendants. | Case No. 3:09-cv-03329 CW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT NCAA'S MOTION TO DISMISS**<br><br>Date:      November 17, 2009<br>Time:     2:00 P.M.<br>Dept:      Courtroom 2, 4th Floor<br>Judge:    Hon. Claudia Wilken<br><br>Date Comp. Filed:  July 21, 2009 |

1     IT IS HEREBY ORDERED that Defendant NCAA's Motion to Dismiss is GRANTED.

2     IT IS SO ORDERED.

4   DATED: _____

                                      Honorable Claudia Wilken
5                                         United States District Judge

7  17302043.1\063863-00041

---

**[PROPOSED] ORDER GRANTING DEFENDANT NCAA'S MOTION TO DISMISS**
Case No. 3:09-cv-03329-CW