Michael P. Lehmann (SBN 77152)
Jon T. King (SNB 205073)
Arthur N. Bailey (SNB 248460)
HAUSFELD LLP
44 Montgomery Street, 34th Floor
San Francisco, CA 94104
Tel: (415) 633-1908
Fax: (415) 358-4980
Email: mhausfeld@hausfeldllp.com
         mjones@hausfeldllp.com

Allan Steyer (SBN 100318)
STEYER LOWENTHAL BOODROOKAS
 ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, California 94111
Telephone: (415) 421-3400
Facsimile: (415) 421-2234
Email: asteyer@steyerlaw.com

Attorneys for Plaintiff Edward C. O'Bannon, Jr.

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| Edward C. O'Bannon, Jr., on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL COLLEGIATE ATHLETIC ASSOCIATION and COLLEGIATE LICENSING COMPANY <br><br> Defendants. | Case No. 4:09-cv-03329-CW <br><br> **ORDER DENYING REQUEST FOR STIPULATED ORDER REVISING BRIEFING SCHEDULE FOR MOTIONS TO DISMISS** |

1

2   Pursuant to Civil L.R. 6-1(b) and 6-2, the parties, through their undersigned counsel who
3   are authorized to enter into this stipulation on their behalf, hereby stipulate and agree to the
4   following schedule by which Plaintiff Edward C. O'Bannon must serve and file his oppositions
5   to Defendants' Motions to Dismiss the Complaint and by which the National Collegiate Athletic
6   Association ("NCAA") and The Collegiate Licensing Company ("CLC") must file their reply
7   briefs in support of such Motions.

8   WHEREAS NCAA and CLC have filed Motions to Dismiss the Complaint in this matter;
9   WHEREAS the parties have agreed to allow Plaintiff to serve and file his opposition to
10  the Motions to Dismiss on November 3, 2009 and to allow the NCAA and CLC to serve and file
11  their reply briefs in support of such Motions on November 10, 2009.  The parties are not
12  requesting any change to the November 17, 2009 hearing date for these motions, and Defendants
13  would oppose any change to the hearing date:

14  NOW, THEREFORE, the parties hereby stipulate that:
15
16  Plaintiff will serve and file his oppositions to the Motions to Dismiss on November 3,
17  2009 and Defendants the NCAA and CLC will serve and file their reply briefs in support of such
18  Motions on November 10, 2009.

19  SO STIPULATED AND AGREED:

20

21
    Dated: October __, 2009       By:   _____
22
                                        Jason A. Geller
23                                      LONG & LEVIT LLP
24                                      Attorneys for Defendant NCAA

25  ///
    ///
26  ///
27  ///
28

C 08-02402-VRW
C:\Documents and Settings\Workstation\Local Settings\Temp\notes95EC0B\ncaa.clc.stip.enlarge.time.wpd

///
///

1  Dated: October __, 2009        By:     _____

Allan Steyer
STEYER LOWENTHAL BOODROOKAS
ALVAREZ & SMITH LLP
Attorneys for Plaintiff Edward C. O'Bannon Jr.

Dated: October __, 2009        By:     _____

Peter M. Boyle (pro hac vice)
KILPATRICK STOCKTON LLP
Attorneys for Defendant CLC

**THE STIPULATION IS NOT ACCEPTED. IT DOES NOT ALLOW THE COURT THE TWO WEEKS IT NEEDS TO CONSIDER THE PAPERS.**

IT IS SO ORDERED:                     *[signature: Claudia Wilken]*

Dated: October 23, 2009        _____

Honorable Claudia Wilken,
United States District Court

3

C 08-02402-VRW
C:\Documents and Settings\Workstation\Local Settings\Temp\notes95EC0B\ncaa.clc.stip.enlarge.time.wpd