JAY S. COHEN
SPECTOR ROSEMAN KODROFF & WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel: 215-496-0300

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDWARD C. O'BANNON, JR.,

              Plaintiff(s),

v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al.,

              Defendant(s).

CASE NO. 09-cv-3329-CW

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, JAY S. COHEN, an active member in good standing of the bar of PENNSYLVANIA, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing PLAINTIFF in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Jon T. King               Tel: 415-633-1908
HAUSFELD LLP, 44 Montgomery, Suite 3400, San Francisco, CA 94104

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 6, 2009

JAY S. COHEN