```
              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
```

KELLER v. ELECTRONIC ARTS          NO. C 09-01967 CW
O'BANNON v. NCAA                   NO. C 09-03329 CW
BISHOP v. ELECTRONIC ARTS          NO. C 09-04128 CW
NEWSOME v. NCAA                    NO. C 09-04882 CW
ANDERSON v. NCAA                   NO. C 09-05100 CW
WIMPRINE v. NCAA                   NO. C 09-05134 CW
JACOBSON v. NCAA                   NO. C 09-05372 CW
RHODES v. NCAA                     NO. C 09-05378 CW

**MINUTE ORDER**
Date: 12/17/09

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill      Court Reporter:** Diane Skillman

**Appearances for Plaintiffs:**
Allan Steyer; Michael Hausfeld; Megan James; Michael Lehman; Jon T. King; Beko Reblitz Richardson; Jiang Xiao Athena Hou; Bryan Clobes; Jessica Grant; Steven Bishop; Karl Olson; Michael Ram; Stuart Paynter; Leonard Aragon; Robert Carey; Eric Fastoff; Kelly Dermody; Garret Blanchfield

**Appearances for Defendants:**
Gregory Cartner; Elsa Kircher Gole; Robert Van Nest; Robert Wienengor; Jason Geller; Adam Lauridson; R. Charles Henn; Gennaro Filice; Peter Boyle

**Motions:**

| | | |
|---|---|---|
| Defendant Collegiate Licensing Co. | Mo. to dismiss the complaint pursuant to FRCP 12(b)(6) | Under Submission |
| Defendant NCAA | Mo. to dismiss complaint pursuant to FRCP 12(b)(1), 12(b)(6); statement of relief sought | Under Submission |
| Electronic Arts, Inc. | Mo. to Dismiss the complaint pursuant to FRCP 12(b)(6) | Under Submission |
| Electronic Arts, Inc. | Mo. to strike pursuant to Cal. | Under Submission |

| | | |
|---|---|---|
| Defendant NCAA | Code Civ. Proc. 425.16 (Anti-Slapp) | Under Submission |
| Defendant Collegiate Licensing Company | Mo. to dismiss complaint pursuant to FRCP 12(b)(6) | Under Submission |
| Defendant NCAA | Mo. to dismiss the complaint pursuant to FRCP 12(b)(6) | Under Submission |
| Defendant Collegiate Licensing Co. | Mo. to dismiss complaint | Under Submission |
| Plaintiffs | Mo. to dismiss the complaint pursuant to FRCP 12(b)(1) and 12(b)(6) | Under Submission |
| Plaintiffs | Mo. for appointment of interim lead counsel pursuant to FRCP 23(g) | Under Submission |
| Plaintiffs Keller and O'Bannon | Mo. to appoint lead counsel | Under Submission |
| Plaintiff Bryon Bishop | Joint Mo. to consolidate actions | Under Submission |
| | Mo. for consolidation of Bishop (CV-09-4128 CW) and Keller (CV-09-1967 CW) actions pursuant to FRCP 42 | |

Further briefing due:
Order to be prepared by: Court

**Case Management Conference Held?:** Yes

Notes: Court will consider consolidation for all purposes except trial. Court inclined to dismiss with leave to file amended consolidated complaint in all cases. Parties to meet and confer re interim lead counsel and coordinating and having all cases in one jurisdiction. **Further Cases Management Conference for all cases set for 4/27/10 at 2:00 p.m.**

Copies to: Chambers