LATHAM & WATKINS LLP
  Daniel M. Wall (Bar No. 102580)
  Timothy L. O'Mara (Bar No. 212731)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095
Email: Dan.Wall@lw.com
Email: Tim.OMara@lw.com

Attorneys for Defendant
ELECTRONIC ARTS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEOFFREY PECOVER and JEFFREY LAWRENCE, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELECTRONIC ARTS INC., a Delaware Corporation,<br><br>Defendant. | CASE NO. C 08-02820 VRW<br><br>[~~PROPOSED~~] ORDER RELATING CASE |

Before the Court is Defendant Electronic Arts Inc.'s motion to relate *In re NCAA Student-Athlete Name & Likeness Licensing Litigation*, No. CV-09-1967 CW, with this case, *Pecover v. Electronic Arts Inc.*, No. C 08-02820 VRW.

The Court finds that the standards to relate a case under Civil L.R. 3-12 are met, and therefore GRANTS the request to relate *In re NCAA Student-Athlete Name & Likeness Licensing Litigation*, No. CV-09-1967 CW with *Pecover v. Electronic Arts Inc.*, No. C 08-02820 VRW.

The Clerk of the Court shall notify the parties.

IT IS SO ORDERED.

Dated: April 13, 2010

The Hon. Judge Vaughn R Walker
United States District Chief Judge

SF\744331