UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EDWARD C. O'BANNON, JR.,

    Plaintiff,

   v.

NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION, et al.,

    Defendants.

NO. C 09-03329 CW

**MINUTE ORDER**
Date: May 28, 2014

Time: 1 hour and 35 minutes

**The Honorable Claudia Wilken, Presiding**
**Clerk: Nikki D. Riley    Court Reporter: Diane Skillman**

**Appearances for Plaintiff:**
William Isaacson; Allan Steyer; Michael Hausfeld; Bruce Wecker; Michael Lehmann; Leonard Aragon appearing via CourtCall; Seth Rosenthal appearing via CourtCall; Renae Steiner appearing via CourtCall

**Appearances for Defendant:**
Glenn Pomerantz; Kelly Klaus; Carolyn Hoecker Luedtke; Rohit Singla; Greg Cutner appearing via CourtCall; Christina Fahmy appearing via CourtCall; James Slaughter

**Pretrial Conference - HELD**

Notes: Motions in Limine are ruled on as recited on the record.

All previously set court trial dates are maintained.

Copies to:  Chambers