1

2

3

4

5

Hagens Berman Sobol Shapiro LLP
Robert B. Carey (*Pro Hac Vice*)
Leonard W. Aragon (*Pro Hac Vice*)
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
E-mail:rob@hbsslaw.com
          leonard@hbsslaw.com

Michael P. Lehmann (Cal. Bar No. 77152)
Arthur N. Bailey, Jr. (Cal. Bar No. 248460)
HAUSFELD LLP
44 Montgomery St., 34th Floor
San Francisco, CA 94104
Telephone: (415) 633-1908
Facsimile: (415) 358-4980
Email: mlehmann@hausfeldllp.com
          abailey@hausfeldllp.com

6

7

[Additional Counsel Listed on Signature Page]

8

9

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

10

11

12

13

14

15

16

17

SAMUEL KELLER et al.,

          Plaintiffs,

     v.

NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION; COLLEGIATE
LICENSING COMPANY; and
ELECTRONIC ARTS INC.,

          Defendants.

Case No. 09-cv-1967 CW

**PLAINTIFFS' NOTICE OF MOTION AND
MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT**

Judge:        Honorable Claudia Wilken
Date:         July 3, 2014
Time:         2:00 p.m.
Courtroom:    Fourth Floor, No. 2

18

19

20

21

22

23

24

25

EDWARD O'BANNON, et al.,

          Plaintiffs,

     v.

NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION; COLLEGIATE
LICENSING COMPANY; and
ELECTRONIC ARTS INC.,

          Defendants.

Case No. 09-cv-3329 CW

26

27

28

PLEASE TAKE NOTICE THAT, upon the Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, the Declarations of Michael D. Hausfeld and Steve W. Berman, and all other papers and proceedings herein, Plaintiffs move this Court, pursuant to Rule 23 of the Federal Rules of Civil Procedure, to enter an Order:

(1)     preliminarily approving the Settlement Agreement between Plaintiffs and Electronic Arts Inc. ("EA") with an Execution Date of May 15, 2014 (the "EA Settlement Agreement"), on the grounds that its terms are sufficiently fair, reasonable, and adequate for notice to be issued to the Settlement Classes as defined in the EA Settlement Agreement (the "Settlement Classes");

(2)     certifying the Settlement Classes for purposes of settlement only, pursuant to Federal Rule of Civil Procedure 23(c), and authorizing Plaintiffs to represent the Settlement Class;

(3)     approving the form of notice and the notice plan; and

(4)     appointing the following law firms as Class Counsel: Hausfeld LLP, Hagens Berman Sobol Shapiro LLP, The McKenna Law Firm LLC, and Lum, Positan & Drasco LLP; and

(5)     granting such other and further relief as may be appropriate.

Oral argument on this motion, if any, will be held on July 3, 2014 at 2 p.m., before the Honorable Claudia Wilken, United States District Judge, at the United States Courthouse, 1301 Clay Street, Oakland, California 94612.

Dated: May 30, 2014                          Respectfully submitted,

By:   */s/ Leonard W. Aragon*                By:  */s/ Michael P. Lehmann*
Robert B. Carey (*Pro Hac Vice*)             Michael P. Lehmann (Cal. Bar No. 77152)
Leonard W. Aragon (*Pro Hac Vice*)           Arthur N. Bailey, Jr. (Cal. Bar No. 248460)
HAGENS BERMAN SOBOL SHAPIRO LLP              HAUSFELD LLP
11 West Jefferson Street, Suite 1000         44 Montgomery St., 34th Floor
Phoenix, Arizona 85003                       San Francisco, CA 94104
Telephone: (602) 840-5900                    Telephone:  (415) 633-1908
Facsimile: (602) 840-3012                    Facsimile:  (415) 358-4980
Email: rob@hbsslaw.com                       E-mail: mlehmann@hausfeldllp.com
       leonard@hbsslaw.com                           abailey@hausfeldllp.com

Steve W. Berman                              Michael D. Hausfeld (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP              Hilary K. Scherrer (Cal. Bar No. 209451)
1918 Eighth Ave., Suite 3300                 Sathya S. Gosselin (Cal. Bar. No. 269171)
Seattle, WA 98101                            HAUSFELD LLP
Telephone:  (206) 623-7292                   1700 K Street, NW, Suite 650
Facsimile:  (206) 623-0594                   Washington, DC 20006
Email: steve@hbsslaw.com                     Telephone:  (202) 540-7200
                                             Facsimile:  (202) 540-7201
Stuart M. Paynter (226147)                   E-mail: mhausfeld@hausfeldllp.com
Celeste H.G. Boyd (*Pro Hac Vice*)                   hscherrer@hausfeldllp.com
THE PAYNTER LAW FIRM PLLC                             sgosselin@hausfeldllp.com
1200 G Street N.W., Suite 800
Washington, DC 20005                         *Counsel for the Antitrust Plaintiffs*
Telephone: (202) 626-4486
Facsimile: (866) 734-0622
Email: stuart@smplegal.com                   By:   */s/ Keith McKenna*
       cboyd@smplegal.com                    Keith McKenna
                                             THE MCKENNA LAW FIRM, LLC
*Counsel for the Keller Right of Publicity*  96 Park Street
*Plaintiffs*                                 Montclair, NJ 07042
                                             Telephone: 973-509-0050
                                             Facsimile: 973-509-3580
                                             Email:  keith.mckenna@mcklaw.net

                                             Dennis J. Drasco
                                             Arthur M. Owens
                                             LUM, DRASCO & POSITAN LLC
                                             103 Eisenhower Pkwy.
                                             Roseland, NJ 07068
                                             Telephone: 973-403-900
                                             Facsimile: 973-403-9021
                                             Email: ddrasco@lumlaw.com
                                                    aowens@lumlaw.com

                                             *Counsel for the Hart Right of Publicity*
                                             *Plaintiffs*

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### CERTIFICATE OF SERVICE

I, Hilary K. Scherrer, declare that I am over the age of eighteen (18) and not a party to the entitled action. I am a partner in the law firm of HAUSFELD LLP, and my office is located at 1700 K Street NW, Suite 650, Washington, DC 20006.

On May 30, 2014, I caused to be filed the following:

(1) **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT;**

(2) **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT and EXHIBIT 1 thereto;**

(3) **DECLARATION OF MICHAEL D. HAUSFELD;**

(4) **DECLARATION OF STEVE W. BERMAN; and**

(5) **DECLARATION OF LEONARD W. ARAGON**

with the Clerk of Court using the Official Court Electronic Document Filing System, which served copies on all interested parties registered for electronic filing.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Hilary K. Scherrer
Hilary K. Scherrer

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT