MICHAEL D. HAUSFELD (*pro hac vice*)
mhausfeld@hausfeldllp.com
HILARY K. SCHERRER (SBN 209451)
hscherrer@hausfeldllp.com
SATHYA S. GOSSELIN (SBN 269171)
sgosselin@hausfeldllp.com
SWATHI BOJEDLA (*pro hac vice*)
sbojedla@hausfeldllp.com
HAUSFELD LLP
1700 K Street, NW, Suite 650
Washington, D.C.  20006
Telephone:     (202) 540-7200
Facsimile:      (202) 540-7201

MICHAEL P. LEHMANN (SBN 77152)
mlehmann@hausfeldllp.com
BRUCE J. WECKER (SBN 78530)
bwecker@hausfeldllp.com
HAUSFELD LLP
44 Montgomery Street, Suite 3400
San Francisco, California  94104
Telephone:     (415) 633-1908
Facsimile:      (415) 358-4980

*Plaintiffs' Class Counsel with Principal Responsibility for the Antitrust Claims*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EDWARD C. O'BANNON, JR. on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION (NCAA); ELECTRONIC ARTS, INC.; and COLLEGIATE LICENSING COMPANY,<br><br>Defendants. | Case No.  4:09-cv-3329 CW<br><br>[PROPOSED] ORDER GRANTING ANTITRUST PLAINTIFFS' REQUEST PURSUANT TO GENERAL ORDER 58.IV.E TO BRING ELECTRONIC AND OTHER MISCELLANEOUS EQUIPMENT INTO THE COURTROOM<br><br>Judge:     The Honorable Claudia Wilken<br>Courtroom: 2, 4th Floor<br>Trial:        June 9, 2014 |

Having considered Antitrust Plaintiffs ("APs") Request pursuant to General Order 58.IV.E to bring electronic equipment into the Courtroom, and finding good cause therefore, APs' Request is GRANTED.

APs shall be permitted to bring the following equipment into the courtroom for use at trial beginning June 9, 2014:

1. Extension cord(s)
2. Printer (1) and associated cord(s)
3. Computer monitor (1) and associated cord(s)
4. PowerPoint remote control
5. Laser pointer
6. Switcher and associated cord
7. VGA and audio cable(s)
8. Folding table (1)
9. Anchor speaker (1) and associated cord
10. Distribution Amplifier (splitter) and associated cord
11. Scanner and associated cord(s)
12. WiFi Hub and associated cord
13. Mousepad
14. Table skirt
15. Mouse
16. Laptops (4) and associated cords/power supplies
17. Chairs (2) for trial technicians
18. iPads (2)
19. External Hard Drives
20. Flash drives
21. Miscellaneous office supplies as needed including without limitation paper clips, staplers, highlighters, computer paper, sticky notes, etc.
22. Boxes containing binders and/or printouts of trial exhibits

-2-

1
2
3   Dated: June 4, 2014                    By: _____
4                                              Hon. Claudia Wilken
                                               United States Chief District Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28