1  GLENN D. POMERANTZ (State Bar No. 112503)
   glenn.pomerantz@mto.com
2  KELLY M. KLAUS (State Bar No. 161091)
   kelly.klaus@mto.com
3  ROHIT K. SINGLA (State Bar No. 213057)
   rohit.singla@mto.com
4  CAROLYN H. LUEDTKE (State Bar No. 207976)
   carolyn.luedtke@mto.com
5  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
6  Twenty-Seventh Floor
   San Francisco, California 94105-2907
7  Telephone:    (415) 512-4000
   Facsimile:    (415) 512-4077
8
   Attorneys for Defendant
9  National Collegiate Athletic Association

10

11                    UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

13

14  EDWARD O'BANNON, *et al.*,               Case No. 4:09-CV-3329-CW

15                                           **NCAA's REVISED LIVE TRIAL WITNESS LIST**

16              Plaintiffs,

                                             Judge:   Hon. Claudia Wilkin, Chief Judge
17              v.                           Trial Date: June 9, 2014

18  NATIONAL COLLEGIATE ATHLETIC
    ASSOCIATION; COLLEGIATE
    LICENSING COMPANY; and
19  ELECTRONIC ARTS INC.,

20              Defendants.

21

22

23

24

25

26

27

28

23594018.2                                                          4:09-CV-3329-CW
NCAA'S REVISED LIVE TRIAL WITNESS LIST

Pursuant to this Court's instruction at the May 28, 2014 pretrial conference, the National Collegiate Athletic Association ("NCAA") hereby submits this revised, narrowed trial witness list for witnesses it intends to call live at trial commencing on June 9, 2014.  This narrows the witness list submitted on May 14, 2014, Docket No. 1070-2, which sets forth the subject matter of testimony for each witness listed below.  The NCAA continues to work to revise its deposition designations from its original list of deposition designations.

The following are the NCAA's anticipated live witnesses at trial:

1. Britton Banowsky
2. David Brandon
3. Mary Sue Coleman
4. James Delany
5. Michael Dennis
6. Diane Dickman
7. Mark Emmert
8. James Heckman
9. Jonathan LeCrone
10. Kevin Lennon
11. Mark Lewis
12. Bernard Muir
13. Harris Pastides
14. Todd Petr
15. Neal Pilson
16. Christine Plonsky
17. Daniel Rubinfeld
18. Greg Sankey
19. Lauren Stiroh

1 | DATED: June 4, 2014               MUNGER, TOLLES & OLSON LLP
2
3
4                                    By:    /s/ Carolyn Hoecker Luedtke
                                            CAROLYN HOECKER LUEDTKE
5
6                                    Attorneys for Defendant
                                     National Collegiate Athletic Association
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

23594018.2                           -3-                          4:09-CV-3329-CW
                    NCAA'S REVISED LIVE TRIAL WITNESS LIST