1 | GLENN D. POMERANTZ (State Bar No. 112503)
glenn.pomerantz@mto.com
2 | KELLY M. KLAUS (State Bar No. 161091)
kelly.klaus@mto.com
3 | ROHIT K. SINGLA (State Bar No. 213057)
rohit.singla@mto.com
4 | CAROLYN H. LUEDTKE (State Bar No. 207976)
carolyn.luedtke@mto.com
5 | MUNGER, TOLLES & OLSON LLP
560 Mission Street
6 | Twenty-Seventh Floor
San Francisco, California 94105-2907
7 | Telephone:   (415) 512-4000
Facsimile:    (415) 512-4077
8 |
Attorneys for Defendant
9 | National Collegiate Athletic Association

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| EDWARD O'BANNON, *et al.*, | Case No. 4:09-CV-3329-CW |
| Plaintiffs, | **NCAA's AMENDED REVISED LIVE TRIAL WITNESS LIST** |
| v. | Judge:   Hon. Claudia Wilkin, Chief Judge |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; COLLEGIATE LICENSING COMPANY; and ELECTRONIC ARTS INC., | Trial Date: June 9, 2014 |
| Defendants. | |

Pursuant to this Court's instruction at the May 28, 2014 pretrial conference, the National Collegiate Athletic Association ("NCAA") hereby submits this revised, narrowed trial witness list for witnesses it intends to call live at trial commencing on June 9, 2014.  This narrows the witness list submitted on May 14, 2014, Docket No. 1070-2, which sets forth the subject matter of testimony for each witness listed below.  The NCAA continues to work to revise its deposition designations from its original list of deposition designations.

The following are the NCAA's anticipated live witnesses at trial:

1. Britton Banowsky
2. David Brandon
3. Mary Sue Coleman
4. James Delany
5. Michael Dennis
6. Diane Dickman
7. Mark Emmert
8. James Heckman
9. Mark Hollis
10. Jonathan LeCrone
11. Kevin Lennon
12. Mark Lewis
13. Bernard Muir
14. Harris Pastides
15. Todd Petr
16. Neal Pilson
17. Christine Plonsky
18. Daniel Rubinfeld
19. Greg Sankey
20. Lauren Stiroh

1 | DATED: June 4, 2014            MUNGER, TOLLES & OLSON LLP

By:    */s/ Carolyn Hoecker Luedtke*
       CAROLYN HOECKER LUEDTKE

Attorneys for Defendant
National Collegiate Athletic Association