GLENN D. POMERANTZ (State Bar No. 112503)
glenn.pomerantz@mto.com
KELLY M. KLAUS (State Bar No. 161091)
kelly.klaus@mto.com
ROHIT K. SINGLA (State Bar No. 213057)
rohit.singla@mto.com
CAROLYN H. LUEDTKE (State Bar No. 207976)
carolyn.luedtke@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077

Attorneys for Defendant
National Collegiate Athletic Association

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| EDWARD C. O'BANNON, JR. on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; ELECTRONIC ARTS, INC.; and COLLEGIATE LICENSING COMPANY,<br><br>Defendants. | Case No. 09-CV-3329-CW<br><br>**DEFENDANT NCAA'S REQUEST PURSUANT TO GENERAL ORDER 58.IV.E TO BRING ELECTRONIC AND OTHER MISCELLANEOUS EQUIPMENT INTO THE COURTROOM**<br><br>Judge:   Hon. Hon. Claudia Wilken<br>Crtrm.:  2, 4th Floor<br><br>Trial Date:        June 9, 2014 |

1  TO THE COURT, ALL PARTIES AND ATTORNEYS OF RECORD THEREIN:

2  PLEASE TAKE NOTICE that pursuant to General Order No. 58.IV.E, Defendant National

3  Collegiate Athletic Association ("NCAA") hereby requests to bring the following electronic and

4  other miscellaneous equipment into the courtroom for use at trial beginning June 9, 2014:

5   1. Extension cords

6   2. Printers and associated cords

7   3. Computer monitor and associated cords

8   4. PowerPoint remote controls

9   5. Laser pointers

10  6. Switcher and associated cords

11  7. VGA and audio cables

12  8. Folding tables

13  9. Anchor speaker and associated cords

14  10. Distribution amplifier (splitter) and associated cords

15  11. Scanner and associated cords

16  12. WiFi hub and associated cords

17  13. Mouse pads

18  14. Table shirts

19  15. Mice

20  16. Laptops and associate cords/power supplies

21  17. Chairs for trial technicians

22  18. iPads

23  19. External hard drives

24  20. Flash drives

25  21. Miscellaneous office supplies as needed including without limitation paper clips,

26  staplers, highlighters, computer paper, sticky notes, etc.

27  22. Boxes containing binders and/or printouts of trial exhibits

28  23. Library carts

The electronic equipment requested herein is necessary for NCAA's use of demonstratives and presentation of exhibits at trial that have been created using PowerPoint or other electronic presentation software.  The other miscellaneous equipment listed herein is necessary for non-electronic presentation of demonstratives and evidence, and the organization and movement of documents at trial.

DATED:  June 4, 2014

MUNGER, TOLLES & OLSON LLP

GLENN D. POMERANTZ
KELLY M. KLAUS
ROHIT K. SINGLA
CAROLYN H. LUEDTKE


By:   */s/ Carolyn H. Luedtke*
CAROLYN H. LUEDTKE
Attorneys for Defendant
National Collegiate Athletic Association