IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD O'BANNON, et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; ELECTRONIC ARTS INC.; and COLLEGIATE LICENSING COMPANY,<br><br>    Defendants.<br>_____/ | No. C 09-3329 CW<br><br>ORDER DIRECTING NCAA TO RESPOND TO MOTION TO STRIKE |

On June 4, 2014, Plaintiffs filed a motion to strike a recent declaration of one of Defendant National Collegiate Athletic Association's (NCAA) experts, Dr. Daniel Rubinfeld. Docket No. 179. The NCAA shall file a response to Plaintiffs' motion by 12:00 p.m. on June 6, 2014. The response shall not exceed five pages.

IT IS SO ORDERED.

Dated: 6/5/2014

CLAUDIA WILKEN
United States District Judge