| | |
|---|---|
| MICHAEL D. HAUSFELD (*pro hac vice*)<br>mhausfeld@hausfeldllp.com<br>HILARY K. SCHERRER (SBN 209451)<br>hscherrer@hausfeldllp.com<br>SATHYA S. GOSSELIN (SBN 269171)<br>sgosselin@hausfeldllp.com<br>SWATHI BOJEDLA (*pro hac vice*)<br>sbojedla@hausfeldllp.com<br>HAUSFELD LLP<br>1700 K Street, NW, Suite 650<br>Washington, D.C. 20006<br>Telephone:   (202) 540-7200<br>Facsimile:    (202) 540-7201<br><br>MICHAEL P. LEHMANN (SBN 77152)<br>mlehmann@hausfeldllp.com<br>BRUCE J. WECKER (SBN 78530)<br>bwecker@hausfeldllp.com<br>HAUSFELD LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, California  94104<br>Telephone:   (415) 633-1908<br>Facsimile:    (415) 358-4980<br><br>*Plaintiffs' Class Counsel with Principal Responsibility for the Antitrust Claims* | GLENN D. POMERANTZ (SBN 112503)<br>glenn.pomerantz@mto.com<br>KELLY M. KLAUS (SBN 161091)<br>kelly.klaus@mto.com<br>ROHIT K. SINGLA (SBN 213057)<br>rohit.singla@mto.com<br>CAROLYN HOECKER LUEDTKE (SBN 207976)<br>carolyn.luedtke@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, Twenty-Seventh Floor<br>San Francisco, California 94105-2907<br>Telephone:   (415) 512-4000<br>Facsimile:    (415) 512-4077<br><br>GREGORY L. CURTNER (*Pro Hac Vice*)<br>gcurtner@schiffhardin.com<br>ROBERT J. WIERENGA (SBN 183687)<br>rwierenga@schiffhardin.com<br>SCHIFF HARDIN LLP<br>350 Main St., Suite 210<br>Ann Arbor, MI  48104<br>Telephone:   (734) 222-1500<br>Facsimile:    (734) 222-1501<br><br>*Attorneys for Defendant<br>National Collegiate Athletic Association* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EDWARD C. O'BANNON, JR. on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION (NCAA); ELECTRONIC ARTS, INC.; and COLLEGIATE LICENSING COMPANY,<br><br>Defendants. | Case No.  4:09-cv-3329 CW<br><br>**ANTITRUST PLAINTIFFS' AND NCAA'S JOINT REQUEST PURSUANT TO GENERAL ORDER 58.IV.E TO BRING MISCELLANEOUS ITEMS INTO THE COURTROOM**<br><br>Judge:         The Honorable Claudia Wilken<br>Courtroom:  2, 4th Floor<br>Trial:            June 9, 2014 |

TO THE COURT, ALL PARTIES AND ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that pursuant to General Order No. 58.IV.E., Antitrust Plaintiffs ("APs") and the National Collegiate Athletic Association ("NCAA") hereby jointly request to bring the following miscellaneous items into the courtroom or the attorney lounge for use at trial beginning June 9, 2014:

1. bottled water, and
2. assorted granola bars, fruit, and other food items.

Dated: June 5, 2014                              Respectfully submitted,

                                                            */s/ Sathya Gosselin*
Michael D. Hausfeld (*pro hac vice*)
Hilary K. Scherrer (Cal. Bar No. 209451)
Sathya S. Gosselin (Cal. Bar No. 269171)
Swathi Bojedla (*pro hac vice*)
HAUSFELD LLP
1700 K Street, NW, Suite 650
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201
E-mail: mhausfeld@hausfeldllp.com
        hscherrer@hausfeldllp.com
        sgosselin@hausfeldllp.com
        sbojedla@hausfeldllp.com

Michael P. Lehmann (Cal. Bar No. 77152)
Arthur N. Bailey, Jr. (Cal. Bar No. 248460)
HAUSFELD LLP
44 Montgomery St., 34th Floor
San Francisco, CA 94104
Telephone: (415) 633-1908
Facsimile: (415) 358-4980
E-mail: mlehmann@hausfeldllp.com
        abailey@hausfeldllp.com

*Plaintiffs' Class Counsel with Principal Responsibility for the Antitrust Claims*

By: ___/s/ Carolyn H. Luedtke___
Glenn D. Pomerantz (SBN 112503)
Kelly M. Klaus (SBN 161091)
Rohit K. Singla (SBN 213057)
Carolyn Hoecker Luedtke (SBN 207976)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: glenn.pomerantz@mto.com
kelly.klaus@mto.com
rohit.singla@mto.com
carolyn.luedtke@mto.com

Gregory L. Curtner (*Pro Hac Vice*)
Robert J. Wierenga (SBN 183687)
SCHIFF HARDIN LLP
350 Main St., Suite 210
Ann Arbor, MI 48104
Telephone: (734) 222-1500
Facsimile: (734) 222-1501
Email: gcurtner@schiffhardin.com
rwierenga@schiffhardin.com

*Attorneys for Defendant*
*National Collegiate Athletic Association*