MICHAEL D. HAUSFELD (*pro hac vice*)
mhausfeld@hausfeldllp.com
HILARY K. SCHERRER (SBN 209451)
hscherrer@hausfeldllp.com
SATHYA S. GOSSELIN (SBN 269171)
sgosselin@hausfeldllp.com
SWATHI BOJEDLA (*pro hac vice*)
sbojedla@hausfeldllp.com
HAUSFELD LLP
1700 K Street, NW, Suite 650
Washington, D.C. 20006
Telephone:    (202) 540-7200
Facsimile:    (202) 540-7201

MICHAEL P. LEHMANN (SBN 77152)
mlehmann@hausfeldllp.com
BRUCE J. WECKER (SBN 78530)
bwecker@hausfeldllp.com
ARTHUR N. BAILEY, JR. (SBN 248460)
abailey@hausfeldllp.com
HAUSFELD LLP
44 Montgomery Street, Suite 3400
San Francisco, California 94104
Telephone:    (415) 633-1908
Facsimile:    (415) 358-4980

*Plaintiffs' Class Counsel with Principal Responsibility for the Antitrust Claims*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWARD C. O'BANNON, JR. on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION (NCAA); ELECTRONIC ARTS, INC.; and COLLEGIATE LICENSING COMPANY,<br><br>Defendants. | Case No. 4:09-cv-3329 CW<br><br>**ANTITRUST PLAINTIFFS' AMENDED TRIAL EXHIBIT LIST**<br><br>Dept:          Courtroom 2, 4th Floor<br>Judge:         Hon. Claudia Wilken<br>Complaint filed: May 5, 2009<br>Trial:           June 9, 2014 |

1  Antitrust Plaintiffs ("Plaintiffs") hereby submit their Amended Trial Exhibit List for the
2  Court's review, attached hereto at Exhibit A.

3  Plaintiffs reserve all rights to use at trial any exhibits identified by the NCAA in its Trial
4  Exhibit List disclosed in the NCAA's May 14, 2014 Pretrial Submission (Dkt. No. 1070-1).
5  Plaintiffs' inclusion of any document on their trial exhibit list does not constitute an admission as
6  to the authenticity or admissibility of any such document.  Plaintiffs reserve the right to withdraw
7  any designated document or testimony from that list.  Plaintiffs reserve the right to modify or
8  change sponsoring witness information in response to the NCAA's objections, time constraints, or
9  for any other legitimate purpose.

11 Date:   June 5, 2014                                    Respectfully submitted,

       */s/ Sathya Gosselin*
13 Michael D. Hausfeld (*pro hac vice*)
   Hilary K. Scherrer (Cal. Bar No. 209451)
14 Sathya S. Gosselin (Cal. Bar. No. 269171)
   Swathi Bojedla (*pro hac vice*)
15 HAUSFELD LLP
   1700 K Street, NW, Suite 650
16 Washington, DC 20006
   Telephone:  (202) 540-7200
17 Facsimile:  (202) 540-7201
   E-mail:mhausfeld@hausfeldllp.com
18         hscherrer@hausfeldllp.com
           sgosselin@hausfeldllp.com
19         sbojedla@hausfeldllp.com

21 Michael P. Lehmann (Cal. Bar No. 77152)
   Arthur N. Bailey, Jr. (Cal. Bar No. 248460)
22 HAUSFELD LLP
   44 Montgomery St., 34th Floor
23 San Francisco, CA 94104
   Telephone:  (415) 633-1908
24 Facsimile:  (415) 358-4980
   E-mail:mlehmann@hausfeldllp.com
25         abailey@hausfeldllp.com

26 *Plaintiffs' Class Counsel with Principal Responsibility for the Antitrust Claims*

-1-    Case No. 09-cv-3329-CW
ANTITRUST PLAINTIFFS' AMENDED TRIAL EXHIBIT LIST

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification to the e-mail addresses registered.

By: _/s/Sathya S. Gosselin_____
Sathya S. Gosselin