MICHAEL D. HAUSFELD (*pro hac vice*)
mhausfeld@hausfeldllp.com
HILARY K. SCHERRER (SBN 209451)
hscherrer@hausfeldllp.com
SATHYA S. GOSSELIN (SBN 269171)
sgosselin@hausfeldllp.com
SWATHI BOJEDLA (*pro hac vice*)
sbojedla@hausfeldllp.com
HAUSFELD LLP
1700 K Street, NW, Suite 650
Washington, D.C.  20006
Telephone:     (202) 540-7200
Facsimile:      (202) 540-7201

MICHAEL P. LEHMANN (SBN 77152)
mlehmann@hausfeldllp.com
BRUCE J. WECKER (SBN 78530)
bwecker@hausfeldllp.com
ARTHUR N. BAILEY, JR. (SBN 248460)
abailey@hausfeldllp.com
HAUSFELD LLP
44 Montgomery Street, Suite 3400
San Francisco, California  94104
Telephone:     (415) 633-1908
Facsimile:      (415) 358-4980

*Plaintiffs' Class Counsel with Principal Responsibility for the Antitrust Claims*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWARD C. O'BANNON, JR. on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION (NCAA); ELECTRONIC ARTS, INC.; and COLLEGIATE LICENSING COMPANY,<br><br>Defendants. | Case No.  4:09-cv-3329 CW<br><br>**ANTITRUST PLAINTIFFS' AMENDED TRIAL EXHIBIT LIST**<br><br>Dept:                 Courtroom 2, 4th Floor<br>Judge:               Hon. Claudia Wilken<br>Complaint filed:  May 5, 2009<br>Trial:                  June 9, 2014 |

1    Antitrust Plaintiffs ("Plaintiffs") hereby submit their Amended Trial Exhibit List for the
2  Court's review, attached hereto at Exhibit A.
3    Plaintiffs reserve all rights to use at trial any exhibits identified by the NCAA in its Trial
4  Exhibit List disclosed in the NCAA's May 14, 2014 Pretrial Submission (Dkt. No. 1070-1).
5  Plaintiffs' inclusion of any document on their trial exhibit list does not constitute an admission as
6  to the authenticity or admissibility of any such document. Plaintiffs reserve the right to withdraw
7  any designated document or testimony from that list. Plaintiffs reserve the right to modify or
8  change sponsoring witness information in response to the NCAA's objections, time constraints, or
9  for any other legitimate purpose.

Date:   June 5, 2014                    Respectfully submitted,

 */s/ Sathya Gosselin*
Michael D. Hausfeld (*pro hac vice*)
Hilary K. Scherrer (Cal. Bar No. 209451)
Sathya S. Gosselin (Cal. Bar. No. 269171)
Swathi Bojedla (*pro hac vice*)
HAUSFELD LLP
1700 K Street, NW, Suite 650
Washington, DC 20006
Telephone:  (202) 540-7200
Facsimile:  (202) 540-7201
E-mail: mhausfeld@hausfeldllp.com
        hscherrer@hausfeldllp.com
        sgosselin@hausfeldllp.com
        sbojedla@hausfeldllp.com

Michael P. Lehmann (Cal. Bar No. 77152)
Arthur N. Bailey, Jr. (Cal. Bar No. 248460)
HAUSFELD LLP
44 Montgomery St., 34th Floor
San Francisco, CA 94104
Telephone:  (415) 633-1908
Facsimile:  (415) 358-4980
E-mail: mlehmann@hausfeldllp.com
        abailey@hausfeldllp.com

*Plaintiffs' Class Counsel with Principal Responsibility for the Antitrust Claims*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification to the e-mail addresses registered.

By: _/s/Sathya S. Gosselin_____
Sathya S. Gosselin