# Exhibit A

**Plaintiffs' Exhibits with No NCAA Objections**

| Trial Exhibit No. | Description |
|---|---|
| 248 | NCAAPROD00190486- NCAAPROD00190488 - 07/16/06 Draft Minutes of the Student Athlete Likeness Meeting |
| 250 | NCAAPROD00199495- NCAAPROD00199496 - 09/27/06 Email from Rachel Newman to David Knopp |
| 252 | NCAAPROD00206598- NCAAPROD00206601 - 03/23/07 Email from David Knopp to Chris Plonsky & Kevin Lennon |
| 255 | NCAAPROD00072570-NCAAPROD00072581 - 09/25/06 Email from David Knopp to Frank Rhodes |
| 269 | NCAAPROD00185745- NCAAPROD00185746 - 08/29/08 Email from David Berst to Myles Brand |
| 270 | NCAAPROD00182953 - 09/04/08 Email from Myles Brand to David Berst |
| 275 | NCAAPROD00247417- NCAAPROD00247418 - 11/21/07 Email chain among David Knopp, Kevin Lennon, Greg Shaheen, Wendy Walters, Leeland Zeller, Scott Bearby, David Berst and Jim Haynes |
| 278 | NCAAPROD00246939-41 - 7/28/08 Email chain among Greg Shaheen, David Berst, Myles Brand, Wally Renfro, Beth Debauche, Bob Williams, Scott Bearby, David Knopp, Greg Weitekamp, Bernard Franklin, Kevin Lennon |
| 298 | NCAAPROD00205096 - 5/24/09 Email from Greg Shaheen to David Knopp |

| | |
|---|---|
| 400 | NCAAPROD00292647- NCAAPROD00292734 - 04/22/10 "Multi-Media Agreement between Turner Broadcasting System, Inc., CBS Broadcasting Inc., and the National Collegiate Athletic Association" (cover letter dated June 4, 2010). |
| 420 | NCAAPROD00245955-56 - 01/07/05 Supplement No. 1 "Discussion Document - Review of Endorsement and Promotional Activities Involving the Likeness of Student-Athletes" |
| 421 | NCAAPROD00120233-NCAAPROD00120237 - 12/03/07 Email from Myles Brand to Carol Roland |
| 424 | NCAAPROD00148806- NCAAPROD00148810 - 10/17/10 Email from Wally Renfro to Mark Emmert, forwarded to Diane Young by Mark Emmert |
| 425 | NCAAPROD00236835- NCAAPROD00236845 - 04/07/11 Email from Nicole Branken to Jim Isch, Wally Renfro, David Berst, Todd Petr, Lorry Weaver, and Monica Richardson, attaching 04/05/11 2011 Presidential Survey Retreat Results |
| 429 | NCAAPROD00237827- NCAAPROD00237832 - 12/06/08 Report of the NCAA Division I Task Force on Commercial Activity in Intercollegiate Athletics - Meeting Report from its October 6, 2008 meeting |
| 835 | NCAAPROD00103570- NCAAPROD00103572 - 07/14/06 Email from Myles Brand to Kevin Lennon, David Berst, Bernard Franklin, and Greg Shaheen |
| 887 | NCAAPROD00168121- NCAAPROD00168125 - 08/07/11 Email from Jeffrey Hathaway to Mark Emmert [initial email from Dutch Baughman and Other retreat attendees: Bob Bowlsby, Tom Jernstedt, Scott Kretchmar, Jon Lecrone, Craig Littlepage, Jeff Orleans, Amy Perko, Todd Turner and Wright Waters] |

| | |
|---|---|
| 2005 | NCAAPROD00531044- NCAAPROD00531053 - 01/27/05 Agenda for Promotions/Endorsements Discussion Group, attaching Supplement No. 1 "Discussion Document - Review of Endorsement and Promotional Activities Involving the Likeness of Student-Athletes" and Supplement No. 2 "Proposed Recommendations from the Membership Services/Corporate Broadcast Alliance Task Force" |
| 2008 | NCAAPROD00386754-NCAAPROD00386755 - 5/03/05 Email from Bo Kerin to Scott Bearby, Dennis Cryder, Ellen Ferris, David Knopp, Kevin Lennon, Wally Renfro, Bill Saum, Greg Shaheen and Wendy Walters |
| 2009 | NCAAPROD00181044-NCAAPROD00181046 - 5/04/05 Email from Bo Kerin to Scott Bearby, Dennis Cryder, Ellen Ferris, David Knopp, Kevin Lennon, Wally Renfro, Bill Saum, Greg Shaheen and Wendy Walters |
| 2011 | NCAAPROD00207992-NCAAPROD00208033 - 01/04/06 Email from Greg Shaheen to Scott Bearby, David Knopp, Peter Davis, and Greg Weitekamp, attaching State of the Association Speech |
| 2016 | NCAAPROD00121273- NCAAPROD00121281 - 05/15/06 Abe Frank Letter to Congress |
| 2017 | NCAAPROD00236390-NCAAPROD00236455 - 01/28/08 Email from Marilyn Segarra to Wally Renfro and Unknown (merrils@agb.org), attaching 10/2006 October 2006 Report issued by the Presidential Task Force on the Future of Division I Intercollegiate Athletics entitled The Second-Century Imperatives, Presidential Leadership - Institutional Accountability |
| 2018 | NCAAPROD00225690- NCAAPROD00225694 - 10/05/06 Timeline of Agent and Amateurism Subcommittee's Promotional Activities Discussions (February 2004- June 2006) |

| | |
|---|---|
| 2019 | 01/07 Presentation of GOALS and SCORE Studies to 2007 NCAA Convention http://www.ncaa.org/sites/default/files/Student-Athlete%20Perspectives%20on%20Their%20College%20Experience.pdf |
| 2020 | NCAAPROD00019684- NCAAPROD00019687 - 01/11/07 NCAA Study Group on Use of SA NIL, Summary of Invited Guest Comments |
| 2024 | NCAAPROD00303507-NCAAPROD00303548 - 11/06/07 "NCAA's Bundled Rights and the Marketplace" Presentation to the DI MBB Committee |
| 2027 | NCAAPROD00448033-NCAAPROD00448034 - 01/02/08 Email from Kevin Lennon to Leeland Zeller and David Knopp |
| 2030 | NCAAPROD00122212- NCAAPROD00122213 - 01/05/08 Email Chain among David Berst, Myles Brand, and Greg Shaheen |
| 2032 | NCAAPROD00353009- NCAAPROD00353012 - 01/17/08 Email chain among Leeland Zeller, Jim Haynes, Wendy Walters, Brad Hostetter, Bo Kerin, Scott Bearby and Steve Mallonee |
| 2033 | NCAAPROD00084885-NCAAPROD00084924 - 02/21/08 Email from Vicki McEachran to David Berst, with CAIA attachments |
| 2037 | NCAAPROD00247582- NCAAPROD00247585 - 07/28/08 Email Chain among Greg Shaheen, Myles Brand, David Berst, Wally Renfro, Beth Debauche, Bob Williams, Scott Bearby, David Knopp, Greg Weitekamp, Bernard Franklin, Kevin Lennon |
| 2038 | NCAAPROD00225241- NCAAPROD00225243 - 08/26/08 Memo from Myles Brand to university presidents |
| 2039 | NCAAPROD00119784-NCAAPROD00119785 - 09/04/08 Email from David Berst to Myles Brand, Kevin Lennon, Greg Shaheen, David Knopp, Bernard Franklin and Wally Renfro, attaching Principles Related to Commercial Activities in Intercollegiate Athletics |

| 2041 | NCAAPROD00120185- NCAAPROD00120186 - 09/08/08 Email Chain among David Berst, David Knopp, Wally Renfro, Myles Brand, Kevin Lennon, Greg Shaheen, Bernard Franklin |
|---|---|
| 2042 | NCAAPROD00234445-NCAAPROD00234446 - 09/30/08 Email from David Berst to Myles Brand, Kevin Lennon, Wally Renfro and Greg Shaheen |
| 2044 | NCAAPROD00121267 - 10/02/08 Email among David Berst, Kevin Lennon and Myles Brand |
| 2047 | NCAAPROD00104068-NCAAPROD00104082 - 01/12/09 Email from David Berst to Tom Douple, John Swofford, Karl Benson, Jamie Zaninovich, Wright Waters, Tom Burnett, Carolyn Schlie Fernovich, Tom Hansen, Jon Steinbrecher, John Iamarino, Craig Thompson, Doug Elgin, Dennis Thomas, Rich Chryst, Richard Ensor, Jeff Orleans, Jon LeCone, Thomas Yeager, Dennis Farrell, James Delany, Kyle Kallander, Doug Fullerton, Mike Tranghese, Ted Gumbart, Bernadette McGlade, Patty Viverito, Britton Banowsky, Mike Slive, Beth Debauche, Greg Sankey, Greg Shaheen and Unknown (d.sharp@swac.org, nero@americaeast.com), attaching Final Report of the NCAA Task Force on Commercial Activity in Division I Intercollegiate Athletics |
| 2048 | NCAAPROD00104886-NCAAPROD00104900 - 01/12/09 Email from Greg Shaheen to Brenda Butz, attaching Final Report of the NCAA Task Force on Commercial Activity in Division I Intercollegiate Athletics |
| 2056 | NCAAPROD00206075- NCAAPROD00206077 - 05/11/09 Email from Beth Debauche to David Knopp [earlier emails include: Scott Bearby, David Knopp, David Berst] |
| 2057 | NCAAPROD00303845-NCAAPROD00303867 - 06/04/09 Email from Greg Shaheen to Jamie Zaninovich attaching The NCAA, Bundled Rights, Basketball & More presentation slides |
| 2065 | NCAAPROD00334266-NCAAPROD00334277 - 05/14/10 Email from Wally Renfro to Lydia Sanchez and Diane Young, attaching Presidential Briefing Documents |

| | |
|---|---|
| 2066 | Protecting the Collegiate Model<br><br>Originally from:<br>http://fs.ncaa.org/Docs/newmedia/2010/Emmert/Part5/protecting.html |
| 2067 | Amateurism<br><br>Originally from:<br>http://fs.ncaa.org/Docs/newmedia/2010/Emmert/Part5/amateurism.html |
| 2068 | Commercialism<br><br>Originally from:<br>http://fs.ncaa.org/Docs/newmedia/2010/Emmert/Part5/commercialism.html |
| 2070 | NCAAPROD00216748- NCAAPROD00216749 - 06/26/10 Email from Greg Weitekamp to David Knopp, Lenny Daniels and Matthew Hong |
| 2071 | NCAAPROD00237222-NCAAPROD00237228 - 07/06/10 Email from Lorry Weaver to Wally Renfro and Diane Young, attaching Report to Administrative Committee |
| 2073 | NCAAPROD00215616-NCAAPROD00215624 - 08/03/10 Email from Lorry Weaver to Jim Isch and Bob Fiala re FY 2010 Report (attaching memo to Compensation Committee re Fiscal Year 2010 Report) |
| 2074 | NCAAPROD00220893- NCAAPROD00220904 - 10/11/10 Email from Lorry Weaver (on behalf of Jim Isch) to self, attaching NCAA Strategic Communication Plan October 1, 2010 |
| 2075 | NCAAPROD00184677 - 12/13/10 Email from David Berst to FBS Commissioners |

| 2077 | 01/13/11 Summary of findings from 2010 GOALS and SCORE Studies of SA Experience (to be presented at NCAA Convention 01/13/11) <br><br> http://www.ncaa.org/sites/default/files/%E2%80%A2Summary%20of%20Findings%20from%20the%202010%20GOALS%20and%20SCORE%20Studies%20of%20the%20Student-Athlete%20Experience.pdf |
|---|---|
| 2078 | 2010 GOALS study presentation, pulled from the NCAA's website at: <br><br> http://www.ncaa.org/sites/default/files/DI_GOALS_FARA_final_1.pdf. |
| 2081 | NCAAPROD00623735- NCAAPROD00623741 - 08/24/11 Agenda: Collegiate Model, Rules Subcommittee |
| 2083 | NCAAPROD0722868-NCAAPROD0722873 - 09/30/11 Email from Dave Schnase to Wally Renfro, Judy Baker and Lynn Dickey re Competitive Equity, attaching Competitive Equity Within Intercollegiate Athletics |
| 2084 | NCAAPROD0714894-NCAAPROD0714976 - 10/11/11 Meeting acceptance for Lynn Dickey, David Berst, Jackie Campbell, Lynn Holzman, Brad Hostetter, LuAnn Humphrey, Jim Isch, Kevin Lennon, Steve Mallonee, Donald Remy, Wally Renfro, Dave Schnase and Emily Wollet, attaching agenda |
| 2085 | NCAAPROD0737653-NCAAPROD0737657 - 11/29/11 Email from Dave Schnase to Kevin Lennon, David Berst, Jackie Campbell, Diane Dickman, Jon Duncan, Lynn Holzman, Brad Hostetter, LuAnn Humphrey, Jim Isch, Steve Mallonee, Bill Regan, Donald Remy, Wally Renfro, Geoff Silver and Emily Wollet re NCAA Working Group on Collegiate Model-Rules, attaching Supplement No. 6a - Competitive Equity Within Intercollegiate Athletics |

| 2086 | NCAAPROD00624079-NCAAPROD00624210 - 12/13/11 Annotated Agenda for Meeting of NCAA Working Group on Collegiate Model - Rules (with attachments) |
| 2088 | NCAAPROD00140586- NCAAPROD00140625 - 02/26/12 Division I Agenda (PowerPoint) |
| 2093 | NCAAPROD00631223- NCAAPROD00631264 - 09/26/13 Agenda for Division I Amateurism Cabinet Teleconference - "Use of Likeness - Promotional Activities related to Student- Athlete Employment, Draft Legislative Concepts" , with supplemental documents |
| 2097 | 03/12/14 Enhanced List of Policies Subject to Group of Five Autonomous Decision-Making |
| 2100 | NCAAPROD00246939-42 - 7/28/08 Email chain among Greg Shaheen, David Berst, Myles Brand, Wally Renfro, Beth Debauche, Bob Williams, Scott Bearby, David Knopp, Greg Weitekamp,  Bernard Franklin, Kevin Lennon] |
| 2104 | NCAAPROD00296082- NCAAPROD00296139 - 12/06/94 "National Collegiate Basketball Championship Agreement" |
| 2288 | 01/12/03 NCAA State of the Association address by Myles Brand |
| 2289 | 01/08/05 NCAA State of the Association by Myles Brand: "The Myths of College Sports: Debunking the Four Great Commonly Held Misperceptions About Intercollegiate Athletics" |
| 2290 | NCAAPROD00019599 - 01/07/06 2006 State of the Association by Myles Brand, excerpted |
| 2291 | 01/12/08 2008 State of the Association by Myles Brand |
| 2294 | 01/15/09 State of the Association by Wally Renfro |

| 2295 | NCAAPROD00233314 - 12/04/09  Email from Diane Young to Wally Renfro, forwarding 01/05/09 "Challenges of Commercial Activity" speech |
|------|------|
| 2296 | 01/15/10 2010 State of the Association by Jim Isch |
| 2340 | 2013-2014 NCAA 2014 Division I Manual |
| 2401 | EA0132819 - 05/16/07 Microsoft Excel spreadsheet |
| 2403 | EA0135544 - 05/16/07 Microsoft Excel spreadsheet |
| 2484 | NCAAPROD00206598-NCAAPROD00206618 - 03/23/07 Email from David Knopp to Chris Plonsky and Kevin Lennon |
| 2485 | 01/13/11 2011 State of the Association Speech |