| | |
|---|---|
| MICHAEL D. HAUSFELD (*pro hac vice*) | GLENN D. POMERANTZ (SBN 112503) |
| mhausfeld@hausfeldllp.com | glenn.pomerantz@mto.com |
| HILARY K. SCHERRER (SBN 209451) | KELLY M. KLAUS (SBN 161091) |
| hscherrer@hausfeldllp.com | kelly.klaus@mto.com |
| SATHYA S. GOSSELIN (SBN 269171) | ROHIT K. SINGLA (SBN 213057) |
| sgosselin@hausfeldllp.com | rohit.singla@mto.com |
| SWATHI BOJEDLA | CAROLYN HOECKER LUEDTKE (SBN 207976) |
| sbojedla@hausfeldllp.com (*pro hac vice*) | carolyn.luedtke@mto.com |
| HAUSFELD LLP | MUNGER, TOLLES & OLSON LLP |
| 1700 K Street, NW, Suite 650 | 560 Mission Street, Twenty-Seventh Floor |
| Washington, D.C. 20006 | San Francisco, California 94105-2907 |
| Telephone: (202) 540-7200 | Telephone: (415) 512-4000 |
| Facsimile: (202) 540-7201 | Facsimile: (415) 512-4077 |
| | |
| MICHAEL P. LEHMANN (SBN 77152) | GREGORY L. CURTNER (*Pro Hac Vice*) |
| mlehmann@hausfeldllp.com | gcurtner@schiffhardin.com |
| BRUCE J. WECKER (SBN 78530) | ROBERT J. WIERENGA (SBN 183687) |
| bwecker@hausfeldllp.com | rwierenga@schiffhardin.com |
| HAUSFELD LLP | SCHIFF HARDIN LLP |
| 44 Montgomery Street, Suite 3400 | 350 Main St., Suite 210 |
| San Francisco, California 94104 | Ann Arbor, MI 48104 |
| Telephone: (415) 633-1908 | Telephone: (734) 222-1500 |
| Facsimile: (415) 358-4980 | Facsimile: (734) 222-1501 |
| | |
| Antitrust Plaintiffs' Class Counsel | Attorneys for Defendant National Collegiate Athletic Association |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWARD C. O'BANNON, JR. on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL COLLEGIATE ATHLETIC ASSOCIATION (NCAA); ELECTRONIC ARTS, INC.; and COLLEGIATE LICENSING COMPANY, <br><br> Defendants. | Case No. 09-cv-3329-CW <br><br> **STIPULATION AND [PROPOSED] ORDER CONCERNING DISMISSAL OF CLAIMS** <br><br> Judge: Hon. Claudia Wilken <br> Crtrm: 2, 4th Floor |

23530916.2            Case No. 09-cv-3329-CW
STIPULATION AND [PROPOSED] ORDER CONCERNING DISMISSAL OF CLAIMS

WHEREAS, the individual named Antitrust Plaintiffs are defined as Ed O'Bannon, Oscar Robertson, William Russell, Harry Flournoy, Alex Gilbert, Sam Jacobson, Thad Jaracz, David Lattin, Patrick Maynor, Tyrone Prothro, Damien Rhodes, Eric Riley, Bob Tallent, Danny Wimprine, Ray Ellis, Jake Fischer, Jake Smith, Darius Robinson, Chase Garnham, and Moses Alipate ("Antitrust Plaintiffs");

WHEREAS, on May 14, 2014, Antitrust Plaintiffs informed the National Collegiate Athletic Association (NCAA) and the Court that the Antitrust Plaintiffs do not seek a jury trial on their claims but rather intend to try their claims exclusively to the Court;

WHEREAS, on May 19, 2014, Antitrust Plaintiffs filed a statement informing the Court that they are dismissing with prejudice all claims against the NCAA for individual damages, disgorgement of profits, and an accounting, while preserving their claims for injunctive and declaratory relief;

**IT IS HEREBY STIPULATED AND AGREED THAT:**

1. Each individual named Antitrust Plaintiff dismisses with prejudice all of their claims against the NCAA for individual damages (a) asserted in the Third Consolidated Amended Complaint ("TCAC") or (b) arising from the Antitrust Plaintiffs' allegations in the TCAC.

2. Each individual named Antitrust Plaintiff dismisses with prejudice all of their claims against the NCAA for any disgorgement of profits or unjust enrichment (a) asserted in the TCAC or (b) arising from the Antitrust Plaintiffs' allegations in the TCAC.

3. Each individual named Antitrust Plaintiff dismisses with prejudice all of their claims against the NCAA for any type of accounting.

4. The individual named Antitrust Plaintiffs confirm that it is their intention to dismiss — and they do hereby dismiss — with prejudice any and all of their claims or requests for relief (a) asserted in the TCAC or (b) arising from the Antitrust Plaintiffs' allegations in the TCAC against the NCAA or its member institutions that seek a monetary remedy, regardless whether such remedy or relief might be styled as "equitable" in some circumstances. This stipulation bars the individual named Antitrust Plaintiffs from replicating in a new action against the NCAA or its

1  member institutions the Antitrust Plaintiffs' claims or requests for relief (a) asserted in the TCAC

2  or (b) arising from the Antitrust Plaintiffs' allegations in the TCAC that seek a monetary remedy,

3  regardless whether such remedy or relief might be styled as "equitable" in some circumstances.

4      5.    Consistent with previous submissions to the Court and the NCAA, the Antitrust

5  Plaintiffs will not pursue monetary remedies, however styled, or an accounting at the upcoming

6  June 9, 2014 bench trial.

7      6.    Nothing in this stipulation is intended to, or does, waive the NCAA's objections to

8  proceeding with a trial of any of the claims of the Antitrust Plaintiffs, including for injunctive and

9  declaratory relief, as a bench trial, rather than as a trial before a jury, or as a bench trial before a

10  jury trial in any related matters.

11      7.    Nothing in this stipulation is intended to, or does, waive the Antitrust Plaintiffs'

12  claims against the NCAA and its member institutions for injunctive and declaratory relief.

13      8.    Nothing in this stipulation is intended to, or does, waive the Antitrust Plaintiffs'

14  claims against Electronic Arts, Inc. and Collegiate Licensing Company, as asserted in the TCAC.

Respectfully submitted,

HAUSFELD LLP

By: */s/ Michael Hausfeld*
    Michael D. Hausfeld
    *Antitrust Plaintiffs' Class Counsel*
    1700 K St. NW, Suite 650
    Washington, DC 20006

Dated: June 8, 2014

MUNGER, TOLLES & OLSON LLP

By: /s/ Rohit Singla[1]
    Rohit K. Singla
    Attorneys for Defendant NCAA
    560 Mission Street, Twenty-Seventh Floor
    San Francisco, California 94105-2907

Dated: June 8, 2014

**[PROPOSED] ORDER**

Pursuant to the stipulation of counsel, IT IS SO ORDERED.

Dated: 6/9/2014

_____
The Honorable Claudia Wilken
Chief United States District Judge

---

[1] I, Sathya S. Gosselin, attest that I have obtained concurrence from Rohit K. Singla in the filing of this Stipulation and [Proposed] Order Concerning Dismissal of Claims. *See* N.D. Cal. Civ. L.R. 5-1(i)(3).

**CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification to the e-mail addresses registered.

>By: */s/ Sathya S. Gosselin*
>Sathya S. Gosselin
>*Antitrust Plaintiffs' Class Counsel*
>HAUSFELD LLP
>1700 K St. NW, Suite 650
>Washington, DC 20006