| | |
|---|---|
| MICHAEL D. HAUSFELD (*pro hac vice*) <br> mhausfeld@hausfeldllp.com <br> HILARY K. SCHERRER (SBN 209451) <br> hscherrer@hausfeldllp.com <br> SATHYA S. GOSSELIN (SBN 269171) <br> sgosselin@hausfeldllp.com <br> SWATHI BOJEDLA (*pro hac vice*) <br> sbojedla@hausfeldllp.com <br> HAUSFELD LLP <br> 1700 K Street, NW, Suite 650 <br> Washington, D.C.  20006 <br> Telephone:     (202) 540-7200 <br> Facsimile:      (202) 540-7201 <br><br> MICHAEL P. LEHMANN (SBN 77152) <br> mlehmann@hausfeldllp.com <br> BRUCE J. WECKER (SBN 78530) <br> bwecker@hausfeldllp.com <br> HAUSFELD LLP <br> 44 Montgomery Street, Suite 3400 <br> San Francisco, California  94104 <br> Telephone:     (415) 633-1908 <br> Facsimile:      (415) 358-4980 <br><br> *Plaintiffs' Class Counsel with Principal Responsibility for the Antitrust Claims* | GLENN D. POMERANTZ (SBN 112503) <br> glenn.pomerantz@mto.com <br> KELLY M. KLAUS (SBN 161091) <br> kelly.klaus@mto.com <br> ROHIT K. SINGLA (SBN 213057) <br> rohit.singla@mto.com <br> CAROLYN HOECKER LUEDTKE (SBN 207976) <br> carolyn.luedtke@mto.com <br> MUNGER, TOLLES & OLSON LLP <br> 560 Mission Street, Twenty-Seventh Floor <br> San Francisco, California 94105-2907 <br> Telephone:     (415) 512-4000 <br> Facsimile:      (415) 512-4077 <br><br> GREGORY L. CURTNER (*Pro Hac Vice*) <br> gcurtner@schiffhardin.com <br> ROBERT J. WIERENGA (SBN 183687) <br> rwierenga@schiffhardin.com <br> SCHIFF HARDIN LLP <br> 350 Main St., Suite 210 <br> Ann Arbor, MI  48104 <br> Telephone:     (734) 222-1500 <br> Facsimile:      (734) 222-1501 <br><br> *Attorneys for Defendant National Collegiate Athletic Association* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EDWARD C. O'BANNON, JR. on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL COLLEGIATE ATHLETIC ASSOCIATION (NCAA); ELECTRONIC ARTS, INC.; and COLLEGIATE LICENSING COMPANY, <br><br> Defendants. | Case No.  4:09-cv-3329 CW <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING THE ADMISSION OF EXHIBITS** <br><br> Judge:         The Honorable Claudia Wilken <br> Courtroom: 2, 4th Floor |

1  WHEREAS the parties have met and conferred regarding the admission of certain summary exhibits and proposed Plaintiffs' trial exhibits used during the testimony of Dr. Roger Noll ("Noll"):

**IT IS HEREBY STIPULATED AND AGREED THAT** the following materials shall be admitted into evidence:

1. PX2529 [Noll Demonstrative 5];
2. PX2530 [Noll Demonstrative 6];
3. PX2531 [Noll Demonstrative 12];
4. PX2532 [Noll Demonstrative 20];
5. PX2533 [Noll Demonstrative 21];
6. PX2534 [Exhibit 14 to September 25, 2013 Expert Report on Liability of Roger G. Noll];
7. PX2535 [Curriculum Vitae of Noll];
8. PX0424; and
9. PX2047.

Respectfully submitted,

HAUSFELD LLP

Dated: June 12, 2014   /s/ Swathi Bojedla_
Swathi Bojedla
*Plaintiffs' Class Counsel with Principal Responsibility for the Antitrust Claims*
1700 K Street, NW, Suite 650
Washington, DC 20006

MUNGER, TOLLES & OLSON LLP

Dated: June 12, 2014   /s/ Jeslyn Miller_
Jeslyn Miller
*Attorneys for Defendant NCAA*
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907

1  **[PROPOSED] ORDER**

2  Pursuant to the stipulation of counsel, IT IS SO ORDERED.

3

4  Dated:  6/13/2014

5  _____
   The Honorable Claudia Wilken
   Chief District Judge

STIPULATION AND [PROPOSED] ORDER
REGARDING THE ADMISSION OF EXHIBITS
CASE NO. 09-CV-3329-CW

# CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification to the e-mail addresses registered.

      /s/ Swathi Bojedla  
Swathi Bojedla  
*Plaintiffs' Class Counsel with Principal Responsibility for the Antitrust Claims*  
HAUSFELD LLP  
1700 K Street, NW, Suite 650  
Washington, DC 20006