IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD O'BANNON, et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; ELECTRONIC ARTS INC.; and COLLEGIATE LICENSING COMPANY,<br><br>    Defendants.<br>_____/ | No. C 09-3329 CW<br><br>ORDER DIRECTING PARTIES TO FILE DEPOSITION DESIGNATIONS |

On June 13, 2014, the parties represented that they would submit their deposition designations, counter-designations, and relevant deposition transcripts shortly.  As of this date, they have not done so.  Accordingly, the Court directs them to file these documents by 4:00 p.m. on June 20, 2014.  If the parties believe that the Court should view a video recording of any deposition, then they shall file a digital copy of the recording with their designations, counter-designations, and transcripts.

IT IS SO ORDERED.

Dated: June 17, 2014

CLAUDIA WILKEN
United States District Judge