MICHAEL P. LEHMANN (SBN 77152)
mlehmann@hausfeldllp.com
BRUCE J. WECKER (SBN 78530)
bwecker@hausfeldllp.com
ARTHUR N. BAILEY, JR. (SBN 248460)
abailey@hausfeldllp.com
HAUSFELD LLP
44 Montgomery Street, Suite 3400
San Francisco, California  94104
Telephone:      (415) 633-1908
Facsimile:      (415) 358-4980

MICHAEL D. HAUSFELD (*pro hac vice*)
mhausfeld@hausfeldllp.com
HILARY K. SCHERRER (SBN 209451)
hscherrer@hausfeldllp.com
SATHYA S. GOSSELIN (SBN 269171)
sgosselin@hausfeldllp.com
SWATHI BOJEDLA (*pro hac vice*)
sbojedla@hausfeldllp.com
HAUSFELD LLP
1700 K Street, NW, Suite 650
Washington, D.C.  20006
Telephone:      (202) 540-7200
Facsimile:      (202) 540-7201

*Antitrust Plaintiffs' Class Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWARD C. O'BANNON, JR. on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION (NCAA); ELECTRONIC ARTS, INC.; and COLLEGIATE LICENSING COMPANY,<br><br>Defendants. | Case No. 09-cv-3329-CW<br><br>**ANTITRUST PLAINTIFFS' DEPOSITION DESIGNATIONS**<br><br>Judge:        Hon. Claudia Wilken<br>Crtrm:        2, 4th Floor |

1   Plaintiffs hereby submit the attached deposition declarations for use in their case-in-chief.
2   The following depositions have been designated by the Plaintiffs:
3       1.   Exhibit A – Robert Beebe
4       2.   Exhibit B – David Berst
5       3.   Exhibit C – Walter Byers (*White v. NCAA*)
6       4.   Exhibit D – Walter Byers (written question)
7       5.   Exhibit E – Bo Kerin
8       6.   Exhibit F – Wallace Renfro
9       7.   Exhibit G – Jeremy Strauser
10      8.   Exhibit H – John Swofford
11      9.   Exhibit I – John Welty
12  Pursuant to the Court's request that each witness be presented only once, the parties have
13  agreed to present joint deposition designations for any witness for whom both parties have
14  designated testimony in their case.  In order to distinguish the different designations, Plaintiffs
15  have highlighted their affirmative designations in yellow, with the NCAA's counter-designations
16  in pink and any rebuttal designations in green.  For each deposition where the NCAA has also
17  designated the witness in its own case, the NCAA has highlighted its affirmative designations in
18  gray, with Plaintiffs' counter-designations in red and any rebuttal designations in orange.
19
20                      Respectfully submitted,
21                  By:  */s/ Swathi Bojedla*
22                      Michael D. Hausfeld (*pro hac vice*)
                    Hilary K. Scherrer (Cal. Bar No. 209451)
23                      Sathya S. Gosselin (Cal. Bar. No. 269171)
                    HAUSFELD LLP
24                      1700 K Street, NW, Suite 650
                    Washington, DC 20006
25                      Telephone:  (202) 540-7200
                    Facsimile:  (202) 540-7201
26                      E-mail:mhausfeld@hausfeldllp.com
                         hscherrer@hausfeldllp.com
27                           sgosselin@hausfeldllp.com
                         sbojedla@hausfeldllp.com
28

Michael P. Lehmann (Cal. Bar No. 77152)
Arthur N. Bailey, Jr. (Cal. Bar No. 248460)
HAUSFELD LLP
44 Montgomery St., 34th Floor
San Francisco, CA 94104
Telephone: (415) 633-1908
Facsimile: (415) 358-4980
E-mail:mlehmann@hausfeldllp.com
abailey@hausfeldllp.com

*Plaintiffs' Class Counsel with Principal Responsibility for the Antitrust Claims*

1 **CERTIFICATE OF SERVICE**

2 I hereby certify that on June 20, 2014, I electronically filed the foregoing document with the

3 Clerk of the Court using the CM/ECF system, which will send notification to the e-mail

4 addresses registered.

5

6

7 By: _/s/Swathi Bojedla_____
Swathi Bojedla
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28