| | |
|---|---|
| MICHAEL D. HAUSFELD (*pro hac vice*)<br>mhausfeld@hausfeldllp.com<br>HILARY K. SCHERRER (SBN 209451)<br>hscherrer@hausfeldllp.com<br>SATHYA S. GOSSELIN (SBN 269171)<br>sgosselin@hausfeldllp.com<br>SWATHI BOJEDLA (*pro hac vice*)<br>sbojedla@hausfeldllp.com<br>HAUSFELD LLP<br>1700 K Street, NW, Suite 650<br>Washington, D.C.  20006<br>Telephone:     (202) 540-7200<br>Facsimile:      (202) 540-7201<br><br>MICHAEL P. LEHMANN (SBN 77152)<br>mlehmann@hausfeldllp.com<br>BRUCE J. WECKER (SBN 78530)<br>bwecker@hausfeldllp.com<br>HAUSFELD LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, California  94104<br>Telephone:      (415) 633-1908<br>Facsimile:       (415) 358-4980<br><br>*Plaintiffs' Class Counsel with Principal Responsibility for the Antitrust Claims* | GLENN D. POMERANTZ (SBN 112503)<br>glenn.pomerantz@mto.com<br>KELLY M. KLAUS (SBN 161091)<br>kelly.klaus@mto.com<br>ROHIT K. SINGLA (SBN 213057)<br>rohit.singla@mto.com<br>CAROLYN HOECKER LUEDTKE (SBN 207976)<br>carolyn.luedtke@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, Twenty-Seventh Floor<br>San Francisco, California 94105-2907<br>Telephone:      (415) 512-4000<br>Facsimile:       (415) 512-4077<br><br>GREGORY L. CURTNER (*Pro Hac Vice*)<br>gcurtner@schiffhardin.com<br>ROBERT J. WIERENGA (SBN 183687)<br>rwierenga@schiffhardin.com<br>SCHIFF HARDIN LLP<br>350 Main St., Suite 210<br>Ann Arbor, MI  48104<br>Telephone:      (734) 222-1500<br>Facsimile:       (734) 222-1501<br><br>*Attorneys for Defendant<br>National Collegiate Athletic Association* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EDWARD C. O'BANNON, JR. on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION (NCAA); ELECTRONIC ARTS, INC.; and COLLEGIATE LICENSING COMPANY,<br><br>Defendants. | Case No.  4:09-cv-3329 CW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING THE ADMISSION OF EXHIBITS**<br><br>Judge:         The Honorable Claudia Wilken<br>Courtroom: 2, 4th Floor |

WHEREAS the parties have met and conferred regarding the admission certain trial exhibits used during trial or in designated witness depositions;

WHEREAS the parties have further met and conferred regarding naming conventions for certain trial exhibits:

**IT IS HEREBY STIPULATED AND AGREED THAT** the following materials shall be admitted into evidence:

1. DX 62;
2. DX 73;
3. DX 75;
4. DX 112;
5. DX 160;
6. DX 181;
7. PX 248;
8. PX 275;
9. PX 283;
10. DX 293;
11. DX 300;
12. DX 303;
13. DX 308;
14. DX 332;
15. DX 336;
16. DX 339;
17. DX 498;
18. DX 552;
19. DX 556;
20. DX 650;
21. DX 700, pages 31-34;
22. PX 702;

23. DX 719;

24. DX 735;

25. PX 781;

26. DX 938;

27. DX 1042;

28. DX 1047;

29. PX 2017, pages 22, 23, 25, 28-29, 35, and 55;

30. PX 2023;

31. PX 2057, page 1;

32. PX 2059, pages 1 and 2;

33. PX 2133;

34. PX 2151;

35. PX 2292, pages 1, 5-19, and 84;

36. PX 2296;

37. PX 2450-147;

38. PX 2459;

39. PX 2480, pages 3 and 13;

40. PX 2482, page 3;

41. PX 2492, page 1;

42. PX 2592, pages 1, 3-6, 8-9, 11, 16 and 19;

43. PX 2593;

44. PX 2584;

45. PX 2588;

46. DX 3004;

47. DX 3008;

48. DX 3028;

49. DX 3029;

50. DX 3069;

51. DX 3089;

52. DX 3308, pages 1-21, 23;

53. DX 3886;

54. DX 3134;

55. DX 3900;

56. DX 3919; and

57. DX 3962.

**IT IS FURTHER STIPULATED AND AGREED THAT** the record be corrected to reflect the exhibit numbers of duplicate exhibits as follows:

1. DX 3240 shall be designated PX 2078;
2. DX 3335 shall be designated PX 2340; and
3. DX 3373 shall be designated PX 3369.

**IT IS FURTHER STIPULATED AND AGREED THAT** the record be corrected to reflect the exhibit numbers of admitted demonstrative exhibits used during the testimony of Dr. Daniel Rascher and Dr. James Heckman as follows:

1. Rascher Demonstrative Exhibit 2A shall be designated as PX 2536;
2. Rascher Demonstrative Exhibit 4 shall be designated as PX 2544;
3. Rascher Demonstrative Exhibit 5 (also marked as Rascher_Demo_5A) shall be designated as PX 2545;
4. Rascher Demonstrative Exhibit 6A shall be designated as PX 2546;
5. Rascher Demonstrative Exhibit 6B shall be designated as PX 2547;
6. Rascher Demonstrative Exhibit 7 shall be designated as PX2548;
7. Rascher Demonstrative Exhibit 19 shall be designated as PX 2549;
8. Rascher Demonstrative Exhibit 25A shall be designated as PX 2550;
9. Rascher Demonstrative Exhibit 25B shall be designated as PX 2551;
10. Rascher Demonstrative Exhibit 26A shall be designated as PX 2552;

11. Rascher Demonstrative Exhibit 26B shall be designated as PX 2553;

12. Rascher Demonstrative Exhibit 27 shall be designated as PX 2554;

13. Rascher Demonstrative Exhibit 29A shall be designated as PX 2555;

14. Rascher Demonstrative Exhibit 29B shall be designated as PX 2556;

15. Rascher Demonstrative Exhibit 30 shall be designated as PX 2557;

16. Rascher Demonstrative Exhibit 31 shall be designated as PX 2558;

17. Rascher Demonstrative Exhibit 34 shall be designated as PX 2559;

18. Rascher Demonstrative Exhibit 36 shall be designated as PX 2560;

19. Rascher Demonstrative Exhibit 38 shall be designated as PX 256;

20. Heckman Demonstrative Slide 7 shall be designated as DX 4004;

21. Heckman Demonstrative Slide 9 shall be designated as DX 4005;

22. Heckman Demonstrative Slide 10 shall be designated as DX 4006;

23. Heckman Demonstrative Slide 11 shall be designated as DX 4007;

24. Heckman Demonstrative Slide 12 shall be designated as DX 4008;

25. Heckman Demonstrative Slide 13 shall be designated as DX 4009;

26. Heckman Demonstrative Slide 14 shall be designated as DX 4010;

27. Heckman Demonstrative Slide 15 shall be designated as DX 4011;

28. Heckman Demonstrative Slide 16 shall be designated as DX 4012; and

29. Heckman Demonstrative Slide 17 shall be designated as DX 4013.

Respectfully submitted,

HAUSFELD LLP

Dated: June 22, 2014        /s/ Swathi Bojedla  
Swathi Bojedla  
*Plaintiffs' Class Counsel with Principal Responsibility for the Antitrust Claims*  
1700 K Street, NW, Suite 650  
Washington, DC 20006

```
 1                                          MUNGER, TOLLES & OLSON LLP
 2
      Dated: June 22, 2014                   /s/ Jeslyn Miller
 3                                          Jeslyn Miller
                                            Attorneys for Defendant NCAA
 4                                          560 Mission Street, Twenty-Seventh Floor
                                            San Francisco, California 94105-2907
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

1  **[PROPOSED] ORDER**

2  Pursuant to the stipulation of counsel, IT IS SO ORDERED.

3

4  Dated:_____                    _____

5                                        The Honorable Claudia Wilken
                                         Chief District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification to the e-mail addresses registered.

                                                                                  */s/ Swathi Bojedla*
                                                                                  Swathi Bojedla
                                                                                  *Plaintiffs' Class Counsel with Principal Responsibility for the Antitrust Claims*
                                                                                  HAUSFELD LLP
                                                                                  1700 K Street, NW, Suite 650
                                                                                  Washington, DC 20006