GLENN D. POMERANTZ (State Bar No. 112503)
glenn.pomerantz@mto.com
KELLY M. KLAUS (State Bar No. 161091)
kelly.klaus@mto.com
CAROLYN HOECKER LUEDTKE (State Bar No. 207976)
carolyn.luedtke@mto.com
ROHIT K. SINGLA (State Bar No. 213057)
rohit.singla@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

GREGORY L. CURTNER (*Pro Hac Vice*)
gcurtner@schiffhardin.com
ROBERT J. WIERENGA (State Bar No. 183687)
rwierenga@schiffhardin.com
KIMBERLY K. KEFALAS (*Pro Hac Vice*)
kkefalas@schiffhardin.com
SCHIFF HARDIN LLP
350 Main St., Suite 210
Ann Arbor, MI  48104
Telephone:     (734) 222-1500
Facsimile:     (734) 222-1501

Attorneys for Defendant
National Collegiate Athletic Association

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| EDWARD O'BANNON, *et al.*, | Case No. 09-CV-3329-CW |
| Plaintiffs, | **DEFENDANT NCAA'S DEPOSITION DESIGNATIONS** |
| v. | Judge:           Hon. Claudia Wilken |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; COLLEGIATE LICENSING COMPANY; and ELECTRONIC ARTS INC., | Courtroom:   2, 4th Floor<br>Trial Date:    June 9, 2014 |
| Defendants. | |

1    Defendant National Collegiate Athletic Association ("NCAA") hereby submits the
2    attached deposition designations excerpted from deposition transcripts for use at trial:
3        1.    Exhibit A – Moses Alipate, October 13, 2013;
4        2.    Exhibit B – Pat Battle, June 19, 2012;
5        3.    Exhibit C – Peter Davis, June 6, 2012;
6        4.    Exhibit D – Kerwin Ray Ellis, November 3, 2011;
7        5.    Exhibit E – Jake Fischer, October 12, 2013;
8        6.    Exhibit F – Harry Flournoy, Jr., November 8, 2011;
9        7.    Exhibit G – Alexander Gilbert, November 4, 2011;
10       8.    Exhibit H – Sam Jacobson, November 7, 2011;
11       9.    Exhibit I – Thad Jaracz, November 30, 2011;
12       10.    Exhibit J – Bo Kerin, December 12, 2012;
13       11.    Exhibit K – David F. Kirkpatrick, November 14, 2012;
14       12.    Exhibit L – David Lattin, November 10, 2011;
15       13.    Exhibit M – Patrick Maynor, November 14, 2011;
16       14.    Exhibit N – Patrick Maynor, March 1, 2014;
17       15.    Exhibit O – Robert McCormick, May 15, 2013;
18       16.    Exhibit P – Robert McCormick, November 21, 2013;
19       17.    Exhibit Q – Damien Rhodes, November 15, 2011;
20       18.    Exhibit R – Damien Rhodes, March 6, 2014;
21       19.    Exhibit S – Eric Riley, November, 11, 2011;
22       20.    Exhibit T – Oscar Palmer Robertson, July 26, 2012;
23       21.    Exhibit U – Darius Robinson, November 11, 2013;
24       22.    Exhibit V – William F. Russell, December 7, 2012;
25       23.    Exhibit W – Todd W. Sitrin, January 25, 2013;
26       24.    Exhibit X – Jake Smith, October 12, 2013;
27       25.    Exhibit Y – Robert Tallent, December 1, 2011;
28       26.    Exhibit Z – John Paul Vaccaro, December 4, 2012;

1    27.    Exhibit AA – Greg Weitekamp, June 5, 2012;

2    28.    Exhibit BB – Danny Wimprine, December 2, 2011.

For each deposition transcript, NCAA has highlighted its affirmative designations in blue, with Plaintiffs' counter-designations in orange and any rebuttal designations in fuchsia.

DATED:  June 23, 2014            Respectfully submitted,

MUNGER, TOLLES & OLSON LLP


By:    */s/ Jeslyn A. Miller*
         JESLYN A. MILLER

Attorneys for Defendant
National Collegiate Athletic Association