MICHAEL D. HAUSFELD (*pro hac vice*)
mhausfeld@hausfeldllp.com
HILARY K. SCHERRER (SBN 209451)
hscherrer@hausfeldllp.com
SATHYA S. GOSSELIN (SBN 269171)
sgosselin@hausfeldllp.com
SWATHI BOJEDLA (*pro hac vice*)
sbojedla@hausfeldllp.com
HAUSFELD LLP
1700 K Street, NW, Suite 650
Washington, D.C. 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201

MICHAEL P. LEHMANN (SBN 77152)
mlehmann@hausfeldllp.com
BRUCE J. WECKER (SBN 78530)
bwecker@hausfeldllp.com
HAUSFELD LLP
44 Montgomery Street, Suite 3400
San Francisco, California 94104
Telephone: (415) 633-1908
Facsimile: (415) 358-4980

*Plaintiffs' Class Counsel with Principal
Responsibility for the Antitrust Claims*

GLENN D. POMERANTZ (SBN 112503)
glenn.pomerantz@mto.com
KELLY M. KLAUS (SBN 161091)
kelly.klaus@mto.com
ROHIT K. SINGLA (SBN 213057)
rohit.singla@mto.com
CAROLYN HOECKER LUEDTKE (SBN 207976)
carolyn.luedtke@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

GREGORY L. CURTNER (*Pro Hac Vice*)
gcurtner@schiffhardin.com
ROBERT J. WIERENGA (SBN 183687)
rwierenga@schiffhardin.com
SCHIFF HARDIN LLP
350 Main St., Suite 210
Ann Arbor, MI 48104
Telephone: (734) 222-1500
Facsimile: (734) 222-1501

*Attorneys for Defendant
National Collegiate Athletic Association*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EDWARD C. O'BANNON, JR. on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION (NCAA); ELECTRONIC ARTS, INC.; and COLLEGIATE LICENSING COMPANY,<br><br>Defendants. | Case No. 4:09-cv-3329 CW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING THE ADMISSION OF EXHIBITS**<br><br>Judge: The Honorable Claudia Wilken<br>Courtroom: 2, 4th Floor |

WHEREAS the parties have met and conferred regarding the admission of certain summary exhibits and proposed Plaintiffs' trial exhibits used during the testimony of Dr. Daniel Rascher ("Rascher"):

**IT IS HEREBY STIPULATED AND AGREED THAT** the following materials shall be admitted into evidence:

1. PX 2562 [Rascher Curriculum Vitae];
2. PX 2563 [Demonstrative re: Historical Nielsen TV Ratings];
3. PX 1133;
4. DX 3941;
5. DX 3942;
6. DX 4038 [Demonstrative based on Rascher Demonstrative 19]; and
7. DX 4039 [Demonstrative re: Nielsen Ratings for Olympics].

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that the following materials shall be admitted into evidence under seal:

1. PX 2565 [Rascher Exhibit 5B: March Madness Revenues Chart].

Respectfully submitted,

HAUSFELD LLP

Dated: June 20, 2014        /s/ _____
Swathi Bojedla
*Plaintiffs' Class Counsel with Principal Responsibility for the Antitrust Claims*
1700 K Street, NW, Suite 650
Washington, DC 20006


MUNGER, TOLLES & OLSON LLP

Dated: June 20, 2014        /s/ Thane Rehn        _____
Thane Rehn
*Attorneys for Defendant NCAA*
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907

1 **[PROPOSED] ORDER**

2   Pursuant to the stipulation of counsel, IT IS SO ORDERED.

3

4   Dated: 6/23/2014

5                                           _____
                                            The Honorable Claudia Wilken
6                                           Chief District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
   23787332.1                                      STIPULATION AND [PROPOSED] ORDER
                                                   REGARDING THE ADMISSION OF EXHIBITS
                                                              CASE NO. 09-CV-3329-CW

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification to the e-mail addresses registered.

                                                  */s/ Swathi Bojedla*
Swathi Bojedla
*Plaintiffs' Class Counsel with Principal Responsibility for the Antitrust Claims*
HAUSFELD LLP
1700 K Street, NW, Suite 650
Washington, DC 20006