MICHAEL D. HAUSFELD (*pro hac vice*)
mhausfeld@hausfeldllp.com
HILARY K. SCHERRER (SBN 209451)
hscherrer@hausfeldllp.com
SATHYA S. GOSSELIN (SBN 269171)
sgosselin@hausfeldllp.com
SWATHI BOJEDLA (*pro hac vice*)
sbojedla@hausfeldllp.com
HAUSFELD LLP
1700 K Street, NW, Suite 650
Washington, D.C. 20006
Telephone:     (202) 540-7200
Facsimile:      (202) 540-7201

MICHAEL P. LEHMANN (SBN 77152)
mlehmann@hausfeldllp.com
BRUCE J. WECKER (SBN 78530)
bwecker@hausfeldllp.com
HAUSFELD LLP
44 Montgomery Street, Suite 3400
San Francisco, California 94104
Telephone:     (415) 633-1908
Facsimile:      (415) 358-4980

*Plaintiffs' Class Counsel with Principal
Responsibility for the Antitrust Claims*

GLENN D. POMERANTZ (SBN 112503)
glenn.pomerantz@mto.com
KELLY M. KLAUS (SBN 161091)
kelly.klaus@mto.com
ROHIT K. SINGLA (SBN 213057)
rohit.singla@mto.com
CAROLYN HOECKER LUEDTKE (SBN 207976)
carolyn.luedtke@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077

GREGORY L. CURTNER (*Pro Hac Vice*)
gcurtner@schiffhardin.com
ROBERT J. WIERENGA (SBN 183687)
rwierenga@schiffhardin.com
SCHIFF HARDIN LLP
350 Main St., Suite 210
Ann Arbor, MI 48104
Telephone:     (734) 222-1500
Facsimile:      (734) 222-1501

*Attorneys for Defendant
National Collegiate Athletic Association*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EDWARD C. O'BANNON, JR. on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION (NCAA); ELECTRONIC ARTS, INC.; and COLLEGIATE LICENSING COMPANY,<br><br>Defendants. | Case No. 4:09-cv-3329 CW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING THE ADMISSION OF EXHIBITS**<br><br>Judge:        The Honorable Claudia Wilken<br>Courtroom: 2, 4th Floor |

1    WHEREAS the parties have met and conferred regarding the admission certain trial
2    exhibits used during trial or in designated witness depositions;

3    WHEREAS the parties have further met and conferred regarding naming conventions for
4    certain trial exhibits:

5    **IT IS HEREBY STIPULATED AND AGREED THAT** the following materials shall be
6    admitted into evidence:

7      1.  DX 62;

8      2.  DX 73;

9      3.  DX 75;

10     4.  DX 112;

11     5.  DX 160;

12     6.  DX 181;

13     7.  PX 248;

14     8.  PX 275;

15     9.  PX 283;

16     10. DX 293;

17     11. DX 300;

18     12. DX 303;

19     13. DX 308;

20     14. DX 332;

21     15. DX 336;

22     16. DX 339;

23     17. DX 498;

24     18. DX 552;

25     19. DX 556;

26     20. DX 650;

27     21. DX 700, pages 31-34;

28     22. PX 702;

1    23. DX 719;

2    24. DX 735;

3    25. PX 781;

4    26. DX 938;

5    27. DX 1042;

6    28. DX 1047;

7    29. PX 2017, pages 22, 23, 25, 28-29, 35, and 55;

8    30. PX 2023;

9    31. PX 2057, page 1;

10   32. PX 2059, pages 1 and 2;

11   33. PX 2133;

12   34. PX 2151;

13   35. PX 2292, pages 1, 5-19, and 84;

14   36. PX 2296;

15   37. PX 2450-147;

16   38. PX 2459;

17   39. PX 2480, pages 3 and 13;

18   40. PX 2482, page 3;

19   41. PX 2492, page 1;

20   42. PX 2592, pages 1, 3-6, 8-9, 11, 16 and 19;

21   43. PX 2593;

22   44. PX 2584;

23   45. PX 2588;

24   46. DX 3004;

25   47. DX 3008;

26   48. DX 3028;

27   49. DX 3029;

28   50. DX 3069;

1    51. DX 3089;

2    52. DX 3308, pages 1-21, 23;

3    53. DX 3886;

4    54. DX 3134;

5    55. DX 3900;

6    56. DX 3919; and

7    57. DX 3962.

8

9    **IT IS FURTHER STIPULATED AND AGREED THAT** the record be corrected to reflect the

10   exhibit numbers of duplicate exhibits as follows:

11       1.  DX 3240 shall be designated PX 2078;

12       2.  DX 3335 shall be designated PX 2340; and

13       3.  DX 3373 shall be designated PX 3369.

14

15   **IT IS FURTHER STIPULATED AND AGREED THAT** the record be corrected to reflect the

16   exhibit numbers of admitted demonstrative exhibits used during the testimony of Dr. Daniel

17   Rascher and Dr. James Heckman as follows:

18       1.  Rascher Demonstrative Exhibit 2A shall be designated as PX 2536;

19       2.  Rascher Demonstrative Exhibit 4 shall be designated as PX 2544;

20       3.  Rascher Demonstrative Exhibit 5 (also marked as Rascher_Demo_5A) shall be designated

21           as PX 2545;

22       4.  Rascher Demonstrative Exhibit 6A shall be designated as PX 2546;

23       5.  Rascher Demonstrative Exhibit 6B shall be designated as PX 2547;

24       6.  Rascher Demonstrative Exhibit 7 shall be designated as PX2548;

25       7.  Rascher Demonstrative Exhibit 19 shall be designated as PX 2549;

26       8.  Rascher Demonstrative Exhibit 25A shall be designated as PX 2550;

27       9.  Rascher Demonstrative Exhibit 25B shall be designated as PX 2551;

28       10. Rascher Demonstrative Exhibit 26A shall be designated as PX 2552;

11. Rascher Demonstrative Exhibit 26B shall be designated as PX 2553;

12. Rascher Demonstrative Exhibit 27 shall be designated as PX 2554;

13. Rascher Demonstrative Exhibit 29A shall be designated as PX 2555;

14. Rascher Demonstrative Exhibit 29B shall be designated as PX 2556;

15. Rascher Demonstrative Exhibit 30 shall be designated as PX 2557;

16. Rascher Demonstrative Exhibit 31 shall be designated as PX 2558;

17. Rascher Demonstrative Exhibit 34 shall be designated as PX 2559;

18. Rascher Demonstrative Exhibit 36 shall be designated as PX 2560;

19. Rascher Demonstrative Exhibit 38 shall be designated as PX 256;

20. Heckman Demonstrative Slide 7 shall be designated as DX 4004;

21. Heckman Demonstrative Slide 9 shall be designated as DX 4005;

22. Heckman Demonstrative Slide 10 shall be designated as DX 4006;

23. Heckman Demonstrative Slide 11 shall be designated as DX 4007;

24. Heckman Demonstrative Slide 12 shall be designated as DX 4008;

25. Heckman Demonstrative Slide 13 shall be designated as DX 4009;

26. Heckman Demonstrative Slide 14 shall be designated as DX 4010;

27. Heckman Demonstrative Slide 15 shall be designated as DX 4011;

28. Heckman Demonstrative Slide 16 shall be designated as DX 4012; and

29. Heckman Demonstrative Slide 17 shall be designated as DX 4013.


Respectfully submitted,

HAUSFELD LLP

Dated: June 22, 2014                       _/s/ Swathi Bojedla_____
                                           Swathi Bojedla
                                           *Plaintiffs' Class Counsel with Principal*
                                           *Responsibility for the Antitrust Claims*
                                           1700 K Street, NW, Suite 650
                                           Washington, DC 20006

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MUNGER, TOLLES & OLSON LLP

Dated: June 22, 2014

  _/s/ Jeslyn Miller_____

Jeslyn Miller
*Attorneys for Defendant NCAA*
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907

1

**[PROPOSED] ORDER**

2

Pursuant to the stipulation of counsel, IT IS SO ORDERED.

3

4

Dated:  6/23/2014

5

The Honorable Claudia Wilken

Chief District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 22, 2014, I electronically filed the foregoing document with the

Clerk of the Court using the CM/ECF system, which will send notification to the e-mail addresses

registered.

> */s/ Swathi Bojedla*
> Swathi Bojedla
> *Plaintiffs' Class Counsel with Principal*
> *Responsibility for the Antitrust Claims*
> HAUSFELD LLP
> 1700 K Street, NW, Suite 650
> Washington, DC 20006