GLENN D. POMERANTZ (State Bar No. 112503)
glenn.pomerantz@mto.com
KELLY M. KLAUS (State Bar No. 161091)
kelly.klaus@mto.com
CAROLYN HOECKER LUEDTKE (State Bar No. 207976)
carolyn.luedtke@mto.com
ROHIT K. SINGLA (State Bar No. 213057)
rohit.singla@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077

GREGORY L. CURTNER (*Pro Hac Vice*)
gcurtner@schiffhardin.com
ROBERT J. WIERENGA (State Bar No. 183687)
rwierenga@schiffhardin.com
KIMBERLY K. KEFALAS (*Pro Hac Vice*)
kkefalas@schiffhardin.com
SCHIFF HARDIN LLP
350 Main St., Suite 210
Ann Arbor, MI  48104
Telephone:     (734) 222-1500
Facsimile:      (734) 222-1501

Attorneys for Defendant
National Collegiate Athletic Association

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| EDWARD O'BANNON, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; COLLEGIATE LICENSING COMPANY; and ELECTRONIC ARTS INC.,<br><br>　　　　　　Defendants. | Case No. 09-CV-3329-CW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT NCAA'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIALS DESIGNATED AS CONFIDENTIAL**<br><br>Judge:　　　　Hon. Claudia Wilken<br>Courtroom:　　2, 4th Floor<br>Trial Date:　　June 9, 2014 |

23862137.1

1  Having considered Defendant NCAA's Administrative Motion to File under Seal Materials
2  Designated Confidential ("Motion to File under Seal") and all papers filed in support thereof and
3  determining that compelling reasons exist,
4  IT IS HEREBY ORDERED that the Motion to File under Seal is GRANTED in full. The
5  following document is to be submitted under seal:

6      a.    **NCAA'S MEMORANDUM IN RESPONSE TO PLAINTIFFS' FORM**
7            **OF PROPOSED INJUNCTION**.

9  IT IS SO ORDERED.

12  DATED:    6/30/2014

CLAUDIA WILKEN
Chief United States District Judge

23862137.1

[PROPOSED] ORDER GRANTING NCAA'S ADMIN. MOTION TO SEAL
CASE NO. 09-CV-3329-CW