IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD O'BANNON, et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; ELECTRONIC ARTS INC.; and COLLEGIATE LICENSING COMPANY,<br><br>    Defendants.<br>_____/ | No. C 09-3329 CW<br><br>ORDER APPROVING STIPULATION<br>(Docket No. 269) |

On June 30, 2014, the parties filed a stipulation to admit certain exhibits. This stipulation is approved. Exhibit TX 2084 at 21-22 is admitted into evidence. In addition, the following pages of Exhibit TX 2340 are admitted into evidence: 1-10, 15, 18-19, 22-23, 26, 31-53, 71-87, 89-147, 149-240, 244-51, 272-73, 319-20, 325-27, 364-68, 392, and 411-12.

IT IS SO ORDERED.

Dated: 7/3/2014

CLAUDIA WILKEN
United States District Judge