IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD O'BANNON, et al.

    Plaintiffs,

  v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; ELECTRONIC ARTS INC.; and COLLEGIATE LICENSING COMPANY,

    Defendants.
_____/

No. C 09-3329 CW

ORDER OVERRULING NCAA'S OBJECTION TO THE ADMISSION OF EXHIBITS PX 2537-2543 (Docket No. 273)

    On June 13, 2014, Defendant National Collegiate Athletic Association (NCAA) objected to the admission of exhibits PX 2537-2543, which contain a series of charts summarizing various data collected by the Department of Education under the Equity in Athletics Disclosure Act (EADA). The Court provisionally admitted these exhibits subject to Plaintiffs' submission of a supporting declaration from Dr. Rascher explaining the contents of the charts. Plaintiffs submitted that declaration on June 15, 2014. After reviewing the declaration, the NCAA renewed its objection to the admission of these exhibits on July 1, 2014. This objection (Docket No. 273) is OVERRULED. Exhibits PX 2537-2543 constitute summaries of voluminous data and may be admitted pursuant to Federal Rule of Evidence 1006. The underlying EADA data are also admissible under the "public records" exception to the hearsay rule because they set out "matter[s] observed while under a legal duty to report" and "neither the source of information nor other circumstances indicate a lack of trustworthiness." Fed. R. Evid.

803(8).  Indeed, the NCAA's own expert, Dr. Rubinfeld, stated that he relied on the same data -- which he obtained from Dr. Rascher's earlier expert reports -- in forming his opinions in this case.

IT IS SO ORDERED.

Dated:  7/10/2014

CLAUDIA WILKEN
United States District Judge

2