IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD O'BANNON, et al.,

    Plaintiffs,

  v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; ELECTRONIC ARTS INC.; and COLLEGIATE LICENSING COMPANY,

    Defendants.
_____/

No. C 09-3329 CW

PERMANENT INJUNCTION

    The Court, having duly considered the evidence presented at the bench trial in this matter and consistent with its findings of fact and conclusions of law, hereby orders as follows:

    1.    Defendant National Collegiate Athletic Association (NCAA), its respective officers, servants, employees, agents, and licensees, and all persons in active concert or participation with it, including its member schools and conferences, or any of them who receives actual notice of this judgment by personal service or otherwise, be, and are hereby, permanently restrained and enjoined from agreeing to:

        a.    Prohibit deferred compensation in an amount of $5,000 per year or less (in 2014 dollars) for the licensing or use of prospective, current, or former Division I men's basketball and Football Bowl Subdivision football players' names, images, and likenesses through a trust fund payable upon expiration of athletic eligibility or graduation, whichever comes first; or

   b. Prohibit the inclusion of compensation for the licensing or use of prospective, current, or former Division I men's basketball and FBS football players' names, images, and likenesses in the award of a full grant-in-aid, up to the full cost of attending the respective NCAA member school, as defined in 20 U.S.C. § 1087*ll* and calculated by each school's financial aid office applying the same standards, policies, and procedures for all students.

2. This injunction shall not affect any prospective student-athlete who will enroll in college before July 1, 2016.

3. Any party may seek modification of this Order, at any time, by written motion and for good cause based on changed circumstances or otherwise.

4. This Court shall retain jurisdiction to enforce this Order. In the event that any part of this Order is violated by the parties named herein or other persons, Plaintiffs may, by motion with notice to the attorneys for Defendant NCAA, apply for sanctions or other relief that may be appropriate.

IT IS SO ORDERED.

Dated: August 8, 2014

               CLAUDIA WILKEN
               United States District Judge