1

2   MICHAEL D. HAUSFELD (*pro hac vice*)          GLENN D. POMERANTZ (SBN 112503)
    mhausfeld@hausfeldllp.com                     glenn.pomerantz@mto.com
3   HILARY K. SCHERRER (SBN 209451)               KELLY M. KLAUS (SBN 161091)
    hscherrer@hausfeldllp.com                     kelly.klaus@mto.com
4   SATHYA S. GOSSELIN (SBN 269171)               ROHIT K. SINGLA (SBN 213057)
    sgosselin@hausfeldllp.com                     rohit.singla@mto.com
5   SWATHI BOJEDLA (*pro hac vice*)               CAROLYN HOECKER LUEDTKE (SBN
    sbojedla@hausfeldllp.com                      207976)
6   HAUSFELD LLP                                  carolyn.luedtke@mto.com
    1700 K Street, NW, Suite 650                  MUNGER, TOLLES & OLSON LLP
7   Washington, D.C.  20006                       560 Mission Street, Twenty-Seventh Floor
    Telephone:    (202) 540-7200                  San Francisco, California 94105-2907
8   Facsimile:    (202) 540-7201                  Telephone:    (415) 512-4000
                                                  Facsimile:    (415) 512-4077
    MICHAEL P. LEHMANN (SBN 77152)
9   mlehmann@hausfeldllp.com                      GREGORY L. CURTNER (*Pro Hac Vice*)
    BRUCE J. WECKER (SBN 78530)                   gcurtner@schiffhardin.com
10  bwecker@hausfeldllp.com                       ROBERT J. WIERENGA (SBN 183687)
    HAUSFELD LLP                                  rwierenga@schiffhardin.com
11  44 Montgomery Street, Suite 3400              SCHIFF HARDIN LLP
    San Francisco, California  94104              350 Main St., Suite 210
12  Telephone:    (415) 633-1908                  Ann Arbor, MI  48104
    Facsimile:    (415) 358-4980                  Telephone:    (734) 222-1500
13                                                Facsimile:    (734) 222-1501
    *Plaintiffs' Class Counsel*
14                                                *Attorneys for Defendant*
                                                  *National Collegiate Athletic Association*
15

16                     UNITED STATES DISTRICT COURT

17         NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

18

19  EDWARD O'BANNON, et al.,                      Case No. 09-cv-3329-CW

20          Plaintiffs,                           **[PROPOSED] ORDER GRANTING
                                                  DEFENDANT NCAA'S
21       v.                                       ADMINISTRATIVE MOTION FOR
                                                  CLARIFICATION OF TIMING OF
22  NATIONAL COLLEGIATE ATHLETIC                  INJUNCTION**
    ASSOCIATION; COLLEGIATE
23  LICENSING COMPANY; AND                        Judge:    Hon. Claudia Wilken
    ELECTRONIC ARTS INC.,
24                                                Judge:         Hon. Claudia Wilken
            Defendants.                           Courtroom:    2, 4th Floor
25

26

27

28

1    Having considered Defendant NCAA's Administrative Motion For Clarification of Timing

2  of Injunction and all papers filed in support thereof,

3

4    IT IS HEREBY ORDERED that the Motion to for Clarification is GRANTED.  The Court

5  CLARIFIES that:

6    1. As specified in the Findings of Fact and Conclusions of Law, the injunction (Docket

7  292) will not take effect until the start of next FBS football and Division I basketball recruiting

8  cycle, which means August 1, 2015, the date on which written offer letters can first be sent to

9  student-athletes enrolling in college after July 1, 2016.

10   2. The injunction does not affect the application of NCAA rules to current and prospective

11  student-athletes until August 1, 2015, the start of the next FBS football and Division I basketball

12  recruiting cycle, at which point the injunction will take effect with respect to any benefits offered

13  pursuant to paragraphs 1(a) or 1(b) of the injunction to prospective and current student-athletes for

14  the 2016-2017 season and beyond.  The injunction does not affect the application of NCAA rules

15  with respect to benefits received prior to July 1, 2016, by student-athletes.

16

17   IT IS SO ORDERED.

18

19

20  DATED: _____8/19/2014_____

21  HON. CLAUDIA WILKEN
    United States Chief District Judge

22

23

24

25

26

27

28

JOINT SUBMISSION REGARDING CLARIFICATION OF INJUNCTION