1  MICHAEL D. HAUSFELD (*pro hac vice*)
   mhausfeld@hausfeldllp.com
2  HILARY K. SCHERRER (SBN 209451)
   hscherrer@hausfeldllp.com
3  SATHYA S. GOSSELIN (SBN 269171)
   sgosselin@hausfeldllp.com
4  SWATHI BOJEDLA (*pro hac vice*)
   sbojedla@hausfeldllp.com
5  HAUSFELD LLP
   1700 K Street NW, Suite 650
6  Washington, D.C. 20006
   Telephone:     (202) 540-7200
7  Facsimile:     (202) 540-7201

8  MICHAEL P. LEHMANN (SBN 77152)
   mlehmann@hausfeldllp.com
9  BRUCE J. WECKER (SBN 78530)
   bwecker@hausfeldllp.com
10 HAUSFELD LLP
   44 Montgomery Street, Suite 3400
11 San Francisco, California 94104
   Telephone:     (415) 633-1908
12 Facsimile:     (415) 358-4980

13 *Plaintiffs' Class Counsel*

14                   UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16                        OAKLAND DIVISION

17

18
   EDWARD C. O'BANNON, JR. on behalf          Case No. 4:09-cv-3329 CW
19 of himself and all others similarly situated,
                                               **DECLARATION OF MICHAEL D.**
20            Plaintiffs,                       **HAUSFELD**

21        v.                                   Judge:      The Honorable Claudia Wilken
                                               Courtroom:  2, 4th Floor
22 NATIONAL COLLEGIATE ATHLETIC               Trial:      June 9-27, 2014
   ASSOCIATION (NCAA); ELECTRONIC
23 ARTS, INC.; and COLLEGIATE
   LICENSING COMPANY,
24
              Defendants.
25

26

27

28

1.  I, Michael D. Hausfeld, submit this declaration under penalty of perjury in connection with the application for taxable costs, attorneys' fees, and expenses on behalf of the injunctive class in the above-captioned matter. The facts stated herein are based on my personal knowledge unless stated otherwise.

2.  I am the Chairman of the law firm Hausfeld LLP ("HLLP") and Class Counsel in this litigation.

**Hausfeld LLP Attorney Time and Cost Totals**

3.  HLLP bore principal responsibility for the investigation, filing, litigation, and trial of this matter. Since 2009, HLLP has devoted significant firm resources to prosecuting this case; lawyers, paralegals, and legal assistants at HLLP have spent 29,874.70 hours working on this case. The value of that time, using historic hourly rates, is $17,078,140. These numbers include time billed from 2009 through the date of this filing. These figures were prepared from contemporaneous daily time records regularly prepared and maintained by my firm. The rates used to calculate these figures are the usual and customary hourly rates charged for each attorney or staff member's services.

4.  A list of HLLP lawyers and staff who have worked on this case, along with their respective hours, average historical billing rates, and the value of that work is below:

| Timekeeper Name | Total Hours | Total Lodestar | Average Historical Rate |
|---|---|---|---|
| Armstrong, Robert | 49.7 | 16,401.00 | 330 |
| Bailey, Jr., Arthur N. | 1,379.65 | 665,296.00 | 482 |
| Bojedla, Swathi | 1,004.30 | 370,956.00 | 369 |
| Bone, Diane | 325.7 | 89,925.00 | 276 |
| Butterfield, William P. | 78.3 | 65,219.00 | 833 |
| Coolidge, Melinda R. | 21.5 | 8,318.00 | 387 |
| Dwelley, Caitlin | 339.4 | 84,850.00 | 250 |
| Eisler, Robert G. | 0.8 | 620 | 775 |
| Elder, Candice | 567.7 | 159,330.00 | 281 |
| Elkus, Daniel | 90.7 | 22,675.00 | 250 |
| Gassman, Seth | 5.6 | 2,800.00 | 500 |
| Ghareeb, Faris E. | 18 | 5,225.00 | 290 |
| Giddings, Nathaniel | 5.5 | 1,810.00 | 329 |
| Gosselin, Sathya | 3,759.20 | 1,646,528.00 | 438 |

| Name | Hours | Amount | Rate |
|------|------|------|------|
| Greenbaum, Arielle | 1 | 250 | 250 |
| Hausfeld, Michael D. | 3,099.60 | 3,003,394.00 | 969 |
| Huling, Marilani | 2,414.90 | 754,616.00 | 312 |
| Jenkins, Spencer H. | 0.5 | 100 | 200 |
| Jones, Megan E. | 346.35 | 160,188.50 | 463 |
| Jowers, Joshua | 17.9 | 5,817.50 | 325 |
| Kearns, Timothy | 9.8 | 4,165.00 | 425 |
| Kim, John | 2.7 | 877.5 | 325 |
| Kimyacioglu, Sebnem | 236 | 59,000.00 | 250 |
| King, Jon T. | 6,016.30 | 3,083,939.50 | 513 |
| Landau, Brent W. | 9.4 | 5,334.50 | 568 |
| Lebsock, Christopher L. | 198.45 | 113,121.50 | 570 |
| Lehmann, Michael P. | 3,312.05 | 3,052,491.50 | 922 |
| Lewis, Richard S. | 42 | 34,650.00 | 825 |
| Lucas, Brian | 11.6 | 2,718.00 | 234 |
| Menon, Deepa | 38 | 8,750.00 | 230 |
| Mitchell, James | 1,195.60 | 379,690.00 | 318 |
| Olson, Steig D. | 64.4 | 30,268.00 | 470 |
| Pashai, Pejmon | 2 | 580 | 290 |
| Patel, Krishna | 78.5 | 24,920.00 | 317 |
| Patel, Nadia | 16 | 5,200.00 | 325 |
| Pava, Mindy | 7.8 | 2,730.00 | 350 |
| Pegram, Christopher | 6.8 | 2,176.00 | 320 |
| Pizzirusso, Jamie J. | 3.3 | 1,855.00 | 562 |
| Ratner, Brian A. | 14.2 | 7,990.50 | 563 |
| Robinson, Elliot | 50.2 | 14,025.00 | 279 |
| Rovinsky, Jeremy | 2.9 | 638 | 220 |
| Ryan, Kathryn | 12.5 | 3,440.00 | 275 |
| Sandberg, Amanda | 4.1 | 1,085.50 | 265 |
| Scherrer, Hilary K. | 2,571.80 | 1,478,402.00 | 575 |
| Smith, Gary | 0.5 | 175 | 350 |
| Stubbs, Kristina | 782.9 | 227,571.50 | 291 |
| Ward, Kristen | 7.1 | 2,557.00 | 360 |
| Wecker, Bruce | 1,651.50 | 1,465,470.00 | 887 |
| **Total** | **29,874.70** | **17,078,140.00** | |

5.      During this same time period, HLLP advanced many expenses directly related to this case, totaling $2,625,802.40. These costs would be paid by a client that has hired my firm by the hour, including expenses in various categories compensable under the Clayton Act:

computerized legal research, attorney travel, photocopying, and overnight mail and messenger charges, etc.

6. A summary chart of these costs for HLLP, which are recoverable pursuant the Clayton Act's fee and cost shifting provision, is below:

| | |
|---|---|
| Travel | $357,803.19 |
| Local Transportation & Meals | $5,699.65 |
| Messenger/Delivery/Postage | $16,153.04 |
| Computerized Research | $63,922.66 |
| Court Fees | $2,601.48 |
| Phone/Fax | $16,914.55 |
| Office Expenses | $155.60 |
| Photocopying/Printing | $27,379.53 |
| Witness/Service Fees | $5,324.05 |
| Court Reporter (non-trial) | $1,958.98 |
| Professional Fees (expert witnesses, consultants, and other professional services) | $806,255.55 |
| Electronic Equipment Rental & Purchases | $1,114.15 |
| Miscellaneous | $2,519.97 |
| Assessments | $1,318,000 |
| **Total** | $2,625,802.40 |

Copies of invoices, which in many instances would require time-consuming redactions where charges related to other cases appear on the same pages, as well as backup materials, are available at the Court's request.

7. I have reviewed the time and expenses reported by my firm in this case which are included in this declaration, and I affirm that they are true and accurate though I reserve the right to amend this declaration in light of the constraints imposed by Civil Local Rule 54-1 and 54-5's 14-day deadline.

**Other Firms' Time and Cost Totals**

8.      Contemporaneous with this filing, HLLP is submitting attorneys' fees, taxable costs, and compensable expenses for all other firms involved in this litigation, save for a few law firms that have not yet submitted final time and expenses (providing further cause to reserve the right to amend). A summary chart of each firm's attorneys' hours and lodestar is attached as Exhibit A. A summary chart of each firm's expenses compensable under the Clayton Act's fee and cost shifting provision is included as Exhibit B. Total expenses, broken down by category of recoverable costs, are outlined in Exhibit C. Given the abbreviated time frame, I have not yet reviewed the time and expenses submitted by each firm in this case, and these numbers are subject to further revision. All time records will be made available at the Court's request for *in camera* review.

**Litigation Fund**

9.      Since the inception of this litigation, HLLP has maintained a Litigation Fund, into which co-counsel firm paid assessments and which was used to pay for many case-related expenses. Of these expenses disbursed from the Litigation Fund, $195,663.43 are recoverable as taxable costs under Federal Rule of Civil Procedure 54 and Northern District of California Civil Local Rule 54-1 and 54-3. A chart of these compensable costs is attached to this declaration as Exhibit D. These costs were necessarily incurred in the case, and they were incurred for services that were actually and necessarily performed.

10.      An additional $3,243,532.93 in Litigation Fund expenses are compensable pursuant to the Clayton Act's fee and cost shifting provisions, including expenses in at least these categories: outside photocopying, deposition expenses, and trial graphics specialists. A chart of these expenses is included in Exhibit D.

**Taxable Costs**

11.      Finally, certain other costs expended in this litigation are compensable under Federal Rule of Civil Procedure 54 and Northern District of California Civil Local Rule 54-1 and 54-3, as further outlined in Plaintiffs' Bill of Costs, Dkt. No. 304. I have knowledge of the facts and attest that the items included in Plaintiffs' Bill of Costs are correct; were necessarily incurred

in the case; and the services for which fees have been charged were actually and necessarily performed. *See* 28 U.S.C. § 1924. These costs were incurred by the following entities:

| | |
|---|---|
| Litigation Fund | $195,663.43 |
| Boies Schiller | $20,000.00 |
| Robbins Geller | $46.00 |
| **Total** | 215709.43 |

More detail on these costs can be found in the respective firms' declarations, which are being filed contemporaneously with this declaration.

**Hausfeld LLP Trial Team Experience**

12.     I have been Chairman of Hausfeld LLP since its inception. I received my JD, with honors, in 1969 from The George Washington University.

13.     My 45-year career has included some of the largest and most successful class actions in the fields of human rights, discrimination and antitrust law. In the antitrust field, I have represented plaintiffs, individuals and classes, in cases involving monopolization, tie-ins, exclusive dealings and price fixing around the country and abroad. The majority of my cases have been in the U.S. federal courts, and in the past ten years I have represented clients in federal court proceedings in at least the following cities: San Francisco, New York City, Philadelphia, Trenton, Miami, and Minneapolis/St. Paul. I am admitted to the bar in New York and Washington, D.C. Summaries of my significant representations can be found at http://www.hausfeldllp.com/pages/lawyers/michael_hausfeld.

14.     HLLP has devoted substantial resources to the prosecution of this case. A number of attorneys from my firm worked on this litigation as it progressed over the past five years, including partners Michael P. Lehmann, Hilary K. Scherrer, Megan E. Jones, Art N. Bailey Jr., and Sathya S. Gosselin; Of Counsel Bruce Wecker; and Associate Swathi Bojedla, in addition to other former attorneys from my firm.

15.     Mr. Lehmann graduated from Hastings College of the Law in 1977, going on to work at Furth Lehmann LLP, where he eventually served as Managing Partner, and Cohen Milstein Hausfeld & Toll PLLC, where he was a partner. He has 32 years of experience as a

business litigator and has served as lead counsel for direct and indirect purchaser classes in numerous antitrust cases. In 2012 and 2013, Mr. Lehmann was recognized as a "California Super Lawyer," and in 2013 he was recognized by U.S. News & World Report as a "Best Lawyer" in the category of Antitrust Law. More details of Mr. Lehmann's background can be found at http://www.hausfeldllp.com/pages/lawyers/michael_lehmann.

16.     Ms. Scherrer graduated *cum laude* from the American University Washington College of Law in 2000. She has extensive experience in antitrust, consumer fraud, and other complex litigation matters, at both the trial court and appellate levels. She has been named one of the country's top "Antitrust Litigation Stars," one of the District of Columbia's "Local Litigation Stars," and one of the "Top 150 Women in Litigation" by Benchmark Plaintiff, a definitive guide to America's leading plaintiff-side litigation firms and attorneys. She has also been featured by The Plaintiffs' Hot List, an annual list of the nation's top plaintiff-side firms prepared by the National Law Journal. More details of Ms. Scherrer's background can be found at http://www.hausfeldllp.com/pages/lawyers/hilary_scherrer.

17.     Ms. Jones graduated from the University of North Carolina at Chapel Hill School of Law in 1999. In 2012 and 2013, she was selected as one of the top 10 Leading Lawyers in the U.S. in plaintiffs' representation for antitrust. In 2012, she was also selected by Law360 as a "Rising Star" in the competition category, one of only five attorneys to receive this honor. She is frequently asked to speak for legal organizations around the country about antitrust civil enforcement. More details of Ms. Jones' background can be found at http://www.hausfeldllp.com/pages/lawyers/megan_jones.

18.     Mr. Bailey graduated from the University of Tulsa School of Law in 1999. Prior to working at HLLP, he was an attorney at Cohen, Milstein, Hausfeld & Toll, PLLC and Kaplan Fox & Kilsheimer LLP, where he worked on antitrust, securities fraud, and consumer fraud class action cases. More details of Mr. Bailey's background can be found at http://www.hausfeldllp.com/pages/lawyers/art_bailey.

19.     Mr. Gosselin graduated from Cornell Law School in 2007. He has served as one of the primary litigators of this matter since its inception. Prior to joining the firm, Mr. Gosselin was

a staff law clerk at the United States Court of Appeals for the Seventh Circuit. Since joining HLLP, Mr. Gosselin has represented clients in class-action antitrust matters at both the trial court and appellate levels. Recently, his work was recognized by Law360 as he was named one of only five "Rising Stars" under the age of 40 leading the class-action field. More details of Mr. Gosselin's background can be found at http://www.hausfeldllp.com/pages/lawyers/sathya_gosselin.

20.     Mr. Wecker graduated from the University of Michigan School of Law in 1977. In a nearly four-decade-long legal career, he has represented a variety of companies in patent and trade secret litigation, and he has also worked on a number of seminal antitrust cases. More details of Mr. Wecker's background can be found at http://www.hausfeldllp.com/pages/lawyers/bruce_wecker.

21.     Ms. Bojedla graduated from the Georgetown University Law Center in 2007. She has represented clients in numerous sports and antitrust matters, including in cases against the NFL, the NFL players' union, and in other cases against the NCAA. More details of Ms. Bojedla's background can be found at http://www.hausfeldllp.com/pages/lawyers/swathi_bojedla.

**Hausfeld LLP Background and Practice**

22.     Hausfeld LLP ranks among the world's top claimants' firms. Renowned for our skillful prosecution of complex and class-action litigation, we represent individuals, businesses, and organizations—domestically and internationally—in the areas of antitrust/competition law, human and civil rights, mass torts, environmental threats, securities fraud, and consumer protection. For decades, Hausfeld LLP attorneys have vigorously advocated for aggrieved claimants, achieving noteworthy trial victories and settlements while contributing to the development of law in the United States and abroad. More information on our firm can be found at www.hausfeldllp.com. An extended firm summary is attached to this declaration as Exhibit E.

23.     Federal courts around the country have reviewed HLLP's hourly rates and found them reasonable. By recent example, HLLP served as class counsel in the matter of *In re Processed Egg Products Antitrust Litigation.* In 2012, Judge Pratter's decision approving the fee application of class counsel in *Eggs* stated that "the Court finds that the stated hourly rates of

these attorneys and staff, some of whom are described as national leaders in the field of class action litigation, are reasonable." *In re Processed Egg Products Antitrust Litigation,* No. 08-md-2002, 2012 WL 5467530 at *6 (E.D. Pa. Nov. 9, 2012). I submitted a declaration in the Eggs case for my firm. That declaration specified my 2010 billing rate, which was $950, and additional partner billing rates of $470-$510. HLLP associate billing rates on the *Eggs* case ranged from $200-340. Support staff billed from $230-255 depending on their role and experience. These rates are typical for our practice and were approved by the court in the *Eggs* litigation.

24.     In another recent case, HLLP (along with Boies Schiller & Flexner, co-lead counsel in this case, and another firm) achieved a significant trial victory in the Eastern District of New York, and our rates were again found to be reasonable. *In re Vitamin C Antitrust Litigation*, No. 06-md-1738 (E.D.N.Y. Dec. 30, 2013), ECF No. 815. Judge Cogan noted that, like here, the case was unique in that it "had to be built from the ground up" and could not rely on previous work by prosecutors or regulators. *Id*. at 6. The court found HLLP's 2013 rates—$980 for myself, $560-$600 for partners, and $325-$410 for associates—to be "thoroughly reasonable based not only on the market, but on the uniqueness of the case and the high quality of their work." *Id*.

25.     My firm has submitted fee petitions in other cases that reported hourly rates comparable to those sought herein and courts have approved award of attorneys' fees in such cases. Examples include: Order approving fee award, *In re Air Cargo Shipping Serv. Antitrust Litig.,* No. 06-md-1775, (E.D.N.Y. Aug. 2, 2012), ECF No. 1732; Order approving fee award, *In re Municipal Derivatives Antitrust Litig.,* No. 08-2516 (S.D.N.Y. Nov. 5, 2012), ECF No. 1724; Order approving fee award, *In re TFT-LCD (Flat Panel) Antitrust Litig.,* No. 07-md-1827 (N.D. Cal. Dec. 27, 2011), ECF No. 4436; Order approving fee award, *In re Flat Glass Antitrust Litig. II,* MDL No. 1942 (W.D. Pa. May 15, 2011), ECF No. 291; Order approving fee award, *In re Ethylene Propylene Diene Monomer (EPDM) Antitrust Litig.,* No. 03-md-1542 (D. Conn. Oct. 1, 2010), ECF No. 574; Order approving fee award, *In re Endosurgical Prods. Direct Purchaser Antitrust Litig.,* No. 05-cv-08809 (C.D. Cal. May 11, 2009), ECF No. 195; among others.

26.     Antitrust class actions such as this one are where HLLP's national reputation was built and remain central to the firm's practice. In the antitrust field, HLLP attorneys currently

serve as lead counsel in class actions and as counsel to private clients in the most significant civil antitrust suits, wherever those cases are found in the world. In addition to the *Vitamin C Antitrust* case in Brooklyn, examples of HLLP's current antitrust practice include representing class plaintiffs as co-lead counsel in *In re Air Cargo Shipping Serv. Antitrust Litig.,* MDL 1775 and *In re Municipal Derivatives Antitrust Litig.,* MDL 1950 (New York), *In re TFT-LCD (Flat Panel) Antitrust Litigation, In re Endosurgical Prods. Direct Purchaser Antitrust Litigation,* and *In Re Transpacific Air Transportation Litigation*, MDL 1913 (California); *In re Flat Glass Antitrust Litig. II,* MDL 1942 (Pennsylvania); and *In re Ethylene Propylene Diene Monomer (EPDM) Antitrust Litigation* (Connecticut).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed this 22nd day of August 2014, at Washington, DC.

*/s/ Michael Hausfeld*

Michael D. Hausfeld

# Exhibit A

## Attorney Hours and Lodestar by Firm

| Firm | Hours | Lodestar |
|---|---|---|
| Boies Schiller & Flexner LLP | 4051.2 | 1,890,698.60 |
| Cafferty Clobes Meriwether & Sprengel LLP | 6741.8 | 3,766,560.00 |
| Cozen O'Connor, P.C. | 665.9 | 326,426.50 |
| Cuneo, Gilbert & Deluca LLP | 2770.55 | 1,525,996.25 |
| Finkelstein Thompson LLP | 166.8 | 68,017.50 |
| Freed Kanner London & Millen LLC | 1770.8 | 719,513.50 |
| Grant & Eisenhofer P.C. | 6202.4 | 2,993,120.00 |
| Hausfeld LLP | 29,874.7 | 17,078,140.00 |
| Heins Mills & Olson | 4620.9 | 2,431,118.00 |
| Labaton Sucharow | 1303.4 | 630,336.50 |
| Lieff Cabraser Heimann & Bernstein, LLP | 1934.3 | 844,734.00 |
| Lite Depalma Greenberg, LLC | 3591.6 | 2,322,925.00 |
| Markovits, Stock & DeMarco, LLC | 51.9 | 25,335.00 |
| Meredith Cohen Greenfogel & Skirnick | 159.25 | 106,367.50 |
| Minami Tamaki LLP | 1199.6 | 669,006.00 |
| Morrison Sund PLLC | 2216.4 | 875,478.00 |
| Pearson, Simon, Warshaw & Penny, LLP | 1231.9 | 494,726.50 |
| Pittman, Dutton & Hellums, P.C. | 687.11 | 278,946.00 |
| Provosty & Gankendorff, LLC | 2109.8 | 878,065.00 |
| Reinhardt Wendorf & Blanchfield | 972.7 | 437,356.86 |
| Robbins Geller Rudman & Dowd LLP | 2491.15 | 1,026,373.50 |
| Spector Roseman Kodroff & Willis | 2118.6 | 848,711.25 |
| Steyer Lowenthal Boodrookas Albarez & Smith LLP | 6476 | 3,246,561.00 |
| Venable LLP | 1563 | 916,754.50 |
| Zelle Hofmann Voelbel & Mason | 4003.8 | 2,455,052.50 |
| **TOTAL** | **67,321.50** | **46,856,319.46** |

# Exhibit B

## Total Expenses by Firm

| Firm | Expenses |
|---|---|
| Boies Schiller & Flexner | 388,334.45 |
| Cafferty Clobes Meriwether & Sprengel LLP | 31,446.45 |
| Cozen O'Connor, P.C. | 12,160.84 |
| Cuneo, Gilbert & Deluca LLP | 119,892.59 |
| Finkelstein Thompson LLP | 27,332.94 |
| Freed Kanner London & Millen LLC | 103,591.84 |
| Grant & Eisenhofer P.C. | 309,274.85 |
| Hausfeld LLP | 2,625,802.40 |
| Heins Mills & Olson | 334,631.18 |
| Labaton Sucharow | 102,221.97 |
| Lieff Cabraser Heimann & Bernstein, LLP | 260,793.82 |
| Lite Depalma Greenberg, LLC | 144,052.30 |
| Markovits, Stock & DeMarco, LLC | 74.80 |
| Meredith Cohen Greenfogel & Skirnick | 23,498.27 |
| Minami Tamaki LLP | 39,055.00 |
| Morrison Sund PLLC | 27,098.88 |
| Pearson, Simon, Warshaw & Penny, LLP | 115,890.24 |
| Pittman, Dutton & Hellums, P.C. | 75,307.67 |
| Provosty & Gankendorff, LLC | 59,468.69 |
| Reinhardt Wendorf & Blanchfield | 9,139.06 |
| Robbins Geller Rudman & Dowd LLP | 254,627.11 |
| Spector Roseman Kodroff & Willis | 123,021.18 |
| Steyer Lowenthal Boodrookas Albarez & Smith LLP | 207,846.68 |
| Venable LLP | 24,448.17 |
| Zelle Hofmann Voelbel & Mason | 175,985.33 |
| **TOTAL** | **5,594,996.71** |

# Exhibit C

## Total Expenses By Category – All Firms

| Category | Amount |
|---|---|
| Travel | 651,549.14 |
| Local Transportation & Meals | 5,888.67 |
| Messenger/Delivery/Postage | 32,192.11 |
| Computerized Research | 171,813.2 |
| Court Fees | 12,254.8 |
| Phone/Fax | 24,020.48 |
| Office Expenses | 2,731.62 |
| Photocopying | 107,954.4 |
| Witness/Service Fees | 12,622.34 |
| Court Reporter | 3,279.78 |
| Professional Fees | 811,971 |
| Electronic Equipment Rental and Purchases | 3,520.52 |
| Miscellaneous | 4,194.7 |
| Document Hosting & E-Discovery | 252,503.90 |
| Assessments | 3,498,500 |
| **TOTAL** | **$5,594,996.71** |

# Exhibit D

## Litigation Fund Expenses

| Compensable under the Clayton Act | |
|---|---|
| Photocopying | 34,133.46 |
| Court reporter | 5,896.46 |
| E-discovery | 6,750 |
| Computerized Research | 1,292.41 |
| Professional Services | 3,181,993.14 |
| Witness/Service fees | 6,050.8 |
| **Total** | **3,243,532.93** |
| Taxable Costs (also compensable under the Clayton Act) | |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case | 54,799.72 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case (depositions) | 130,165.91 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case (daily trial transcripts) | 10,697.8 |
| **Total** | **195,663.43** |

# Exhibit E


## HAUSFELD LLP FIRM SUMMARY

Hausfeld LLP ranks among the world's top claimants' firms. Renowned for our skillful prosecution of complex and class-action litigation, we represent individuals, businesses, and organizations—domestically and internationally—in the areas of antitrust/competition law, human and civil rights, mass torts, environmental threats, securities fraud, and consumer protection. For decades Hausfeld LLP attorneys have vigorously advocated for aggrieved claimants, achieving noteworthy trial victories and settlements while contributing to the development of law in the United States and abroad. The firm has offices in Washington, D.C., Philadelphia, San Francisco, and London, with affiliated offices throughout Europe, Asia, Latin America, Canada, Africa and Australia.

Hausfeld LLP was founded by Michael D. Hausfeld, who is widely recognized as one of the country's top civil litigators and a leading expert in the fields of private antitrust/competition enforcement and international human rights. The *New York Times* has described Mr. Hausfeld as one of the nation's "most prominent antitrust lawyers" while *Washingtonian Magazine* characterizes him as a lawyer who is "determined to change the world—and succeeding," noting that he "consistently brings in the biggest judgments in the history of law."

Under Mr. Hausfeld's leadership, Hausfeld LLP attorneys have studied the recent global integration of markets—and responded with innovative legal theories and a creative approach to claims in new and emerging markets. The firm's pursuit of global justice has also yielded a diverse array of clients, including Native Alaskans, Holocaust survivors, and apartheid victims in South Africa.

## LEADERSHIP IN LANDMARK LITIGATION

Courts have appointed Hausfeld LLP and its attorneys as lead class counsel, co-lead class counsel, or managerial counsel in over 30 class-action antitrust, consumer-protection, mass-tort, and sports and entertainment cases, with leadership positions in numerous other cases:

### Antitrust
- *Ace Delivery & Moving, Inc. v. Horizon Lines, LLC*, No. 08-cv-00207 (D. Alaska)
- *In re Air Cargo Shipping Services Antitrust Litig.*, No. 06-md-1775 (E.D.N.Y.)
- *In re Automotive Aftermarket Lighting Products Antitrust Litig.*, No. 09-ML-2007-GW (PJW) (C.D. Cal.)
- *Bruce Foods Corp. v. SK Foods, LP*, No. 2:09-cv-00027-MCE-EFB (E.D. Cal.)
- *In re Chocolate Confectionary Antitrust Litig.*, No. 08-mdl-1935 (M.D. Pa.)
- *In re Endosurgical Products Direct Purchaser Antitrust Litig.*, No. SACV 05-8809 JVS (MLGx) (C.D. Cal.)
- *In re Flat Glass Antitrust Litig.*, No. 2:08-mc-00180 (W.D. Pa.)
- *In re Florida Cement and Concrete Antitrust Litig.*, No. 09-23187-CIV-ALTONAGA/Brown (S.D. Florida)
- *In re Foreign Exchange Benchmark Rates Antitrust Litigation,* 13 Civ. 07789 (LGS) (S.D.N.Y.)

- *In re Fresh and Process Potatoes Antitrust Litig.,* No. 4:10-MD-2186-BLW (D. Id.) (Executive Committee)
- *In re Hydrogen Peroxide Antitrust Litig.*, No. 05-cv-666 (E.D. Pa.)
- *In re International Air Passenger Surcharge Antitrust Litig.*, No. M:06-md-01793 (N.D. Cal.)
- *Kohlder Manufacturing Co., Inc. v. Kason Industries, Inc. et al*, No. 1:10-cv-01875-WSD (N.D. Ga.)
- *In re Methyl Methacrylate Antitrust Litig.* ("MMA"), No. 06-md-1768 (E.D. Pa.)
- *In re Municipal Derivatives Antitrust Litig.*, No. 08-cv-2516 (S.D.N.Y.)
- *In re New Jersey Tax Sales Certificates Antitrust Litig.*, No. 12-1893 (D.N.J.)
- *In re NCAA Student-Athlete Name & Likeness Licensing Litig.*, No. C09-1967 CW (N.D. Cal.)
- *In re Optical Disk Drive Antitrust Litig.*, No. 3:10-md-02143-VRW (N.D. Cal.) (Executive Committee)
- *In re OSB Antitrust Litig.*, No. 06-cv-826 (E.D. Pa.)
- *In re Polyurethane Foam Antitrust Litig.*, No. 1:10-md-02196-JZ (N.D. Ohio)
- *In re Pressure Sensitive Labelstock Antitrust Litig.*, MDL No. 1556 (M.D. Pa.)
- *In re Processed Egg Products Antitrust Litig.*, No. 2:08-cv-04653 (E.D. Pa.)
- *In re Rail Freight Fuel Surcharge Antitrust Litig.*, No. 1:07-mc-00489-PLF-JMF (D.D.C.)
- *In re Transpacific Passenger Air Transport Antitrust Litig.*, No. 3:07-cv-05634 (N.D. Cal.)
- *In re Vitamins Antitrust Litig.*, MDL No. 1285 (D.D.C.)
- *In re Vitamin C Antitrust Litig.*, No. 1:06-md-01738-DGT-JO (E.D.N.Y.)
- *In re LIBOR-Based Financial Instruments Antitrust Litig.*, No. 11-MD-2262 (S.D.N.Y.)

**Consumer Protection**
- *Kairoff v. Dropbox, Inc.*, No. 4:11-cv-02508-PJH (N.D. Cal.)
- *Lambert et al v. Lumber Liquidators Holdings, Inc*., No. 1:14-cv-00035-GBL-TCB (E.D. Va.)
- *In re Monsanto Company Genetically-Engineered Wheat Litig.,* No. 2:13-md-02473-KHV-KMH (D. Kan.)
- *Radosti, et al. v. Envision EMI, LLC*, No. 1:09-CV-00887-CKK (D.D.C.)
- *Ross v. Trex Co., Inc.*, No. 5:09-CV-00670 (N.D. Cal.)
- *In re Sony PS3 "Other OS" Litig.*, No. CV-10-1811-RS (N.D. Cal.)
- *In re Tyson Foods, Inc., Chicken Raised without Antibiotics Consumer Litig.*, No. 1:08-md-01982-RDB (D. Md.)
- *Wolph v. Acer America Corp.*, No. CV-09-01314-VRW (N.D. Cal.)

**Mass Tort**
- *In re Chinese-Manufactured Drywall Products Liability Litig.*, MDL No. 2047 (E.D. La.) (Of Counsel to Plaintiffs' Steering Committee)
- *In re National Football League Players' Concussion Injury Litig.*, No. 2:12-md-02323-AB (E.D. Pa.) (Plaintiffs' Executive Committee and Liaison Counsel)
- *In re Prempro Products Liability Litigation*, No. 4:03-cv-01507-WRW (E.D. Ark.) (Plaintiffs' Steering Committee)

**Financial Services**

- *In re Commodity Exchange, Inc. Silver Futures and Options Trading Litig.*, No. 1:11-md-02213-RPP (S.D.N.Y.) (Interim Plaintiffs' Steering Committee).
- *MTB Investment Partners LP v. Siemens Hearing Instruments Inc.*, No. 2:12-cv-00340 (D. N. J.)

**Sports & Entertainment**
- *Dryer v. Nat'l Football League*, No. 0:09-cv-02182-PAM-AJB (D. Minn.)
- *Eller v. Nat'l Football League*, No. 11-CV–639 (D. Minn.)
- *James v. UMG Recordings, Inc.*, No. 11-CV-1613-SI (N.D. Cal.)
- *Sister Sledge v. Warner Music Group*, 3:12-cv-00559-RS (N.D. Cal.)

---

## RECENT ACCOLADES AND ACHIEVEMENTS

- For the second year in a row, *The National Law Journal* named Hausfeld LLP as part of the esteemed "Plaintiffs' Hot List" in October 2013. The editorial summarized the firm by stating:

"Michael Hausfeld's self-titled law firm has stacked up the successes since its start in 2008. From June 2012 to July 2013, it had a hand in more than $1 billion in verdicts and settlements, more than all three previous years combined, coming largely from two cases: antitrust litigation involving the air cargo industry and a high-profile football concussions case."

- In early of October 2013, Hausfeld won the *Financial Times* Innovative Lawyer Dispute Resolution Award. The FT states that Hausfeld has:

"Pioneered a unique and market-changing litigation funding structure that improved accessibility and enabled victims to pursue actions with little or no risk."

- In October 2012, for the second time since its inception four years ago, Hausfeld LLP was named by the *National Law Journal* in its prestigious "Plaintiffs' Hot List" as one of the premier plaintiffs' firms in the country. The editorial highlighted the Air Cargo litigation stating:

"Michael Hausfeld's law firm helped to oversee the extraction of an additional $200 million during the last 12 months from air carriers accused of a massive conspiracy to fix prices for hauling air cargo, bringing the total take from 17 settlements during the past three years to $485 million."

- *The Legal 500*, May 2012, placed Hausfeld LLP in Tier 1 for the antitrust category of Mass Tort and Class Action Plaintiffs Representation. The publication also listed Michael Hausfeld, Megan Jones and Brian Ratner as "Leading Lawyers" stating that:

"Hausfeld LLP has '*a deep and strong knowledge of the antitrust practice*', and is recognized as '*among the very top*' firms in the space. Its 13-partner group is based in Washington DC, San Francisco, Philadelphia and also internationally in London. Recent highlights include acting as

one of four co-lead counsel for the class in the cartel case, *In re Air Cargo Antitrust Shipping Litigation*, and securing $241m in related settlements during 2011 to add to the $128m secured in 2010, and $85m in 2009.  It acted as one of the co-lead counsel in *In re Vitamin C Litigation* in which allegations of collusion and price-fixing were brought against Chinese manufacturers of vitamin C, which admitted the charge but brought an interesting defense by invoking the foreign sovereign compulsion doctrine. The US District Court for the Eastern District of New York denied defendants' motions for summary judgment, rejecting the notion that the Chinese government was responsible for their conduct.  The group has carved a niche in sports-related antitrust class action, with two currently pending, including *In re NCAA Student-Athlete Name & Likeness Litigation*.  Brian Ratner '*thinks strategically, is an excellent negotiator and has a solid foundation of substantive law*'.  Andrew Bullion, '*powerhouse*' Michael Hausfeld and Megan Jones are also recommended."

• *Lawdragon* named Michael Hausfeld as one of the 500 Leading Lawyers in America for 2011 and 2012.

• In February 2012, The Global Competition Review cited Hausfeld LLP as "…one of—if not the—top antitrust plaintiffs' firms in the US."  They also recognized that, "The team's sister practice in London, Hausfeld & Co, has been at the forefront of private antitrust litigation in Europe."

• *Law360* selected three partners, Megan Jones, Brian Ratner, and James Pizzirusso as "Rising Stars Under 40" in 2012.

• The 2011 and 2012 Benchmark Plaintiff Guide to America's Leading Plaintiff Firms and Attorneys identified Hausfeld LLP as one of the top "Tier 1" Antitrust firms in the country, naming several Hausfeld LLP partners as "Antitrust Litigation Stars"—more than any other firm in both years. Further, the Guide listed Hausfeld LLP as one of the "Highly Recommended" Plaintiff firms in Washington, DC for both years, naming four of its partners as "Local Litigation Stars" as well.  The 2011 Guide noted:

> "Michael Hausfeld, the founder and chairman of the firm, is a Goliath in the plaintiffs' bar having earned his esteemed reputation as a leading litigator with record-breaking decisions won by advancing unconventional legal theories.  Known for success in human rights, antitrust and complex commercial litigation, he is also considered one of the country's best negotiators. William Butterfield, Hilary Scherrer and James Pizzirusso bring decades of invaluable expertise and experience to the firm's practice."

• The US *Legal 500* publication identified Hausfeld LLP as one of the top three antitrust plaintiffs' firms nationwide in 2011:

> "Led by the renowned Michael Hausfeld, Hausfeld LLP has rapidly established itself at the plaintiff's bar since its inception in 2008, bringing to bear its '*crucial experience of the tactics which may be employed by both sides in litigation*'. The group has a dedicated focus on complex antitrust litigation and class actions, and '*provides creative advice to resolve issues*'. In June 2010, the firm reached a $25m settlement with defendants Land O'Lakes, Moark and Norco Ranch in *In re Processed Egg Products Antitrust Litigation*. The firm had filed the first case in this action alleging a national conspiracy of supply reduction and price fixing in the egg industry. The firm also saw *In re Ethylene Propylene Diene Monomer* (EPDM) Antitrust Litigation through to successful settlement in 2010 after seven years, winning class certification on

summary judgment in 2009 and the subsequent Second Circuit appeal in 2010. The case was finally settled six months before the trial began. The firm also has a London office through which it is pursuing action against an alleged global cartel. Andrew Bullion and Megan Jones are recommended for having a '*good understanding of business and operational environments'*."

• The *National Law Journal* named Hausfeld LLP to the 2010 Plaintiffs' Hot List, as well:

"Since its inception in 2008, 23-attorney Hausfeld has quickly positioned itself as a leader in antitrust and class action litigation. Washington-based Chairman Michael Hausfeld's firm has established new frontiers for plaintiffs' legal recovery, while pursuing global cartels and representing victims of apartheid. That case resulted in a groundbreaking ruling by the U.S. Court of Appeals for the 2d Circuit that aiding and abetting violations of international law are actionable under the Alien Tort Claims Act. The firm claims recoveries worth $300 million during the past 12 months."

• In 2010, the US *Legal 500* publication also listed Hausfeld LLP among the <u>top</u> <u>three</u> antitrust plaintiffs' firms in the country:

"Hausfeld LLP brands as a global plaintiff representation firm, targeted at providing justice to both individuals and businesses, and antitrust litigation is one of five key areas of expertise.…[T]he firm has been appointed co-lead counsel in over 20 significant cases. The firm is headquartered in Washington DC, and also has offices in New York, Philadelphia, San Francisco and London. One client ranks the firm as *'the best I have ever worked with'*… Recommended lawyers include the firm's founder, Washington DC-based Michael Hausfeld, an experienced veteran who is *'inventive and determined'*. Also in Washington DC, Brian Ratner is an *'engaging, highly competent professional who can simplify complex antitrust matters and make them comprehensible to a non-antitrust attorney'*, and Andrew Bullion, *'experienced, knowledgeable and easy to communicate with'*. In Philadelphia, Brent Landau is *'very professional and personable'*. "

• The US *Legal 500* publication honored Hausfeld LLP as one of the top antitrust plaintiffs' firms in the country in 2009.

• In March 2009, the firm finalized a historic global-settlement agreement with Parker ITR concerning the company's involvement in an international marine hose cartel. The settlement agreement was the first private resolution of a company's global-cartel liability without any arbitration, mediation, or litigation. It thus signaled opportunities never before possible for dispute resolution, and it provides a new model for global-cartel settlements going forward. Major oil company purchasers and other significant marine-hose purchasers have signed or agreed to sign the settlement agreement.

• Hausfeld LLP is court-appointed lead counsel (with special responsibility for stewardship of non-US claims) in the *Air Cargo Antitrust Litigation* on behalf of air-freight customers opposing a group of international airlines who allegedly fixed prices on air-freight shipping. This case has already resulted in settlements worth over $485 million. Michael Hausfeld is one of the lead settlement negotiators for the claimants.

• Hausfeld LLP is also court-appointed co-lead counsel in the *Air Passenger Antitrust Litigation* representing thousands of air travelers worldwide opposing British Airways and Virgin Atlantic Airways for allegedly fixing prices of air-passenger transportation from the UK to all long-haul destinations in the world (as well as the opposite routes). Hausfeld LLP lawyers secured in this action the



first recovery for foreign citizens based on foreign antitrust law in a US antitrust case. European citizens and businesses have benefited significantly from this settlement, which provided equal compensation for domestic and foreign air passengers.

• Hausfeld LLP lawyers also successfully litigated and settled foreign claims in *Kruman v. Christie's International PLC. et al.*, marking the first time that non-US claimants received, as a class, compensation for violation of competition laws (the fixing of auction commissions)—a milestone in both US antitrust jurisprudence and European recovery.

## STERLING REPRESENTATION

Given Hausfeld LLP's depth of experienced lawyers, history, profile, and recent successes, the firm is widely considered to be a leader in the antitrust bar. Hausfeld LLP lawyers have an exemplary record of:

- Leading or participating in the world's most significant plaintiffs' private antitrust-enforcement actions;
- Cutting-edge innovation in private antitrust enforcement in the US and abroad; and
- Building one of the largest and most talented plaintiffs' private antitrust enforcement teams in the US, the UK, and Europe.

As international cartels invade the marketplace—and global enforcement bodies struggle to keep up—Hausfeld LLP is able to provide unparalleled legal advice and superior representation for claimants anywhere on the planet. Hausfeld LLP's unique position and skill sets are frequently acknowledged by leading defense firms as well, who commend Hausfeld LLP attorneys (in public and in private) while seeking global "peace" for their cartelist clients.

## LEGAL INNOVATION

Hausfeld LLP lawyers have hosted, lectured at, and participated in numerous conferences throughout six continents. Among the topics addressed have been the pursuit of damages actions in the US and the EU on behalf of EU and other non-US plaintiffs; private civil enforcement of EU competition laws; the Supreme Court decision in *Empagran*; the principle of international comity; monopolization; and emerging issues in electronic discovery. Hausfeld LLP attorneys have presented before regulators, judges, business leaders, in-house counsel, private lawyers, public-interest advocates, and institutional investors. They have also written extensively on these subjects and many others, and they have led key competition-policy debates around the world.

## INDIVIDUAL REPRESENTATION HIGHLIGHTS

• <u>FINRA Arbitration</u>

Hausfeld LLP attorneys recently represented a public technology company, recovering millions of dollars that its investment advisor had invested in auction rate securities (ARS).



The client's investment advisor was aware that with any auction rate security, there exists the possibility that there will not be a sufficient number of buyers to match the number of auction rate securities that holders want to sell in any given auction. If this happens, the auction "fails" and the holders will not be able to sell their auction rate securities at par value. In 2007, the ARS market failed when major financial institutions stopped supporting auctions.

On behalf of its client, Hausfeld LLP attorneys commenced an arbitration proceeding with the Financial Industry Regulatory Authority in November 2009. Discovery established that the investment advisor was clearly on notice of the vulnerability of the ARS market prior to the auction failures. Despite this awareness, it breached fiduciary obligations to the client to protect the liquidity of the investment portfolio. The matter was resolved in February 2011 through a settlement that restored liquidity to the client's investment portfolio.

Hausfeld was able to successfully and privately resolve this matter for its client in less than twenty-four months with very little disruption to the client's business operations.

---

## NON-COMPETITION MATTERS

In addition to their cutting-edge work in the competition and antitrust fields, Hausfeld LLP lawyers have been at the forefront of leading human rights, civil rights, environmental, mass tort, consumer, and other complex matters litigated in the United States and abroad. Richard Lewis, for example, is presently lead counsel in an international environmental and human rights case involving drinking water contamination in Bhopal, India. Mr. Lewis is also a member of the Plaintiff's Steering Committee in the federal Hormone Replacement Therapy ("HRT") mass-tort litigation as well as the Chinese-Manufactured Drywall litigation and on the executive committee for the NFL concussions injury litigation.

**Highlights**:

- *Holocaust Litigation*

In the historic Swiss banking litigation, Michael Hausfeld served, pro bono, as co-lead counsel for Holocaust survivors against the Swiss banks that collaborated with the Nazi regime during World War II by laundering stolen funds, jewelry, and art treasures. Michael Hausfeld obtained a $1.25 billion settlement. *In re Holocaust Victim Assets Litig.*, No. CV 96-4849 (ERK) (MDG) (E.D.N.Y.). He was also a lead counsel in litigation by survivors of World War II-era forced and slave labor against the German companies that profited from the labor of concentration camp inmates. This litigation, which resulted in an unprecedented settlement of $5.2 billion for approximately two million claimants, was resolved through multinational negotiations that included both defendants and plaintiffs' counsel, and the governments of several countries.

- *In re Chinese-Manufactured Drywall Products Liability Litig.*, MDL No. 2047 (E.D. La.).

Richard Lewis helped try the *Germano v. Taishan* property damages and remediation matter on behalf of seven Virginia homeowners. The Court ordered plenary relief for the homeowners in the amount of $2.6 million and determined the standard for remediation of a damaged Chinese drywall home.



Mr. Lewis was instrumental in the *Daubert* briefing and argument as well as the trial testimony of several experts, and was successful in excluding significant portions of the defense experts' opinions.

- *In re The Exxon Valdez Litig.*, No. A89-095 Civ. (D. Alaska).

Michael Hausfeld was selected from dozens of attorneys around the country by federal and state judges in Alaska to serve as co-lead counsel for plaintiffs in the largest environmental case in United States history, which resulted in a jury verdict of more than $5 billion (reversed and remanded; further proceedings pending).

- *In re Diet Drug Litig.* (Fen-Phen), MDL No. 1203 (E.D. Pa.).

As a member of the Plaintiffs' Management Committee and Sub-Class Counsel, Richard Lewis played a major part in the success of the Fen-Phen diet drug litigation and settlement. Mr. Lewis and other plaintiffs' counsel achieved one of the largest settlements ever obtained in a mass tort case—$3.75 billion—on behalf of millions of U.S. consumers who used diet drugs that are associated with heart valve damage.

- *In re StarLink Corn Products Liability Litig.*, MDL No. 1403. (N.D. Ill.).

Richard Lewis was co-lead counsel and successfully represented U.S. corn farmers in a national class action against Aventis CropScience USA Holding and Garst Seed Company, the manufacturer and primary distributor of StarLink corn seeds. StarLink is a genetically modified corn variety that the United States government permitted for sale as animal feed and for industrial purposes but never approved for human consumption. Yet StarLink was found in corn products sold in grocery stores across the country and was traced to widespread contamination of the U.S. commodity corn supply. The settlement, which provided more than $110 million for U.S. corn farmers, was the first successful resolution of tort claims brought by farmers against the manufacturers of genetically modified seeds.

- *Roberts v. Texaco, Inc.*, 94-Civ. 2015 (S.D.N.Y.).

Michael Hausfeld represented a class of African-American employees in this landmark litigation that resulted in what was at that time the largest race-discrimination settlement in history ($176 million in cash, salary increases, and equitable relief).

- *The Southern Farmers Association v. Shell (Christ Church, Barbados, W.I.)*

James Pizzirusso successfully represented dozens of farmers and landowners in Barbados whose crop lands and properties were contaminated as a result of Shell's negligence in allowing jet fuel to leak from underground pipelines. This was one of the first mass environmental settlements of its kind in Barbados.



**INDEX**

Annex 1 of this resume is a list of quotes from journalists and publications concerning the work of Hausfeld LLP attorneys, as well as awards and recognitions. Annex 2 provides individual profiles of Hausfeld LLP attorneys. Annex 3 contains information about the firm's London affiliate Hausfeld & Co. LLP and its attorneys. Annex 4 is a list of publications by Hausfeld attorneys. Finally, Annex 5 provides contact information for the firm's various offices.

# ANNEX 1

### *Quotes from Journalists and Publications Concerning the Work of Hausfeld LLP Attorneys*

"Anthony Maton at Hausfeld & Co has been quietly building a formidable team at the class action specialist..."
- *Legal Business*, 2012

"Hausfeld LLP has '*a deep and strong knowledge of the antitrust practice*', and is recognized as '*among the very top*' firms in the space."
- *The Legal 500,* 2012

"…leading the way in anti-competitive class actions and, in the face of stiff competition, is building a practice to envy in [London]."
- *The Lawyer*, 2012

"Michael Hausfeld's law firm helped to oversee the extraction of an additional $200 million during the past 12 months from air carriers accused of a massive conspiracy to fix prices for hauling cargo, bringing the total take from 17 settlements during the past three years to $485 million."
- *National Law Journal, Plaintiffs' Hot List,* 2012

"Hausfeld is an internationally respected law firm committed to applying innovative legal strategy in pursuit of redress for its clients. . . . Firm founder and chairman, Michael Hausfeld, is considered one of the nation's preeminent litigators. Over the course of his career he has handled some of the largest class-action cases in the realms of human rights, discrimination and antitrust."
- *Benchmark Plaintiff Guide*, 2012

"Since opening the practice in 2008, Michael Hausfeld and the 20-lawyer team at Hausfeld have established themselves as one of – if not the – top plaintiffs' antitrust firms in the US…What's more, in the three years since it formed, Hausfeld has secured close to US$700 million for its antitrust clients… The team's sister practice in London, Hausfeld & Co, has been at the forefront of private antitrust litigation in Europe."
- *Global Competition Review*, 2012

"With a well developed focus in the areas of antitrust, human and civil rights, mass torts, environmental threats, securities fraud and consumer protection, Hausfeld is rapidly growing into an international powerhouse."
- *Benchmark Plaintiff Guide*, 2011

"Since its inception in 2008, 23-attorney Hausfeld has quickly positioned itself as a leader in antitrust and class action litigation…The firm claims recoveries worth $300 million during the past 12 months."
- *National Law Journal, Plaintiffs' Hot List,* 2010

"The team's sister practice in London, Hausfeld & Co, has been at the forefront of private antitrust litigation in Europe." "One of the nation's preeminent antitrust class-action lawyers, [Michael] Hausfeld has been at the forefront of many historic and precedent-setting cases."
- *Washingtonian Magazine*, December 2009, "Thirty Stars of the Bar" feature



In 2009, *US Legal 500* described Michael Hausfeld as "an outstanding antitrust litigator."
- *US Legal 500*, 2009

In 2008, *US Legal 500* discussed the work of Hausfeld LLP lawyers, noting that the firm's attorneys are "involved in the first antitrust case in the US against Chinese manufacturers, in which the plaintiffs are alleging that major Chinese pharmaceutical companies conspired to fix prices and control export output of Vitamin C. The case raises thorny issues about the government's role in the defendants' pricing, and its output decisions."

*US Legal 500* also discussed the firm's attorneys' involvement in a "nationwide class action brought by the State of Mississippi, the City of Chicago and Fairfax County, Virginia against 37 leading banks, insurance companies and brokers alleging widespread price-fixing and bid-rigging in the multi-billion dollar municipal derivatives industry dating back to 1992."

In conclusion, *US Legal 500* noted that the firm's attorneys' continue "to pick up instructions on some of the most significant cases around, both purely domestic and those with an international element. This impressive success, both nationally and away from home, prompts clients to confirm that the firm manages to get 'a high percentage of the overall work', and that the firm is 'recognized as one of the top firms.' "
- *US Legal 500*, 2008

"Hausfeld haunts errant companies ranging from managed healthcare providers to makers of genetically engineered foods and bulk vitamins."
- *Lawdragon*, January 2008

In 2007, *US Legal 500* noted that Hausfeld LLP lawyers "have been particularly active in cases surrounding the aviation industry in recent times and [are], for instance, currently representing distribution company Niagara Frontier Distribution in class-action litigation pertaining to allegations that a group of major air cargo carriers conspired to inflate airfreight surcharges, a case that has already yielded an initial settlement in the region of $80m. Lawyers at the firm are furthermore acting on behalf of Swedish furniture chain IKEA in a proposed class action suit involving similar claims. . . . Further recent highlights include the recovery of $28.8m for a class of retailers in a monopolization suit against tape manufacturer 3M, and a lead role in litigation surrounding an alleged hydrogen peroxide cartel."

"Wins for Valdez victims and Holocaust survivors built [Michael Hausfeld's] reputation."
- *Lawdragon*, March 2006

"I want to mention on the record the extraordinary work of the Hausfeld firm in the preparation and the submission of this claim. Mr. Hausfeld in numerous other claims as well has exhibited the type of professionalism and skill that have made the Fund a success and my job that much easier. I am grateful to him for his zeal, competence and professionalism."
- Ken Feinberg, Special Master, 9/11 Victim's Compensation Fund.

"Antitrust defense lawyers view Michael Hausfeld as among the top three or four antitrust litigators in the country on the plaintiffs' side. The reason: his ability to score multimillion-dollar recoveries from major corporations over alleged monopolistic and price-fixing conduct. Seen as "really a very, very aggressive" litigator, Hausfeld is not one to shy away from a tough fight and has supplemented his antitrust focus with a broad range of cases focusing on civil rights and international human rights. He represented Holocaust survivors in their suits to get World War II-era assets back from European Banks."
- *Lawdragon*, October 2005


"More importantly, the ingenuity here comes heavily from the lawyers on the plaintiff's side. It was they who spotted something others had missed – based on an ambiguity in a 'foreign assistance' statute – and ran with it, all the way to the Supreme Court. Indeed the amazing aspect of *F. Hoffman-LaRoche, Ltd. v. Empagran* is not so much the answers it provided but that some of the questions needed answering at all."
- David Samuels, from "Matter of the Year," *Global Competition Review*, Feb. 2005, in reference to the *Empagran* case.

"Hausfeld could be sweetness and light one moment and anger and darkness the next. He was unpredictable and at times unreasonable. . . . But he was central to any successful negotiation because he had a keen sense of where the bottom line was."
- Stuart Eizenstat on the Holocaust cases, *The London Times*, Sept. 28, 2004.

The *Washingtonian* has listed Michael Hausfeld for the past several years as one of Washington's 75 best lawyers, proclaiming Michael Hausfeld to be "the country's best-known litigator of big lawsuits with hundreds of plaintiffs and multiple defendants."

## *Representative Awards and Recognitions*

"Women Worth Watching", *Diversity Journal 2013*
Reena Gambhir

*Law360's* Rising Stars Under 40, 2012
Megan Jones, James Pizzirusso, and Brian Ratner,

Top Antitrust Lawyers
*Washingtonian* 2011-2012
Michael Hausfeld

Washington, DC's Best Lawyers 2012
American Lawyer Magazine
Michael Hausfeld

Co-Chair of ABA Task Force on Civil Redress
Michael Hausfeld (appointed for 2011-2012 and 2012-2013 terms)

Vice Chair of the ABA Antitrust Section's Trade, Sports, and Professional Associations Committee (2012-2013 term)
James J. Pizzirusso

Vice Chair of the ABA Antitrust Section's Communications and Digital Technology Industries Committee (2012-2013 term)
Megan Jones

Member of the ABA Antitrust Section's International Cartel Task Force (2012-2013 term)
Reena Gambhir

Antitrust Litigation Stars
*Benchmark Plaintiff Litigation Guide 2012*
Michael Hausfeld, Hilary Scherrer, Brian Ratner



DC Local Litigation Stars
*Benchmark Plaintiff Litigation Guide 2012*
Michael Hausfeld, William Butterfield, Hilary Scherrer, James Pizzirusso, Brian Ratner

Antitrust Litigation Stars
*Benchmark Plaintiff Litigation Guide 2011*
Michael Hausfeld, William Butterfield, Hilary Scherrer, James Pizzirusso

DC Local Litigation Stars
*Benchmark Plaintiff Litigation Guide 2011*
Michael Hausfeld, William Butterfield, Hilary Scherrer, James Pizzirusso

Washington, DC *Super Lawyer*
*Super Lawyers Magazine,* 2012
Michael Hausfeld and Megan Jones

Northern California *Super Lawyer*
*Super Lawyers Magazine,* 2012
Michael Lehmann

500 Leading Lawyers in America
*Lawdragon*, May 2010 and 2012
Michael Hausfeld

"40 under 40"
*Legal Times,* July 2009
Brian Ratner named one of the top Washington-area lawyers under forty years of age.

2009 Attorneys Who Matter
*The Ethisphere Institute*
Michael Hausfeld named in a short list of "attorneys who matter" in the field of corporate compliance.

*2009 Chambers USA*
Michael Hausfeld cited in category of Products Liability: Plaintiffs Fellow, Litigation Counsel of America.

*Competition Law 360*
Hilary Scherrer, Editor

Women Antitrust Plaintiffs Attorneys
A national industry organization founded by Megan E. Jones in 2008.

ABA Antitrust Section's Transition Taskforce
The taskforce, of which Michael Hausfeld was a member, advised the incoming Obama Administration

*Legal Times* Visionaries, May 2008
Michael Hausfeld listed among 30 "Visionaries" in the Washington legal community

50 Most Powerful People in DC
*GQ Magazine*; September, 2007
Michael Hausfeld named #40.

Fierce Sister Award, Summer 2007
Michael Hausfeld recognized for his work on the Japanese Comfort Women case

500 Leading Plaintiffs' Lawyers in America
*Lawdragon*, Winter 2007
Michael Hausfeld

International World-Shakers
*The Lawyer* (UK), February 8, 2007
Michael Hausfeld named as one of top 40 international lawyers "making waves" in the UK.

500 Leading Lawyers
*Lawdragon*, Fall 2007 & Fall 2006
Michael Hausfeld

500 Leading Litigators
*Lawdragon*, Spring 2006
Michael Hausfeld

100 Most Influential Lawyers
*The National Law Journal*, June 19, 2006
Michael Hausfeld named as one of "the most influential lawyers in America."

Runner up for Matter of the Year
*Global Competition Review*, February 2005
Michael Hausfeld praised for ingenuity in how the *Empagran* case was prosecuted.



## ANNEX 2
### Members of the Firm

## Michael D. Hausfeld

Michael D. Hausfeld, one of the country's top civil litigators, is the Chairman of Hausfeld LLP.

His career has included some of the largest and most successful class actions in the fields of human rights, discrimination and antitrust law. He has an abiding interest in social reform cases and was among the first lawyers in the U.S. to assert that sexual harassment was a form of discrimination prohibited by Title VII; he successfully tried the first case establishing that principle. He represented Native Alaskans whose lives were affected by the 1989 Exxon Valdez oil spill. Later, he negotiated a then-historic $176 million settlement from Texaco, Inc. in a racial-bias discrimination case

In *Friedman v. Union Bank of Switzerland*, Mr. Hausfeld represented a class of Holocaust victims whose assets were wrongfully retained by private Swiss banks during and after World War II. The case raised novel issues of international banking law and international human rights law. In a separate case, he also successfully represented the Republic of Poland, the Czech Republic, the Republic of Belarus, the Republic of Ukraine and the Russian Federation on issues of slave and forced labor for both Jewish and non-Jewish victims of Nazi persecution. He currently represents Khulumani and other NGOs in a litigation involving the abuses under apartheid law in South Africa.

Mr. Hausfeld has a long record of successful litigation in the antitrust field, on behalf of individuals and classes, in cases involving monopolization, tie-ins, exclusive dealings and price fixing. He was a member of the ABA Antitrust Section's Transition Taskforce, which advised the incoming Obama Administration. Mr. Hausfeld is or has been co-lead counsel in antitrust cases against manufacturers of genetically engineered foods, managed healthcare companies, bulk vitamin manufacturers, technology companies and international industrial cartels. He is involved in ongoing investigations of antitrust cases abroad and pioneering efforts to enforce competition laws globally. He was the only private lawyer permitted to attend and represent the interests of consumers worldwide in the 2003 closed hearings by the EU Commission in the Microsoft case.

Mr. Hausfeld has been featured in many articles and surveys. *The National Law Journal* has recognized him as one of the "Top 100 Influential Lawyers in America" and the *Legal Times* named Mr. Hausfeld among the top 30 "Visionaries" in the Washington legal community in 2008. *The New York Times* referred to Mr. Hausfeld as one of the nation's "most prominent antitrust lawyers," and in 2009 the *Washingtonian* named him one of thirty "Stars of the Bar." Most recently, the *Global Competition Review* stated that Hausfeld LLP "is clearly recognized as one of the best plaintiffs firms in the country." In the past, the magazine has reported that he "consistently brings in the biggest judgments in the history of law" and that he is "a Washington lawyer determined to change the world -- and succeeding." Mr. Hausfeld is one of thirty negotiators profiled in *Done Deal: Insights from Interviews with the World's Best Negotiators*, by Michael Benoliel, Ed.D. He has been described by one of the country's leading civil rights columnists as an "extremely penetrating lawyer" and by a colleague (in a *Washington Post* article) as a lawyer who "has a very inventive mind when it comes to litigation. He thinks of things most lawyers don't because they have originality pounded out of them in law school." The US Legal 500 in 2008 stated, "The outstanding Mike Hausfeld is a titan of the antitrust bar."

Education
- Brooklyn College, B.A., *cum laude*, 1966
- National Law Center, The George Washington University, J.D., with honors, 1969

Bar Admissions
- District of Columbia
- New York

Affiliations & Honors
- Washington, DC *Super Lawyer*, 2010, 2011, and 2012
- American Friends of Hebrew University, Torch of Learning Award, October 2012
- Named by *The Legal 500* as a "Leading Lawyer" in 2011 and 2012
- Co-Chair – ABA Civil Redress Task Force, 2011-2012 and 2012-2013 term years
- Member, Editorial Board – Global Competition Litigation Review, 2011
- Member – ABA International Cartel Task Force, 2010
- Named by *The Ethisphere Institute* in a short list of "attorneys who matter" in the field of corporate compliance, 2009
- Cited in 2009 *Chambers USA*, in the Products Liability category
- Named to *SmartCEO* Magazine Legal Elite 2009 List
- Named by *Legal Times* among 30 "Visionaries" in the Washington legal community, 2008
- Named by *Legal Times* Fierce Sister Award, for work on the Japanese Comfort Women case, 2007
- Cited by *GQ* magazine as one of "the 50 Most Powerful People in DC," 2007
- Named in *The Lawyer*'s 2007 "International World-shakers" list of 40 international lawyers "making waves" in the UK
- 100 Most Influential Lawyers, *The National Law Journal*, 2006
- Named repeatedly by *Lawdragon* magazine as one of the 500 leading lawyers in the United States
- U.S. Department of Energy Human Spirit Award presented "in tribute to a person who understands the obligation to seek truth and act on it is not the burden of some, but of all; it is universal."
- Plaintiffs Fellow, Litigation Counsel of America
- B'Nai Brith Humanitarian of the Year Award, 2002
- Simon Wiesenthal Center Award for Distinguished Service
- Adjunct Professor, George Washington University Law School, 1996-1998
- Taught in Georgetown University Law Center, 1980-1987

In the News
- "Gangster Bankers – Too Big to Jail," Matt Taibbi, *Rolling Stone Magazine,* February 2013
- "UBS Mea Culpa May Give Libor Antitrust Plantiffs Uppder Hand," Max Stendahl, *Law 360,* December 2012
- "DOJ Hearalds 'Robust' UBS Deal; Gibson Dunn on Defense," Mike Scarcella, *The AmLaw Litigation Daily,* December 2012
- "Documents May Boost Civil Suits – Revelations That Rate-Rigging Succeeded Could Prove Expensive to Banks Facing Litigation," Dana Cimilluca and Jean Eaglesham, *Wall Street Journal,* December 2012
- "Banks Facing New Wave of Mortgage Lawsuits," Forrest Jones, *Moneynews*, December 2012
- "Where There's a Will, There's a Way," *The American Lawyer*, March 2012
- "The Great Gamble," *Global Competition Review*, March 2012
- "The US Plaintiffs' Bar," *Global Competition Review,* March 2012
- *Bloomberg* Interviews Hausfeld on NCAA and Student Athlete Compensation, October 2011
- *Washingtonian* magazine names Mr. Hausfeld one of thirty "Stars of the Bar." December, 2009.
- *Bloomberg* quotes Hausfeld on muni derivatives investigation. November 2009.
- *Business Week*: "Europe Inc. takes aim at price-fixers." October 2009.

- *Reuters*: Hausfeld LLP filing suit on behalf of Baltimore and Mississippi municipalities. October 2009.
- *New York Times*: "N.C.A.A. Sued Over Licensing Practices." July 21, 2009
- *Associated Press*: "NY Judge Rules in Favor of 1970s Apartheid Victims." April 8, 2009

Selected Publications
- "The Business of American Courts in Kiobel v. Royal Dutch Petroleum." By Michael Hausfeld and Kristen Ward. *Jurist – Sidebar,* October 2012
- "Prosecuting Class Actions and Group Litigation." By Michael Hausfeld and Brian Ratner, et al., *World Class Actions*, Ch. 26., September 2012
- "Private Enforcement of Antitrust Law in the United States, A Handbook – Chapter 4: Initiation of a Private Claim." By Michael Hausfeld and Brent Landau, et al., 2012
- "The Importance of Private Competition Enforcement in Europe." Michael D. Hausfeld. *Competition Law International*, Vol. 8, Issue 2, August 2012
- "The NFLPA's Potential Legal Liability to Former Players for Traumatic Brain Injury." Michael D. Hausfeld and Swathi Bojedla. *Hackney Publications: Concussion Litigation Reporter,* Vol. 1, No. 1, July 2012
- "CAT-astrophe: The Failure of "Follow-On" Actions." Michael D. Hausfeld, Brent W. Landau, Sathya S. Gosselin. American Bar Association's International Cartel Workshop, February 2012
- "The Novelty of *Wal-Mart v. Dukes*." Brian A. Ratner and Sathya S. Gosselin. *Business Torts & RICO News*, American Bar Association, Business Torts & Civil RICO Committee, Vol. 8, Issue 1, Fall 2011.
- "Private Enforcement in Competition Law: An Overview of Developments in Law and Practice in the US and Europe." Michael D. Hausfeld and Ingrid Gubbay, Bergamo University, July 2011
- "The Contingency Phobia – Fear Without Foundation," *Global Competition Litigation Review*, Issue 1, January 2011
- "Initiation of a Private Claim," International Handbook on Private Enforcement, 2010
- "Competition Law Claims – A Developing Story." *The European Antitrust Review 2010*
- "The United States Heightens Plaintiff's Burden of Proof on Class Certification: A Response." *Global Competition Litigation Review*, Volume 2 Issue 4/2009
- "Global Enforcement of Anticompetitive Conduct." *The Sedona Conference Journal*, Fall 2009
- "Observations from the Field: ACPERA's First Five Years." *The Sedona Conference Journal*, Fall 2009
- "Twombly, Iqbal and the Prisoner's Pleading Dilemma." Law360, October 22, 2009
- "The Value of ACPERA." Law360, June 2, 2009
- "Collective Redress for Competition Law Claimants." *The European Antitrust Review 2008*
- "Managing Multi-district Litigation." *The Antitrust Review of the Americas 2008*
- "A Victim's Culture." *European Business Law Review*, 2007

Selected Presentations
- Panelist – Global Competition Review's GCR Live: 2nd Annual Antitrust Law Leaders Forum, "Developments and Status of International Cartel Settlements," February 2013
- Panelist and Presenter – Golden State Antitrust Conference, "Sports and The Antitrust Playing Field", October 2012
- Presenter – ABA Antitrust Section Mid-Winter Meeting: Civil Redress Task Force, January 2012
- Panelist – Tilburg University, The Netherlands, "Paths to Mass Justice," December 2011
- Panelist – Santa Clara University Second Annual Sports Law Symposium, Images Panel, September 2011

- Panelist – New York State Bar Association 2011 Antitrust Law Section Symposium, "International Cartel Enforcement in the Digital Age: Collection and Use of Evidence Beyond Borders," January 2011
- Speaker – Global Competition Review's Antitrust Leaders' Law Forum, "Practical Issues for Class Certification, Assigning Liability and Assessing Damages," February 2011
- Panelist – ABA International Cartels Workshop, Paris, February 2010
- Moderator – Global Justice Forum, San Francisco, October 2009
- Speaker – ALI-ABA Teleconference Seminar, "HP Aftermath: New Restrictive Directives in Class Certification," April 2009
- Speaker – ABA Antitrust Spring Meeting, Washington DC, "Judging Economic Analysis: Evidentiary Standards in Litigation Here and Abroad," March 2009
- Speaker – George Washington University Private Enforcement of Competition Law: New Directions, "Need for Private Enforcement," February 2009

# Michael P. Lehmann

Michael P. Lehmann, a partner at the firm has 32 years of experience as a business litigator. His practice ranges from class action and business litigation to extensive regulatory work before federal, state and international bodies, to domestic and international arbitration.

Prior to joining Hausfeld LLP, Mr. Lehmann had worked since law school at what became Furth Lehmann LLP, where he eventually served as Managing Partner. He also was a partner at Cohen Milstein Hausfeld & Toll PLLC. In recent years he has served as lead counsel for direct and indirect purchaser classes in numerous antitrust cases.

Education
- A.B. 1974, University of California at Berkeley
- J.D. 1977, Hastings College of the Law

Bar Admissions
- California

Affiliations
- American Bar Association

Awards and Recognition
- *California Super Lawyer* 2012, 2013
- Selected by *U.S. News & World Reports, Best Lawyers 2013* in the category of Antitrust Law

# Richard S. Lewis

Mr. Lewis has been appointed to serve as co-lead counsel in mass tort and product liability class action cases including *In re StarLink Corn Products* (N.D. Ill) (asserting claims by farmers for genetic modification contamination of the U.S. corn supply) and *In re PPA* (asserting claims by users of unsafe over-the-counter medicines). He has also been appointed to the MDL Steering Committee in *In re Prempro Products Liability Litigation* and in *In re Chinese-Manufactured Drywall Products Liability*


*Litigation*. In 2010, Mr. Lewis was a member of the trial team that obtained a comprehensive remediation and property damages verdict for seven Virginia homeowners. Furthermore, Mr. Lewis handled various experts in the *Daubert* briefing and argument; and was successful in excluding significant portions of the defense experts' opinions.

In addition, Mr. Lewis served as lead counsel in numerous actions to obtain medical monitoring and property damage relief for communities exposed to toxic chemicals, unsafe working conditions, or unsafe drugs. These include the pending *NFL Concussion Injury Litigation, In re Diet Drug Litigation* (Fen-Phen), which resulted in a $4 billion settlement providing medical monitoring in addition to individual personal injury awards, *Farnum v. Shell,* an oil spill pollution case in Barbados against international oil companies, that resulted in a settlement providing property damage compensation for 26 farmers and landowners, and *Harman v. Lipari*, a Superfund case that resulted in a settlement providing medical monitoring for thousands of residents who lived on or played near a landfill. He has litigated both individual and class childhood lead poisoning cases and is also handling environmental and workplace safety cases in India, and South Africa.

Education
- Tufts University, B.A., *cum laude*, 1976
- University of Michigan, M.P.H., 1981
- University of Pennsylvania, J.D., *cum laude*, 1986; *Law Review* comments editor

Bar Admissions
- District of Columbia

Affiliations & Honors
- Law clerk, after law school, for the Honorable Stanley S. Brotman, U.S. District Court for the District of New Jersey
- National Finalist for the 2010 Lawdragon 500, an annual guide to the "500 Leading Lawyers in America"

# William P. Butterfield

A partner at Hausfeld LLP, Mr. Butterfield chairs the firm's Financial Services Practice Group. In his 33 years of legal practice, Mr. Butterfield has represented governmental agencies, brokerage firms, corporations, directors and officers, attorneys and investors in private litigation over securities, commodities, antitrust and consumer claims, and in investigations commenced by the Securities and Exchange Commission. He has also defended clients in bankruptcy adversary proceedings and commercial litigation. Additionally, Mr. Butterfield serves as a leader in several legal think tanks, teaches law, and writes and speaks frequently on legal topics. Mr. Butterfield has a rating of AV® the highest rating available in Martindale-Hubbell's peer review rating system. He is an internationally recognized authority on electronic discovery.

Currently, Mr. Butterfield is counsel for the plaintiffs in *In re Air Cargo Shipping Services Antitrust Litigation*, MDL No. 1775 (E.D.N.Y.), which has resulted in approximately $500 million in settlements to date. He was appointed by the Court to serve on the Plaintiffs' Steering Committee in *In re: Commodity Exchange, Inc., Silver Futures and Options Trading Litigation*, No. 11-MD-2213, (S.D.N.Y.), relating to an alleged conspiracy by JP Morgan Chase and other major investment banks to manipulate the price of silver futures and options contracts traded on the COMEX. Mr. Butterfield is working as one of



the principal attorneys in *In Re LIBOR-Based Financial Instruments Antitrust Litigation*, MDL No. 2262, (S.D.N.Y.), where Hausfeld LLP was appointed as co-lead counsel for over-the-counter plaintiffs. He is also involved in litigation regarding the foreign exchange practices of custodian banks, and alleged manipulation in the Oil and Rice futures markets.

Mr. Butterfield's past achievements include:

- Achieving settlements of over $120 million in a lawsuit alleging output restrictions in the wood products industry (*In Re OSB Antitrust Litigation*, (E.D. Pa.));
- Achieving settlements of almost $100 million in an antitrust price-fixing case involving the chemical industry (*In Re Hydrogen Peroxide Antitrust Litigation*, (E.D. Pa.));
- Acting as one of the principal attorneys involved in nationwide litigation challenging lending practices conducted by one of the nation's largest sub-prime lenders. In that case, Mr. Butterfield worked extensively with the FTC, and was responsible for bringing nationwide media and Congressional attention to lending practices conducted by Associates Finance. The plaintiffs and FTC eventually settled with Citigroup (which had acquired Associates Finance) for $240 million (*In Re Citigroup Loan Cases*, J.C.C.P. 4197);
- Acting as one of the principal Plaintiffs' attorneys in *In re Prudential Securities Limited Partnerships Litigation*, MDL No. 1005 (S.D.N.Y.), which settled for $137 million;
- Acting as one of the principal Plaintiffs' attorneys in *In re PaineWebber Securities Litigation*, 94 Civ. 8547 (S.D.N.Y.), which settled for $200 million;
- Serving as outside counsel in the RTC's successful defense of a $300 million arbitration dispute regarding the valuation of an acquired financial institutions investment and mortgage portfolio;
- Serving as outside counsel for the FDIC and RTC in numerous lawsuits and investigations to recover losses suffered by financial institutions due to securities, commodities and real estate fraud, director and officer misconduct and accounting malpractice;
- As outside counsel, representing political subdivisions in Texas, Ohio and California regarding securities matters.

Mr. Butterfield developed his interest in electronic discovery in the early 1990's when he helped design and implement an electronic document repository to manage more than 15 million pages of documents in a complex securities case. He has testified as an expert witness on e-discovery issues, and speaks frequently on that topic domestically and abroad. Mr. Butterfield is on the Steering Committee of The Sedona Conference® Working Group on Electronic Document Retention and Production, where he served as editor-in-chief of the *Case for Cooperation* (2009), and was a co-editor of *The Sedona Conference® Commentary On Preservation, Identification and Management of Sources of Information that are Not Reasonably Accessible* (2008). He is also a member of Sedona Conference® Working Group on International Electronic Information Management, Discovery and Disclosure. Mr. Butterfield is an adjunct professor at American University, Washington College of Law, where he teaches a course in electronic discovery. He also serves on the Masters Conference Advisory Board, and on the faculty of Georgetown University Law Center's Advanced E-Discovery Institute.

Mr. Butterfield began his legal career as an assistant prosecuting attorney for Montgomery County, Ohio.

Education
- University of Toledo, College of Law, J.D., 1978
- Bowling Green State University, B.A., 1975



<u>Bar Admissions</u>
- District of Columbia
- State of Ohio
- United States Court of Appeals for the Third Circuit
- United States District Court of Maryland
- United States District Court for the District of Columbia
- United States District Court, Eastern District of Michigan

<u>Affiliations & Honors</u>
- Local Litigation Star, *Benchmark Plaintiff Litigation Guide,* 2011 and 2012
- The Sedona Conference,® Steering Committee on E-Discovery
- Adjunct Professor, American University, Washington College of Law
- Georgetown University Law Center's Advanced E-Discovery Institute, Faculty Member
- Federal Judicial Conference, E-Discovery Seminar for Federal Judges, Faculty Member
- Masters Conference Advisory Board, Member

<u>Publications</u>
- *Pension Committee Revisited: One Year Later – A Retrospective on the Impact of Judge Scheindlin's Influential Opinion* (Legal Hold Pro, February 2011) (Edited by Brad Harris & Ronald Hedges)(Perspectives from Craig Ball, Kevin Brady, William Butterfield, Maura Grossman, John Jablonski, Ralph Losey, Browning Marean, Jonathan Redgrave, Denise Talbert, and Paul Weiner)
- Milberg, LLP/Hausfeld, LLP, *E Discovery Today: The Fault Lies Not In Our Rules*, 2011 Fed. Cts. L. Rev. 4 (2011)
- Contributor, Shira A. Sheindin et al., *Electronic Discovery and Digital Evidence: Cases and Materials (West 2009).*
- William P. Butterfield, Conor R. Crowley, Melinda R. Coolidge, "Diving Deeper to Catch Bigger Fish," DESI III Conference, June 8, 2009,
- William P. Butterfield, Editor-in-Chief, *The Case for Cooperation*, 10 Sedona Conf. Journal, 339-362 (2009 Supp.)
- Thomas Y. Allman, William P. Butterfield, et al., *Preservation, Management and Identification of Sources of Information that are Not Reasonably Accessible*, 10 Sedona Conf. Journal at 281-298 (2009)

<u>Speeches and Presentations</u>
- "Mass Tort Litigation Conference With Judge Marina Corodemus (Ret.)," Philadelphia, PA, June 4, 2012, Panelist
- "Four Perspectives on Preservation and Proportionality: The Judge, The GC, Plaintiffs' and Defense Counsel," New York City Bar Association, New York, NY, May 17, 2012, Panelist
- "Future of the Rules/New Developments," 8th Annual Georgetown Law Advanced E-Discovery Institute, Washington, D.C., November 18, 2011, Panelist
- "Discovery in a Virtual World: A Mock Meet and Confer in Federal Court," ARMA International Conference & Expo, Washington, D.C., October 17, 2011, Panelist
- "Preservation: Will This be the Next Change to the Federal Rules," The Masters Conference, Washington, D.C., October 3, 2011, Panel Moderator
- "Time for Change? Amending the Federal Rules of Civil Procedure," Kroll OnTrack, Inc., Webinar, September 28, 2011, Panelist
- "ESI Report Podcast Recording," Legal Talk Network, September 28, 2011, Speaker
- "The 34th Annual International ACM SIGIR Conference," Beijing, China, June 2011, Panelist

- "How I Would Attack Your ERM Program in Discovery and Trial," ARMA International Podcast, June 1, 2011, Speaker
- E-Discovery Seminar for Federal Judges, Charleston, SC, June, 2011, Faculty
- "A Talk with the Wolf Before He Gets into the Hen House: How I Would Attack Your Electronic Records Management Program in Discovery & Trial," The MER Conference, Chicago, IL, May 23, 2011, Speaker
- E-Discovery Reality Show: Surviving the Meet & Confer," LegalTech, New York, NY, January 31, 2011, Panelist
- "A Sanctions Odyssey," 7th Annual Georgetown Law Advanced E-Discovery Institute, Washington, D.C., November 19, 2010, Panelist
- "The Truth about Metadata," ESI Bytes Podcast, June 6, 2010, Panelist
- "Direction(s) From Duke: Are There e-Discovery Rules Changes Ahead?" 2010 Duke Judicial Conference, Fios Webcast, June 2, 2010
- "Duke University School of Law: 2010 Advisory Committee Conference on Civil Rules," Panelist
- "12th Annual Sedona Conference on Complex Litigation," Del Mar, CA, April 2010, Conference Co-chair
- "Implementing and Using Joint Repositories," Fios Legaltech Luncheon, New York, NY, February 2, 2010, Panelist
- E-Discovery Seminar for Federal Judges, Washington, D.C., September, 2010, Faculty
- "Paper or Plastic: Is E-Discovery Optional?" Dayton Bench/Bar Conference, Dayton, OH, November 20, 2009, Speaker
- "Controlling E-Discovery Costs in Smaller Stakes Litigation," 6th Annual Georgetown Law Advanced E-Discovery Institute: Identifying Today's Problems & Tomorrow's Solutions, Washington, D.C., November 13, 2009, Panelist
- "The First Year of the Cooperation Proclamation," Sedona Conference Webinar, November 4, 2009, Co-Presenter
- "Risks, Rewards & Repositories: Addressing the Use of Joint Repositories in Discovery," Sedona Conference Webinar, October 21, 2009, Co-Presenter
- "Ethical Issues for Attorneys in Electronic Discovery," Master's Conference, Washington, D.C. October 14, 2009, Panelist
- "Practitioners' Panel," Federal Judicial Center/Georgetown University Law Center E-Discovery Seminar, Washington, D.C., September 10-11, 2009, Panelist
- "Commentary on Inactive Information Sources," Sedona Conference Webinar, August 19, 2009, Co-Presenter
- "Preservation, Legal Holds & Accessibility," Georgetown Law E-Discovery Training Academy, Washington, D.C., August 3, 2009, Panelist
- "Supporting Search and Sense making for Electronically Stored Information in Discovery Proceedings," DESI III: Third International Workshop, Barcelona, Spain, June 2009, Speaker
- "Third Annual Program on Getting Ahead of the E-Discovery Curve," Sedona Conference, Philadelphia, PA, March 2009, Faculty
- "Preservation, Management, and Identification of Sources of Information That Are Not Reasonably Accessible," Fios Legaltech Luncheon, New York, NY, February 2009, Speaker
- Georgetown Law Center Fifth Annual Advanced E-Discovery Institute, Washington, D.C., November 2008, Faculty
- "The Case for Cooperation in E Discovery," Sedona Conference, Palm Springs, CA, November 2008, Panelist
- "Mini Sedona Session," American Records Management Association Annual Meeting, Las Vegas, NV, October 2008, Panelist

- "Ethics & E-discovery: 'Reasonable Inquiry' in the Wake of *Qualcomm v. Broadcom*," ABA Section of Litigation and Center for CLE Teleconference and Live Audio Webcast, September 2008, Panelist
- Preservation, Management and Identification of Sources of Information that are Not Reasonably Accessible," Sedona Conference Webinar, September 2008, Co-Presenter
- "E-Discovery in Antitrust Lawsuits and Investigations," Strafford Legal Teleconference, September 2008, Panelist
- "Spoliation Sanctions," 2008 E-Discovery Training Program, sponsored by the Federal Judicial Center and Georgetown Law, Washington, D.C., June 2008,Panelist
- "E-Discovery in Antitrust Lawsuits and FTC/DOJ Investigation: Managing and Producing Electronic Information under the Amended Federal Rules," Strafford Legal Teleconference, February 2008, Panelist
- "Preservation Duties Regarding Inaccessible ESI," Sedona Conference, Hilton Head, SC, November 2007, Panelist
- "The Digital Pre-Trial," National College of District Attorneys, Columbia, SC, September 2007, Speaker
- "Inaccessible ESI – Disclosure and Preservation Obligations," Sedona Conference, Phoenix, AZ, May 2007, Panelist
- "Plaintiffs' Bar Perspectives on New E-Discovery Rules," Legaltech Conference, New York, NY, January 2007, Panelist
- "Bench/Bar Introduction to Pending Electronic Discovery Amendments," Federal Bar Association Conference, Washington, D.C., October 2006, Panelist
- "Electronic Discovery in Criminal Cases," National District Attorney's Association Conference, Santa Fe, NM, August 2006, Speaker
- "Document Preservation and Spoliation," IQPC E Discovery Conference, Toronto, Canada, May 2006, Panelist
- "Electronic Discovery Amendments to the Federal Rules of Civil Procedure," Legaltech Conference, New York, NY, January 2006, Panelist
- "Class Certification Issues in Lending Liability Cases," John Marshall Law School Predatory Lending Conference, Chicago, IL, Speaker
- "Light Cigarette Litigation," Mealey's Tobacco Litigation Conference, Jacksonville, FL, Speaker
- "Investment Risk and Liability," Ohio Treasurers Association, Columbus, OH, Speaker
- "Governmental Liability and Immunity," Ohio State Bar Association Conference, Columbus, OH, Speaker
- "Administrative Due Process, Zoning and Planning," Ohio Township Association/American Planning Association Conference, Dayton, OH, Speaker

Expert Testimony
- *Ischemia Research and Education Foundation v. Pfizer, Inc.*, No. 1-04CV-026653, Cal. Superior Court, Santa Clara County.  (Testified as expert witness regarding litigation hold and spoliation issues involving electronically stored information).

Legislative Testimony
- U.S. House of Representatives, Committee on the Judiciary, Subcommittee on the Constitution: regarding the costs and burdens of civil litigation, December 13, 2011
- U.S. Judicial Conference Committee on Rules of Practice and Procedure regarding proposed electronic discovery amendments to the Federal Rules of Civil Procedure (2005)


# Christopher L. Lebsock

A partner at Hausfeld LLP, Christopher L. Lebsock represents consumers and businesses in complex legal disputes. For example, he has litigated cases against antitrust violators in the technology sector. Mr. Lebsock has also represented foreign and domestic consumers and businesses in their efforts to recover from airlines that overcharged them for passenger air travel between the United States and Asia/Oceania.

These and other cases in which Mr. Lebsock is involved have a significant international aspect to them, and given the global nature of trade today, future antitrust and securities violations are likely to involve multiple markets around the globe. Mr. Lebsock is actively engaged in a truly global practice—he regularly consults with clients, trade associations, and law firms around the world about competition issues.

Domestically, Mr. Lebsock recently tried a case against Cessna Aircraft Company as a result of an aviation accident in Southern California that resulted in substantial confidential settlements with a number of defendants. In another recent case, Mr. Lebsock represented 119,000 hourly employees of Wal-Mart who were systematically deprived of their employment rights. Following a four month trial, the jury returned a verdict in favor of Mr. Lebsock's clients in the amount of $172 million. This achievement stands as one of the most satisfying of his career, due primarily to the vast inequality in the employment relationship between Wal-Mart and its hourly employees. Notably the jury's award included $115 million in punitive damages against Wal-Mart for the way it consciously and systematically disregarded the rights of its employees.

Mr. Lebsock is also a member of the firm's financial services group and represents investors in matters concerning United States securities laws. He recently represented a public company recover liquidity of its auction rate securities holdings from its investment advisor. Mr. Lebsock has also assisted foreign banking and insurance conglomerates recover losses from toxic investment products sold to them by a number of U.S. investment banks.

Mr. Lebsock has also represented a number of individuals, the California Teachers' Association and the National Education Association through litigation in the California Supreme Court, the Ninth Circuit Court of Appeals, and the United States Supreme Court on behalf of the right of gays and lesbians to marry.

Mr. Lebsock represents clients in the trial courts throughout the United States and on appeal, and in many cases consults with them on worldwide conflict resolution strategies.

Education
- University of Colorado, Boulder, B.A., 1993; Phi Beta Kappa
- University of California, Hastings College of the Law, J.D., 1996

Bar Admissions
- California Supreme Court
- Northern District of California
- Eastern District of California
- Central District of California
- Ninth Circuit Court of Appeals


Affiliations & Honors
- State Bar of California, Member
- American Bar Association, Member
- *Hastings Constitutional Law Quarterly,* former Senior Managing Editor

Publications
- "Evolving Class Certification Standards in Federal Courts," The Journal of State Bar of California Litigation Section, November 3, 2010;
- "Dismissal Standards Following Bell Atlantic v. Twombly - A One-Year Retrospective," *The Antitrust Review of the Americas* (2009);
- "Pimco: Another Guidepost for Class Certification," *Law 360* (23 September 2009)

# Brian A. Ratner

Brian A. Ratner, a partner at the firm, is Head of the firm's International practice and Business Development Committee. He has extensive experience representing domestic and international businesses and individuals in complex litigation at the trial and appellate levels. He is particularly experienced in the prosecution of antitrust claims in United States and European courts, on behalf of direct and indirect purchasers alleging price-fixing and monopolization.

Mr. Ratner was recently honored by <u>Law360 as one of its 2012 Rising Stars</u> and was previously named to the <u>Legal Times 2009 "40 under 40" list</u>, which recognized rising legal stars expected to play a key role in the Greater Washington legal community for years to come. In 2012, <u>The Legal 500</u>, which provides comprehensive worldwide coverage on legal services and rankings, selected Mr. Ratner as one of the top 10 Leading Lawyers in the U.S. in plaintiffs' representation for antitrust, stating that "Brian Ratner '*thinks strategically, is an excellent negotiator and has a solid foundation of substantive law*'." In 2011, the publication also recommended him as an "*engaging, highly competent professional who can simplify complex antitrust matters and make them comprehensible to a non-antitrust attorney.*" Also in 2012, The Benchmark Plaintiff Guide to America's Leading Plaintiff's Firms and Attorneys named Mr. Ratner as one of the country's top "Antitrust Litigation Stars" and one of DC's "Local Litigation Stars."

Mr. Ratner has litigated the matter of *In Re Vitamins Antitrust Litigation (D.D.C.)* on behalf of two certified classes of vitamin direct purchasers who were overcharged as a result of a ten-year global price-fixing and market allocation conspiracy. The case settled for over $1 billion. Mr. Ratner was a key member of a 2003 trial team in the case, in which a jury awarded a class of choline chloride purchasers more than $148 million in trebled damages - the twelfth largest U.S. jury verdict in 2003. Mr. Ratner has also litigated, among other matters: *Empagran, S.A. et al. v. F. Hoffmann-LaRoche, Ltd., et al.* (D.D.C.), a case alleging a global vitamins price-fixing and market allocation conspiracy on behalf of foreign purchasers (remanded by U.S. Supreme Court); *Oncology & Radiation Associates v. Bristol-Myers Squibb Co.* (D.D.C.), a case alleging monopolization against a drug manufacturer, which settled for $65 million; *Molecular Diagnostics Laboratories v. Hoffmann-La Roche, Inc., et al.* (D.D.C.), a case alleging unlawful monopolization on behalf of a class of purchasers of an enzyme used in DNA amplification, human-genome research, and medical diagnostics, which settled for $33 million; and *In re Air Cargo Shipping Services Antitrust Litigation* (E.D.N.Y.), a case alleging a global conspiracy to fix the prices of air cargo shipments, which has resulted in over $450 million in settlements to date.

Mr. Ratner's international work has included representing cartel victims from around the globe in settlement negotiations and European courts. He currently represents purchasers of paraffin wax, air freight services, car glass, carbon graphite, elevators, industrial bags, copper fittings and marine hose, who are seeking to recover losses in Europe as a result of price-fixing cartels. His work in the marine hose matter helped lead to a landmark private global settlement agreement with cartelist Parker ITR. Mr. Ratner has also lectured, organized conferences, and published articles and papers on issues such as the private civil enforcement of competition laws and the mechanisms for collective redress around the world.

Education
- University of Indiana, Bloomington, B.A., 1996
- University of Pittsburgh School of Law, J.D., 1999; managing editor, *Journal of Law and Commerce*

Bar Admissions
- Pennsylvania
- New Jersey
- District of Columbia
- The United States Supreme Court
- Several federal courts

Honors and Publications
- "Jury Finds Chinese Vitamin C Makers Fixed Prices; $153.3M Judgment Entered," Mealey's Legal News & Litigation Reports, March 14, 2013
- Co-Author, Michael Hausfeld and Brian Ratner, "Prosecuting Class Actions and Group Litigation – Understanding the Rise of International Class and Collective Action Litigation and How this Leads to Classes that Span International Borders, World Class Actions, Chapter 26, September 2012
- Hausfeld LLP Named as Tier 1 Firm Nationwide in Plaintiff Antitrust Litigation by *The Legal 500*, June 2012
- "Hausfeld, Hausfeld, Horray," Legal Bisnow, April 6, 2012
- "Brian Ratner, People on the Move," Washington Business Journal, April 4, 2012
- Rising Star: Hausfeld's Brian Ratner, *Law360*, March 22, 2012
- "U.S. Class Action Lawyers Look Abroad," Reuters, March 20, 2012
- "Chinese Cos. Can't Shake Vitamin C Antitrust MDL", *CompLaw 360*, September 7, 2011
- "Analysis: Private antitrust lawsuits on the decline in U.S.", *Reuters*, June 13, 2011
- Hausfeld LLP Named as Tier 1 Firm in Plaintiff Antitrust Litigation by *The Legal* 500, June 15, 2010
- Hausfeld LLP Announces Distribution of Settlement Funds in TAQ Antitrust Case, November 19, 2009
- "Vitamins cartel action filed against Roche in Panama," *CompLaw 360*, September 11, 2009
- Named in the 2009 *Legal Times* "40 under 40" list recognizing rising legal stars in Washington, July 14, 2009
- "Private settlements could gain steam, lawyers say," *CompLaw 360*, March 12, 2009
- "Unprecedented Global Settlement Reached with Parker ITR in Marine Hose Cartel," *Class Action Litigation*, March 13, 2009
- Hausfeld LLP announces first-ever private settlement of global cartel, March 6, 2009
- "Shell Model' Opens Door to European Class Actions," *The American Lawyer,* January 7, 2008
- Co-Author, "Principles and Objectives of Formal and Informal Settlements in EU Competition Cases: The Claimant's Perspective," paper submitted for the European University Institute's 13th Annual Competition Law & Policy Workshop, publication forthcoming



- Co-Author, "A Proposal for a Transitional Forum," submitted for Antitrust Claims Against Foreign Firms and Cartels conference (Law Seminars International), September 7-8, 2006

Presentations
- Speaker, National Symposium on Class Actions – Recent Developments in Quebec, in Canada, in the United States, 2013
- Conference speaker, The Chicago Forum on International Antitrust Issues, Northwestern University School of Law, May 20, 2010
- Conference panel moderator, Cartels, Product Defects and Global Accountability conference, October 20, 2008
- Panelist, The International Cartel Workshop, ABA Section of Antitrust Law, San Francisco, January 30, 2008
- Conference panel moderator, Cartels, Product Defects and Global Accountability conferences, Seoul, Tokyo, and Beijing, October 2008
- Panelist, The International Cartel Workshop, ABA Section of Antitrust Law, San Francisco, January 30, 2008
- Conference speaker, Class Actions and Collective Redress: "Lessons Learn from the U.S. Experience," London, November 27, 2007
- Conference speaker, Class Actions for Non-Class Action Lawyers – Growing Your Business by Understanding the Basics and Recognizing Opportunities, "Class Action Settlements: Procedures, Methods and Attorneys' Fees," Los Angeles, February 23, 2007
- Panelist, International Class Actions Conference, Melbourne, December 1-2, 2005

# Megan E. Jones

Partner Megan Jones specializes in recovering damages for corporate victims of antitrust cartels. Recoveries from the cases she has been involved in total over half a billion dollars: *In re Polyester Staple Antitrust Litigation* (W.D.N.C) ($63.5 million on behalf of the class); *In re Compact Disc Antitrust Litigation* (C.D.Ca.) (over $50 million on behalf of class); *In re Rubber Chemicals Antitrust Litigation* (N.D. Ca.) (over $100 million on behalf of class); *In re MMA Antitrust Litigation* (E.D. Pa.) (over $20 million on behalf of class); *In re EPDM Antitrust Litigation* (D. Conn.) ($81 million on behalf of the class). Ms. Jones was also involved in the negotiation of a $300 million global settlement with Bayer (which resolved three cases: EPDM, Rubber Chemicals and NBR), and drafted the innovative settlement agreement itself.

In 2013, *Global Competition Review* named Ms. Jones as one of the 100 successful Women in Antitrust globally. She was one of just 23 U.S. Lawyers selected for this global honor and the only U.S. lawyer who exclusively focuses her practice on pursuing recovery for victims of cartels.

In 2012 and 2013, *The Legal 500,* which provides comprehensive worldwide coverage on legal services, selected Ms. Jones as one of the top 10 Leading Lawyers in the U.S. in plaintiffs' representation for antitrust. In 2011, the publication recommended Ms. Jones for having a "good understanding of business and operational environments."

In 2012, Ms. Jones was selected by Law360 as a "Rising Star" in the Competition category. Law360 selected just five attorneys in each category as top legal talent under 40 in the U.S. and internationally, whose accomplishments in major litigation or transactions belie their age. In the same year, she was also chosen by her peers as a Washington, DC *Super Lawyer* in Antitrust, reserved for those attorneys who have attained a high-degree of peer recognition and professional achievement.



In 2010, Ms. Jones was the only female antitrust attorney who had two of her cases featured in the *National Law Journal's* Plaintiffs' Hot List, which named the top twelve plaintiffs' law firms in the U.S.

Despite the fact that her typical cases include millions of pages of evidence, several multinational parties, and a multitude of counsel, Ms. Jones is legendary for relentlessly focusing on the litigation endgame – to develop and find the facts necessary to win the case. For example, faced with over 1.5 million pages of documents produced by the opposing side, Ms. Jones organized her team to identify the 2300 key documents in the case in under four months' time. Ms. Jones then used these 2300 key documents to depose over 20 witnesses, uphold a class certification decision at the Circuit level, defeat summary judgment at the district court and prepare for trial (which ultimately settled successfully on the courthouse steps). Marshaling scores of co-counsel, Jones whittled a mountain of evidence down to what was needed to win – and then did.

Based on her experience, Ms. Jones has been asked to speak on antitrust matters around the world. She was asked to speak in Sydney, Australia at the American Bar Association's 2010 "*Cross-Border Collaboration, Convergence and Conflict: The Internationalization of Domestic Law and Its Consequences*" with other luminaries from the U.S. and Australian Bar, including Hon. Justice Antonin Scalia; Sir Anthony Mason AC KBE AC, Former Chief Justice of the High Court of Australia; The Honorable Jeffrey Bleich, U.S. Ambassador to Australia; Graeme Samuel, AO, Chairman of the Australian Competition and Consumer Commission; Tony D'Aloisio, Chairman of the Australian Securities and Investment Commission; and many others from the profession in Australia and the U.S. Ms. Jones also spoke at an event co-sponsored by the American Bar Association and German Bar Association in June 2011 in Munich, Germany ("*Successfully Navigating Hazardous Waters: The Second Annual Conference on Transatlantic Deals and Disputes*."). Ms. Jones has also spoken at what is widely known as the "crown jewel" of antitrust conferences, at the American Bar Association's *Antitrust Masters Course.*

Experienced with high dollar litigation and with a results-driven management style, it is little wonder that Ms. Jones was tapped to be Chairwoman of Hausfeld LLP's New Case Committee at the firm, which is responsible for approving all new cases filed by the firm. Jones is skilled at evaluating potential cases, thoroughly vetting them for their strengths and weaknesses.

When electronic discovery came on the scene, Ms. Jones quickly adapted to the new paradigm of finding evidence. Jones is a member of The Sedona Conference®, which is composed of leading jurists, lawyers, experts, academics and others, at the cutting edge of issues in electronic discovery. She is the co-author of *The Sedona Conference Glossary: E-Discovery and Digital Management* (2nd Ed). (Dec. 2007) and *Navigating the Vendor Proposal Process: Best Practices for the Selection of Electronic Discovery Vendors, and was recently selected to be on the drafting team of Discovery 2.0, the conference's next work on how discovery should be conducted.* Ms. Jones was also featured in a podcast about cost-shifting in electronic discovery with the Honorable James C. Francis, IV, Magistrate Judge from the Southern District of New York, and Robert W. Trenchard, the chair of Wilmer Hale's E-Discovery Committee.

Ms. Jones also knows that in litigation, experience is the best teacher. Faced with organizations that were not addressing issues from the cartel victims' perspective, she created an organization herself dedicated to antitrust practitioners exchanging best practices and information. She is the creator and founder of *Women Antitrust Plaintiffs' Attorneys* (www.womenantitrustattorneys.com), a national organization for women who primarily practice cartel law on behalf of victims, attracting luminaries

within the antitrust field to its annual conference. This conference has grown in popularity, and in 2009, representatives from over twenty law firms from across the U.S. attended. The growing impact of this organization is demonstrated by the caliber of speakers it is attracting: in addition to having four federal judges as speakers, the Keynote Address at the 2010 conference was given by Wendy H. Waszmer, Counsel to Assistant Attorney General Christine A. Varney from the U.S. Department of Justice, Antitrust Division.

Ms. Jones is recognized as a specialist in antitrust civil enforcement for victims of cartels, and has been asked to speak by many prestigious legal organizations on this topic.

Speeches and Presentations
- Speaker, Class Action Symposium, Georgetown Law Center, April 11, 2011
- Speaker, "The Life of an International Cartel: A Six-Part Practical Series, Part III: Follow-On Civil Price Fixing," American Bar Association teleconference, February 4, 2011
- Speaker, American Bar Association's *Antitrust Masters Course V*, September 30, 2010

Education
- North Carolina State University in Raleigh, NC, *magna cum laude*, B.A., 1995
- University of North Carolina at Chapel Hill School of Law, J.D., 1999

Bar Admissions
- District of Columbia
- Maryland
- North Carolina

Affiliations
- Vice Chair, ABA Antitrust Section's Communications and Digital Technology Industries Committee
- Founder of Women Antitrust Plaintiffs' Attorney network group, 2008

Publications
- *"All I Really Need to Know About Antitrust Settlements, I Learned in Kindergarten,"* ABA Criminal & Cartel Practice Committee Newsletter, March 2011.
- *"E Discovery Today: The Fault Lies Not In Our Rules . . .,,"* paper presented at Duke University School of Law: 2010 Advisory Committee Conference on Civil Rules; publication pending in Federal Courts Law Review (FCLR)
- M. Jones joins Judge Francis and R. Trenchard (Wilmer Hale) in this podcast about the latest trends in cost-shifting in electronic discovery
- "Giving Electronic Discovery a Chance to Grow Up," The National Law Journal, December 15, 2009
- "Observations from the Field: ACPERA's First Five Years," The Sedona Conference Journal, Fall 2009
- CLE Speaker, "E-Discovery in Antitrust Lawsuits and FTC/DOJ Investigations: Managing and Producing Electronic Information Under the Amended Federal Rules," March 2009
- Antitrust Law Developments, 7th Edition, co-author of chapter on Non-Price Vertical Restraint, published by the American Bar Association, 2008
- Co-author of *The Sedona Conference Glossary: E-Discovery and Digital Information Management* (2nd edition), December 2007
- Co-author of *Navigating the Vendor Proposal Process: Best Practices for the Selection of Electronic Discovery Vendors*, published by The Sedona Conference


- Author of "Litigator 101," an ABA series regarding best practices in drafting discovery

# Hilary K. Scherrer

Ms. Scherrer is a partner in Hausfeld LLP's Washington, DC office.  She has extensive experience representing businesses and individuals in antitrust, consumer fraud, and other complex litigation matters, at both the trial court and appellate court levels.  She also has experience working on international arbitration and settlement matters.

She has been named one of the country's top "Antitrust Litigation Stars," one of the District of Columbia's "Local Litigation Stars," and one of the "Top 150 Women in Litigation" by Benchmark Plaintiff, a definitive guide to America's leading plaintiff-side litigation firms and attorneys.  She has also been featured by The Plaintiffs' Hot List, an annual list of the nation's top plaintiff-side firms prepared by the National Law Journal.

Ms. Scherrer is currently involved in several high-profile antitrust cases.  She is leading *In re NCAA Student-Athlete Name & Likeness Licensing Litigation* (N.D. Cal.), also known as the *O'Bannon* case, in which current and former student-athletes allege that the NCAA and others conspired to pay nothing for the use of athletes' names, images, and likenesses.  The case, which has garnered significant press attention, is being viewed as a potential game-changer for college sports.

Ms. Scherrer is also leading *In re Libor-Based Financial Instruments Antitrust Litigation* (S.D.N.Y.), a class action lawsuit alleging a global conspiracy by some of the world's largest financial institutions to manipulate LIBOR.  The manipulation of LIBOR, which is the primary benchmark for short-term interest rates for trillions of dollars worth of financial transactions worldwide, is alleged to have caused billions of dollars in damage to municipalities, businesses, and investors.

Ms. Scherrer's other current cases include *In re Air Cargo Antitrust Litigation* (E.D.N.Y.), a massive class action alleging a global conspiracy to set fuel surcharges by over thirty defendant air carriers in which there are over $485 million in settlements to date, and *In re Chocolate Confectionary Antitrust Litigation* (M.D. Pa.), a case alleging that the major chocolate manufacturers, Nestle, Mars, Cadbury and Hershey conspired to fix the prices of chocolate candy.

During her career, Ms. Scherrer has worked on other significant antitrust cases, including:  *In re Polyurethane Foam Antitrust Litigation* (N.D. Ohio); *In re Municipal Derivatives Antitrust Litigation* (S.D.N.Y.); *In re Publication Paper Antitrust Litigation* (D. Conn.); *In re Construction Flat Glass II Antitrust Litigation* (W.D. Pa.); *Animalfeeds International Corp. et al. v. Stolt-Nielsen SA* (arbitration); *In re Oriented Strand Board Antitrust Litigation* (E.D. Pa.); *In re International Air Transportation Surcharge Litigation* (N.D. Cal.); *Thomas & Thomas Rodmakers, Inc. v. Newport Adhesives and Composites, Inc. et al.* (C.D. Cal.); and *In re Microcrystalline Cellulose Antitrust Litigation* (E.D. Pa.).

In addition to her work on antitrust cases, Ms. Scherrer was involved in *Schwab v. Philip Morris USA et al.* (E.D.N.Y.), in which the plaintiffs alleged a RICO conspiracy and fraud in connection with the marketing and sale of "light" cigarettes.  She also represented Holocaust victims in a breach of contract case alleging certain German corporations failed to pay appropriate interest due on their payments to a reparations fund and Wal-Mart employees in wage and hour cases alleging that Wal-Mart failed to properly pay for the hours that employees worked.

<u>Education</u>

- University of Colorado, Boulder, B.A., 1996
- American University Washington College of Law, J.D., *cum laude*, 2000

Bar Admissions
- California
- District of Columbia

Affiliations & Honors
- Named one of the country's top "Antitrust Litigation Stars" by Benchmark Plaintiff
- Named one of the District of Columbia's "Local Litigation Stars" by Benchmark Plaintiff
- Named one of the "Top 150 Women in Litigation" by Benchmark Plaintiff
- Served on the *Law360 Competition* Editorial Advisory Board

# James J. Pizzirusso

Mr. Pizzirusso is a partner in Hausfeld LLP's Washington, DC office. He has a diverse practice focusing on consumer protection and unfair business practices, antitrust, sports and entertainment with a specific emphasis on royalties and copyright law in the digital era, and environmental torts. In addition to practicing law, Mr. Pizzirusso has served as a Visiting Professor at George Washington University Law School.

Mr. Pizzirusso heads Hausfeld LLP's Consumer Protection practice group and has been appointed or served as lead counsel in numerous class actions including *Wolph v. Acer, Inc.,* 272 F.R.D. 477 (N.D.Cal. 2011) (court certified nationwide class of one million computer owners, $22 million settlement pending final approval); *Radosti v. Envision EMI, LLC,* (D.D.C.) ($17.5 million nationwide settlement); and *In re Tyson Foods, Inc., Chicken Raised Without Antibiotics Consumer Litigation* (D. Md.) ($8 million nationwide settlement). He is also serving as court-appointed co-lead class counsel in *In re Sony PS3 "Other OS" Litig.* (N.D.Cal.) (currently on appeal in the 9th Circuit Court of Appeals) and *In Re Honey Transshipping Litigation* (N.D. Ill) (asserting RICO and Lanham Act claims on behalf of domestic honey producers against various honey importers). Mr. Pizzirusso was recently involved in *Pelletz v. Advanced Environmental Recycling Technologies, Inc.* (W.D. Wa.) and *Ross v. Trex, Inc.* (N.D. Cal.) -- both of which resulted in nationwide settlements on behalf of owners of defective decking materials. Mr. Pizzirusso also represents municipalities around the country seeking unpaid real estate transfer taxes from Fannie Mae and Freddie Mac.

In the antitrust arena, Mr. Pizzirusso represents clients alleging price fixing and collusion in various agricultural sectors. Mr. Pizzirusso is one of the firm's principal attorneys in *In re Processed Egg Products Antitrust Litigation* (E.D. Pa.) ($53 million in settlements reached, litigation pending against remaining defendants) and *In re Fresh and Process Potatoes Antitrust Litig*ation (D. Idaho) (alleging nationwide supply reduction and price fixing conspiracy in the potato industry). In the *Potatoes* matter, he argued and won the first case involving the inapplicability of the Capper Volstead Act to an agricultural cooperative's supply reduction and price fixing scheme. 2011 WL 6020859 (D. Idaho Dec. 2, 2011). He was also actively involved in antitrust litigation involving dairy farmers in the Southeast region where the plaintiffs reached settlements totaling over $300 million. In addition to his agricultural antitrust work, in *In re New Jersey Tax Sales Antitrust Litigation*, Mr. Pizzirusso represents homeowners alleging collusion in the sale of tax lien certificates where several million dollars in settlements have already been reached. He currently serves as Vice Chair of the American Bar Association's Trade, Sports, and Professional Associations Antitrust Committee.

Mr. Pizzirusso is the primary attorney at Hausfeld LLP representing several prominent musicians -- including Carlton Ridenhour ("Chuck D") of the hip hop group Public Enemy, Sister Sledge, The Temptations, Black Sheep, Gary Wright, and others -- in seeking compensation for unpaid digital download royalties from their records labels including Universal, EMI, and Warner. He represents several prominent retired football players, including Jim Brown and Billy Joe Dupree, in the *Dryer v. Nat'l Football League* litigation ($50 million settlement pending) asserting copyright and publicity rights claims from the NFL's use of retired players' images and likenesses. Mr. Pizzirusso is also currently representing John Ossenmacher, CEO of ReDigi, Inc. - the world's first and only online marketplace for pre-owned digital music, in copyright litigation filed by Capitol Records.

Mr. Pizzirusso's practice also includes domestic and international environmental and public health litigation. He successfully resolved the claims of numerous farmers and landowners in Barbados who suffered reduced crop yields and property damages as a result of a massive jet fuel spill. Mr. Pizzirusso also currently represents wheat farmers and The Center for Food Safety seeking damages related to Monsanto's unauthorized release of genetically modified wheat which led to import bans on US wheat in Asia.

In 2012, Mr. Pizzirusso was named as one of four "Rising Stars under 40" by Law360 in Consumer Protection and Privacy law. Additionally, The Benchmark Plaintiff Guide to America's Leading Plaintiff's Firms and Attorneys named Mr. Pizzirusso as one of the country's top sixteen "Antitrust Litigation Stars" in 2012 and one of DC's "Local Litigation Stars" from 2012-2014.

Mr. Pizzirusso has been asked to appear as a panelist at several conferences around the country and presented on topics including antitrust, consumer protection, toxic torts, and public interest litigation. Mr. Pizzirusso is also the author of several published papers.

Education
- University of Tennessee-Knoxville, B.A., *summa cum laude*, 1998
- George Washington University Law School, with honors, 2001

Bar Admissions
- District of Columbia
- Virginia
- The Supreme Court of the United States
- The Fourth Circuit Court of Appeals
- Several federal district courts

Professional Affiliations
- Vice Chair, ABA Antitrust Section's Trade, Sports, Professional Associations Committee (2012-2013 ABA Year)
- Adjunct Professor, Environmental and Toxic Torts, George Washington University Law School, 2009
- Visiting Associate Professor of Clinical Law, Vaccine Injury Clinic, George Washington University Law School, 2007

Publications and Honors
- Benchmark Plaintiff Guide 2012 - Named as "Top Antitrust Star"
- Benchmark Plaintiff Guide 2012-2014 - Named as "Local Litigation Star"

- Co-author, "From the gold mine to the courtroom — Toxic tort, silicosis and the largest class-action lawsuit in South African history," Westlaw Journal, Toxic Torts (Vol. 30, Issue 8/May 30, 2012)
- Mr. Pizzirusso's practice was recently profiled in Lawdragon's, "Lawyer Limelight," January 2012
- Author, "Liberalizing Rule 27 in the Twombly/Iqbal Era," *Law 360* (November 11, 2009)
- Author, "Utilizing Novel Technologies to Sustain Trespass and Battery as Toxic Torts," *The Environmental Litigator* (Spring, 2008)
- Author, "Agency Rule-Making Power and the Clean Air Act: Putting the Brakes on American Trucking," Spring 2001 Term: Whitman v. American Trucking Associations, Inc., 7 *Environmental Law* 729 (June, 2001)
- Author, "Increased Risk, Fear of Disease and Medical Monitoring – Are Novel Damage Claims Enough to Overcome Causation Difficulties in Toxic Torts?" 7 *Environmental Law* 183 (September, 2000)

Presentations
- "Plaintiff's Class Action Forum - Class Action Settlements," Cambridge Forums, April 2013, Boca Raton, FL
- "A Bumper Crop of Attacks on Capper Volstead," Antitrust Law 2013 Spring Meeting, American Bar Association, April 2013, Washington, DC
- "Ongoing Football Litigation," Independent Retired Football Players Summit & Conference, May 2012, Las Vegas, NV
- "Plaintiff's Class Action Forum - Nationwide Certification of Class Actions; Managing Class Actions," Cambridge Forums, April 2012, Santa Barbara, CA
- "Toxic Trespass and Other New and Emerging Toxic Torts," ABA Committees Joint CLE Seminar, January, 2008, Snowmass, CO
- "Strategies for Pursuing Litigation Remedies," Northeast Regional Conference on Eliminating Childhood Lead Poisoning, November, 2006, Providence, RI
- "Outlook for Litigation," North Central Regional Conference on Eliminating Childhood Lead Poisoning, September, 2006, Chicago, IL
- "Developing Novel Theories of Recovery in Toxic Tort Litigation," Contamination Examination: A Workshop on the Changing Face of Chemical Contamination Litigation, ABA CLE Program - September 2006, Wilmington, DE
- "Consumer Protection Law," D.C. Bar Animal Law Conference, American University Washington College of Law - April, 2004, Washington, DC
- "Public Interest Tort Litigation: Using Private Tort Actions to Further Environmental Justice & Public Ends," The Public Interest Environmental Law Conference, University of Oregon School of Law - March, 2003, Eugene, OR

## Brent W. Landau

Mr. Landau is a partner in Hausfeld LLP's Philadelphia office. His practice focuses on representing plaintiffs in complex antitrust and consumer protection litigation. He has litigated claims of price-fixing and monopolization involving products and industries as varied as vitamins, microprocessors, transparent tape, medical devices, and stock car racing. In other cases, his clients have included consumers defrauded by manufacturers of "light" cigarettes and Indonesian villagers subjected to human rights abuses. The *Legal 500* has recommended him as "very professional and personable." In March 2013, *Law360* selected Mr. Landau as one of their "Rising Stars Under 40" placing him among only five of the "up and coming competition attorneys" recognized in the Competition/Antitrust category.



Mr. Landau graduated from the State University of New York at Binghamton, where he received a B.A. in History and Philosophy (*summa cum laude*, 1998) and was a member of Phi Beta Kappa. He obtained his law degree from Harvard Law School (*cum laude*, 2001), where he was co-chairperson of the Tenant Advocacy Project and a supervising editor of the *Harvard Journal on Legislation*.

After law school, Mr. Landau served as a judicial law clerk to the Honorable Bruce W. Kauffman, United States District Court for the Eastern District of Pennsylvania. He then worked for six years at Cohen, Milstein, Hausfeld & Toll, P.L.L.C. before joining Hausfeld LLP.

Mr. Landau has been invited to speak on panels regarding the antitrust laws and other topics and is the author of several published articles. He is a member of the editorial board of *The Antitrust Practitioner*, an editor of *Antitrust Law Developments*, and a mediator in the Philadelphia Court of Common Pleas Landlord-Tenant Appellate Mediation Program.

Currently, among other matters, Mr. Landau is counsel for the plaintiffs in *In re Air Cargo Shipping Services Antitrust Litigation*, MDL No. 1775 (E.D.N.Y.), which has resulted in approximately $485 million in settlements to date.

Education
- State University of New York at Binghamton, B.A., *summa cum laude*, 1998;
- Harvard Law School, J.D., *cum laude*, 2001

Bar Admissions
- Pennsylvania
- New York
- District of Columbia
- United States District Court for the District of Columbia
- United States District Court for the Eastern District of Pennsylvania
- United States Court of Appeals for the Second Circuit
- United States Court of Appeals for the Ninth Circuit

Affiliations & Honors
- Named as one of Law360's *Rising Stars Under 40,* Competition category (2013)
- Judicial law clerk to Honorable Bruce W. Kauffman, United States District Court for the Eastern District of Pennsylvania (2001-2002)
- Member, Editorial Board, *The Antitrust Practitioner*
- Editor, *Antitrust Law Developments*
- Mediator, Philadelphia Court of Common Pleas Landlord-Tenant Appellate Mediation Program
- Recommended Lawyer, *Legal 500 (2010)*

Publications
- "Has *Hydrogen Peroxide* Really Made Antitrust Class Certification More Difficult?," *The Antitrust Practitioner* (2010)
- CNNMoney.com Quotes Brent Landau on FTC Suit Against Intel, December 16, 2009
- "Sovereign Immunity and You: How New York State Employees Can Enforce Their Federal Employment Rights," United University Professions Working Paper Series (2005)
- "State Employees and Sovereign Immunity: Alternatives and Strategies for Enforcing Federal Employment Laws," 39 *Harv. J. on Legis.* 169 (2002)
- "State Bans on City Gun Lawsuits," 37 *Harv. J. on Legis.* 623 (2000)



Presentations
- • ABA Section of Antitrust Law, *Types of Restraints that Violate Section 1* (2010)
- • United University Professions, *Preserving the Rights of Public Employees* (2005)

# Arthur N. Bailey, Jr.

Mr. Bailey is a partner at the firm who has worked on multidistrict antitrust matters including *In re TFT-LCD (Flat Panel) Antitrust Litigation*, MDL 1827 (N.D. Cal.), alleging a conspiracy by manufacturers to fix prices of TFT-LCD panels used in products such as computer monitors, televisions, and cell phones; *In re Rail Freight Fuel Surcharge Antitrust Litigation* (D.D.C.), alleging price fixing of rail freight fuel surcharges by the nation's dominant freight-shipping railroads, and *In re Aftermarket Automotive Lighting Products Litigation*, MDL 2007 (C.D. Cal.), a case alleging a conspiracy by manufacturers to fix prices of aftermarket auto lights and lamps.

Other cases Mr. Bailey has worked on include *Bruce Foods Corporation vs. SK Foods, LP. et al.*, (E.D. Cal.), alleging a conspiracy by processors to fix prices of processed tomato products, and *In re Student-Athlete Name & Likeness Licensing Litigation* (N.D. Cal.) a case alleging antitrust violations by the NCAA and its member schools involving the commercial use of the likenesses of its student-athletes.

Mr. Bailey is also the author of an amicus curiae brief filed on behalf of the California Teachers Association in the Proposition 8 same-sex marriage case pending before the Ninth Circuit Court of Appeals.

Prior to joining the firm, Mr. Bailey was an attorney at Cohen, Milstein, Hausfeld & Toll, PLLC, as a member of its antitrust practice group. He also was employed at Kaplan Fox & Kilsheimer LLP where he worked on antitrust, securities fraud and consumer fraud class action cases.

Education
- • Wooster College, BA., 1984
- • University of Tulsa, J.D., 1999

Bar Admissions
- • California
- • U.S. District Court for Northern California
- • U.S. District Court for Eastern California
- • U.S. District Court for Central California

# Reena A. Gambhir

As a partner at Hausfeld LLP, Reena A. Gambhir works on international and domestic antitrust/competition and human rights matters.

Ms. Gambhir's substantial international work has included representing cartel victims in settlement negotiations and European courts. Among other matters, she currently represents purchasers of


air freight services, paraffin wax, and marine hose who are seeking to recover losses in the UK as a result of price-fixing cartels. The marine hose case led to a landmark private global settlement with cartelist Parker ITR. Ms. Gambhir has organized conferences, lectured, and published on issues such as the private civil enforcement of competition laws and the mechanisms for collective redress around the world.

In the international antitrust/competition field, Reena A. Gambhir currently represents purchasers of marine hose worldwide who seek a recovery of overcharges as a result of a global price-fixing cartel. This case resulted in a recent landmark private global settlement agreement in the matter with cartelist Parker ITR and the launching of an action in the London High Court against cartelist Dunlop. She also works extensively on legal issues related to the private civil enforcement of competition laws and the mechanisms for collective redress around the world.

Domestically, Ms. Gambhir currently works on, among other matters, *In Re: Refrigerant Compressors Antitrust Litigation* (E.D. Mich.) alleging price-fixing on behalf of direct purchasers. Ms. Gambhir's recent achievements include helping to secure settlements totaling almost $100 million in an antitrust case involving the chemical industry (*In Re Hydrogen Peroxide Antitrust Litigation*, (E.D. Pa.)). Ms. Gambhir also helped secure a $5.1 million Cy Pres award to endow a Center for Competition Law at The George Washington University Law School, resulting from a portion of a class-action settlement in the case of *Diamond Chemical Company, Inc. v. Akzo Nobel Chemicals B.V. and Atofina Chemicals, Inc, et al.*

Among international human rights and environmental matters, Ms. Gambhir currently represents residents of Bhopal, India who are exposed to the 1984 Union Carbide gas leak's uncontrolled remaining toxic waste. Ms. Gambhir also assisted in the representation of the former "comfort women", women and girls who were forced into sexual slavery during World War II. In her *pro bono* work, among other successes and cases, Ms. Gambhir has successfully represented a Nepali citizen in United States Immigration Court in political asylum proceedings.

Ms. Gambhir is an active member of the firm's Business Development Committee, New Case Committee, and Pro Bono Committee. She also Co-Chairs the firm's Summer Associate Committee, and Mentoring program.

Prior to joining the firm, Ms. Gambhir served as an associate at Cohen, Milstein, Hausfeld & Toll. In addition, she studied in the International Rights Law program at Oxford University.

Ms. Gambhir Co-Chairs the firms' Summer Associate Committee, and Mentoring program. She is also a member of Hausfeld LLP's Business Development Committee and Pro Bono Committee.

Education
• Boston College, English Literature, B.A., (minor in American Gender and Race Studies) (*cum laude*) 1999
• University of Chicago, M.A., Humanities, 2000
• National Law Center, George Washington University, J.D., 2004 (with honors)

Bar Admissions
• Massachusetts
• District of Columbia

Affiliations & Honors
• Recently profiled in *Diversity Journal's* 11th Annual Women Worth Watching, 2012


- Member, ABA Antitrust Section's International Cartel Task Force
- International Human Rights Society
- South Asian Bar Association
- National Law Center, George Washington University, Thurgood Marshall Scholar

## Seth R. Gassman

Seth R. Gassman, Of Counsel with the firm, has nearly a decade of antitrust litigation and regulatory experience. He has represented clients in many different industries over the course of his career, including manufacturing, transportation, pharmaceuticals and health care industries.

Mr. Gassman currently specializes in representing victims of domestic and international anticompetitive conduct. Among his current cases, he is litigating *In re Rail Freight Fuel Surcharge Antitrust Litigation*, where Hausfeld LLP serves as co-lead counsel representing a certified class of shippers who allege that the nation's largest freight-shipping railroads conspired to fix rail-freight fuel surcharges, and *In re New Jersey Tax Sale Certificates Antitrust Litigation*, where the firm serves as co-lead counsel representing a proposed class of New Jersey property owners who – as the result of an alleged bid-rigging scheme that has already led to several criminal guilty pleas – either must pay inflated rates to redeem liens on their property or face foreclosure.

Mr. Gassman is also actively involved in litigating *In re Blood Reagents Antitrust Litigation*, where he represents a class of laboratories and other purchasers who allege that the two leading manufacturers of a critical component used in a number of tests performed to detect and identify certain properties of the cell and serum components of human blood fixed prices for nearly a decade, and *In re Polyurethane Foam Antitrust Litigation*, where he represents a proposed class of purchasers who allege that manufacturers conspired to inflate polyurethane foam prices.

Mr. Gassman is the co-author of "No Rest{itution} for the Weary: Crime Victims and Treble Damages in Antitrust Cases," *BNA's Antitrust and Trade Regulation Report*," November 18, 2011; "Antitrust Class Actions: Continued Vitality," *Global Competition Review, The Antitrust Review of the Americas*, 2008; and "Global Enforcement of Anticompetitive Conduct," presented in Florence, Italy at The Tenth Annual Sedona Conference on Antitrust Law & Litigation: The Globalization of Antitrust Enforcement, September 2008.

Mr. Gassman began his legal career at Cahill Gordon & Reindel LLP. While there, he focused on antitrust litigation and regulatory compliance. He received a J.D. from New York University School of Law, where he was the symposium editor of the *Journal of Legislation and Public Policy*. In the spring of 2003, he was awarded the Newman Prize for "Direct Democracy as Cultural Dispute Resolution: The Missing Egalitarianism of Cultural Entrenchment." Mr. Gassman earned a B.A., with honors, in English from the University of California at Berkeley.

He is a member of the New York State and District of Columbia bars, as well as the Southern and Eastern Districts of New York and the Eastern District of Michigan.

Articles & Speaking Engagements

- Jay L. Himes and Seth R. Gassman, "No Rest{itution} for the Weary: Crime Victims and Treble Damages in Antitrust Cases," *BNA's Antitrust and Trade Regulation Report*," November 18, 2011
- Michael Hausfeld, Steig Olson & Seth Gassman, "Antitrust Class Actions: Continued Vitality," *Global Competition Review, The Antitrust Review of the Americas*, 2008
- "Global Enforcement of Anticompetitive Conduct," presented in Florence, Italy at The Tenth Annual Sedona Conference on Antitrust Law & Litigation: The Globalization of Antitrust Enforcement, September 2008
- Gassman, Seth. "Direct Democracy as Cultural Dispute Resolution: The Missing Egalitarianism of Cultural Entrenchment." 6 *NYU Journal of Legislation and Public Policy* 525 (2002-2003)

Education
- University of California at Berkeley, B.A., English, 1999 (with honors)
- New York University School of Law, J.D., 2003

Affiliations & Honors
- Senior Symposium Editor, *New York University School of Law Journal of Legislation and Public Policy*
- Newman Prize Recipient for article, "Direct Democracy as Cultural Dispute Resolution: The Missing Egalitarianism of Cultural Entrenchment"
- Commencement Speaker, University of California at Berkeley, Departmental Graduation

Bar Admissions
- District of Columbia
- State of New York
- Southern District of New York
- Eastern District of New York
- Eastern District of Michigan

# Bruce J. Wecker

Mr. Wecker is Of Counsel to the firm. He has represented a variety of companies in patent and trade secret litigation against an array of companies in the computer hardware and software businesses. In patent cases, he has represented both the patentee and accused infringer. Cases include *Burst v. Microsoft,* alleging theft of trade secrets and breach of a non-disclosure agreement, as well as patent infringement and antitrust violations relating to streaming media; *Privasys, Inc. v. MasterCard International Inc.,* alleging patent, trade secret and contract claims for a start-up technology firm developing a electronic payment card with a programmable magnetic stripe; *Fullview v. Microsoft*, alleging infringement of 360º camera patents; *Apple, Inc. v. Burst.com,* alleging patent infringement based on features of the iPod and iTunes products; *BackWeb Technologies v. Microsoft,* alleging patent infringement for feature including in the Windows operating system; *BackWeb Technologies v. Symantec, Sybase,* alleging patent infringement for products to automatically update software for enterprise customers; *Implicit Networks v. Microsoft, HTC, Oracle, Sun, IBM, and others,* alleging patent infringement of application server, data processing and graphical user interface patents. *Cloakworks v.*


*Cloakware,* alleging infringement of security software to protect computer code from unauthorized copying.

Mr. Wecker has also participated in high stakes antitrust litigation including seminal cases over several decades. In the seventies, he represented Kellogg Company in defending Federal Trade Commission charges of a "Shared Monopoly." In the eighties, he represented the forerunner of Sprint, in antitrust actions against AT&T that paralleled the government action leading to the divestiture of the Bell System. In the nineties, he represented Billy Sullivan in his suit against the National Football League, to establish that its restriction on public ownership of teams violated the antitrust laws.

Prior to joining the firm, Mr. Wecker was a partner at Hosie Rice LLP, The Furth Firm and Furth, Fahrner & Mason where he worked on antitrust, intellectual property and a variety of class action cases.

Education
- University of California at Berkeley, B.A. in Economics, 1974
- University of Michigan, J.D., 1977

Bar Admissions
- California

Speaking Engagements
- Speaker, Center for International Legal Studies Conference on Internet Distribution and Computer Law, "Representing Independent Software Vendors," 2005

## Michael Schumacher

Michael Schumacher is Of Counsel with the firm and a member of the Financial Services Group. Mr. Schumacher's practice primarily focuses on representation of institutional investors, including Taft Hartley and public pension funds, in securities litigation, ERISA, and corporate governance matters.

Prior to joining Hausfeld LLP, Mr. Schumacher worked with Bernstein Litowitz Berger and Grossmann LLP. He earned his Bachelor of Arts in Political Science from the University of California, Berkeley and his Juris Doctor degree from the University of Southern California Gould School of Law. He is admitted to the State Bar of California.

Affiliations
- Association of Benefit Administrators
- International Foundation of Employee Benefit Plans
- Labor and Employment Law Section of the State Bar of California
- Made in America Taft Hartley Benefit Fund Summit, past participant
- National Coordinating Committee for Multi-Employer Plans, past participant
- Southern California Association of Benefit Plan Administrators



# Sathya S. Gosselin

Sathya Gosselin is a partner in the Antitrust/Competition, Securities and Financial Services, and Sports and Entertainment practice groups. He serves on the firm's Pro Bono and Business Development committees as well.

Mr. Gosselin has considerable litigation experience across a range of industries. Representative engagements include:

- *In re Rail Freight Fuel Surcharge Antitrust Litig. (D.D.C.),* in which shippers nationwide seek damages for alleged price-fixing of rail-freight fuel surcharges by the nation's largest railroads.
- *In re NCAA Student-Athlete Name & Likeness Licensing Litig. (N.D. Cal.),* in which current and former men's Division I basketball and football players seek damages and injunctive relief for the use of their names, images, and likenesses in broadcast and videogame instances.
- *In re Polyurethane Foam Antitrust Litig. (N.D. Ohio),* in which foam purchasers seek redress for alleged price-fixing among the nation's largest manufacturers.
- *MTB Investment Partners LP v. Siemens Hearing Instruments Inc. (D.N.J.)* in which a group of HearUSA stockholders allege various securities violations designed to depress the price of HearUSA's common stock.

Mr. Gosselin also shares the firm's commitment to pro bono legal services. He recently obtained asylum for a Nepali political activist who fled the country after violent persecution for his pro-democracy political activities.

Mr. Gosselin graduated from Vassar College, where he received a B.A. in Religion (cum laude in materia subjecta, 1999). He received his law degree from Cornell Law School, where he was Symposium Editor of the Cornell Law Review and an extern with the Texas Civil Rights Project.

Prior to joining the firm, Mr. Gosselin was a staff law clerk at the United States Court of Appeals for the Seventh Circuit (2007-2009) and Deputy Director of the ACLU of Texas's Prison & Jail Accountability Project (2003-2004).

Articles & Speaking Engagements
- Michael D. Hausfeld, Brent W. Landau, Sathya S. Gosselin, *"CAT-astrophe: The Failure of "Follow-On" Actions."* American Bar Association's International Cartel Workshop, February 2012
- Hausfeld LLP and Milberg LLP, *E-Discovery Today: The Fault Lies Not In Our Rules…*, 4 FED. CTS. LAW REV. 2 (2011)
- Panelist, Cornell Law School, "Your Small Firm Career," Oct. 18, 2010
- Michael D. Hausfeld and Sathya S. Gosselin *"Parents, Be Aware of the Behavior of Your Children": Intra-Enterprise Accountability and Extraterritorial Jurisdiction in the European Union*, 2010 ABA/IBA International Cartel Workshop, Feb. 10-12, 2010
- Michael D. Hausfeld, Steig D. Olson & Sathya S. Gosselin, *The United States Heightens Plaintiff's Burden of Proof on Class Certification: A Response*, Global Competition Litig. Rev., Volume 2 Issue 4/2009


<u>Education</u>
- Vassar College, B.A., Religion, 1999 (with honors)
- Cornell Law School, J.D., 2007

<u>Affiliations & Honors</u>
- Young Lawyer Representative, Transportation and Energy Industries Committee, Section of Antitrust Law, American Bar Association 2013-2014
- Member, Section of Antitrust Law, American Bar Association
- Symposium Editor, *Cornell Law Review*

<u>Bar Admissions</u>
- California
- District of Columbia Bar

## Melinda Coolidge

Melinda Coolidge joined the firm as an associate in 2009, and has specialized in antitrust/competition class actions, and mass tort/product liability cases. On behalf of plaintiffs, she has litigated at all stages of complex class actions, with experience leading discovery teams, briefing class certification, *Daubert*, summary judgment and post-trial motions, and has served on the trial team for two major cases tried to a jury verdict in federal court.

Representative cases include:

- *In re Air Cargo Shipping Services Antitrust Litigation* (E.D.N.Y.), in which plaintiffs allege that thirty airline defendants fixed prices of surcharges on global airfreight shipments over a six year period, causing class members to pay inflated prices and incur millions of dollars of damages. Settlements with over half the defendants have been approved, totaling nearly half a billion dollars.
- *In re Vitamin C Antitrust Litigation* (E.D.N.Y.), in which plaintiffs successfully obtained a jury verdict and a judgment of $162 million (after trebling) against Chinese vitamin C manufacturers who argued a foreign sovereign compulsion defense at summary judgment and trial.
- *In re Blue Cross Blue Shield Litigation* (N.D. Ala.), in which health insurance subscribers allege that Blue Cross Blue Shield entities have entered into illegal and anticompetitive agreements to divide and allocate the health insurance market into geographic territories across the nation, elimination competition and denying subscribers access to competitively premiums.
- *In re Prempro Products Liability Litigation*, in which plaintiffs alleged that hormone therapy products caused their breast cancer.

Ms. Coolidge graduated *cum laude* from Georgetown University Law Center, where she served as an editor of the *Georgetown Journal of Gender and the Law*, and assisted low-income tenants in Washington, D.C. to retain and purchase housing as a member of a student clinic. While at Georgetown Law, she also assisted former FTC Commissioner Robert Pitofsky in publication of his casebook, *Trade*


*Regulation*, and *Where the Chicago School Overshot the Mark*, his book on the impact on conservative economic analysis on antitrust law. Before going to law school, she worked at Public Citizen, a national consumer advocacy organization.

Education
- Tufts University, International Relations and French, B.A., 2003 (*magna cum laude*)
- Georgetown University Law Center, J.D., 2008 (*cum laude*)

Bar Admissions
- Maryland
- District of Columbia
- United States District Court for the District of Columbia

---

## Timothy S. Kearns

Mr. Kearns is an associate in Hausfeld LLP's financial services group. His practice focuses on securities and commodities litigation. Mr. Kearns recently overcame a motion to dismiss on behalf of a group of HearUSA stockholders in a suit against Siemens Hearing Instruments, alleging that SHI engaged in a number of securities violations aimed at driving down the price of HearUSA's common stock. The case is currently pending in the United States District Court for the District of New Jersey.

His other matters include the representation of a Korean bank in lawsuits alleging fraud related to CDO transactions, representing a pension fund in litigation alleging unfair business practices against Bank of New York Mellon in its execution of certain foreign exchange transactions, and *In re Libor-Based Financial Instruments Antitrust Litigation*, MDL 2262, which alleges a conspiracy to suppress the London Inter-Bank Offered Rate by member banks on the U.S.-dollar LIBOR panel.

Mr. Kearns began his legal career at Skadden, Arps, Slate, Meagher & Flom LLP, where his practice focused on securities litigation, shareholder-derivative litigation and derivatives regulation. He was active in *pro bono* representations, including playing a key role in drafting briefs to the Third Circuit and Supreme Court in *Doe v. Indian River School District*, ultimately resulting in an injunction against the defendant school district's practice of conducting sectarian prayers before meetings and *LowCountry Immigration Coalition v. Haley*, where he drafted an amicus brief on behalf of victims of domestic violence challenging South Carolina's immigration law.

Mr. Kearns graduated *cum laude* from Cornell Law School in 2006. He is the author of *The Chair, the Needle, and the Damage Done: What the Electric Chair and the Rebirth of the Method-of-Execution Challenge Could Mean for the Future of the Eighth Amendment*, which was published by the Cornell Journal of Law and Public Policy in 2006.

He is a member of the bar of the Supreme Court of the State of Delaware and the District of Columbia Court of Appeals. He has also been admitted to the District of Delaware and Eastern District of Wisconsin.

Education
- Iowa State University, B.A., 2003
- Cornell Law School, J.D., 2006 (*cum laude*)

Bar Admissions
- Delaware
- District Court of Columbia
- U.S. District Court for the District of Delwaware
- U.S. District Court for the Eastern District of Wisconsin

## Jeannine M. Kenney

Ms. Kenney is an associate at the firm focusing on antitrust, human rights, and mass tort litigation.

Ms. Kenney serves as court-appointed Plaintiffs' Liaison Counsel in *In re National Football League Players' Concussion Injury Litigation*, MDL 2323 (E.D. Pa.), multi-district litigation consolidating lawsuits brought by several thousand retired NFL players who suffer from long-term or permanent neurological or cognitive impairments as a result of head injuries they incurred during NFL play, and who allege the League hid from them the serious risks of repeated head trauma. She also serves as co-counsel for retired NFL players in *Boyd v. NFL*, No. 12-cv-92 (E.D. Pa.); *Stabler v. NFL*, No. 12-cv-4186 (E.D. Pa.); *Chambers v. NFL* (No. 12-cv-7153); and *Spikes v. NFL*, No. 12-cv-5606 (E.D. Pa.) which are pending before the MDL Court.

Ms. Kenney is also counsel for Plaintiffs in *In re South African Apartheid Litigation*, MDL 1499, alleging that multi-national corporations aided and abetted the commission of crimes against humanity by the security forces of the apartheid regime; *In re Processed Egg Products Antitrust Litigation*, MDL 2002 (E.D. Pa.), alleging egg producers and trade groups conspired to restrict the domestic supply of eggs and egg products; and *In re Fresh and Process Potatoes Antitrust Litigation*, MDL 2186 (D. Idaho), alleging potato growers and their trade groups conspired to restrict the domestic supply of potatoes.

Ms. Kenney joined the firm in 2009. From 2010 to 2011, she clerked for the Honorable Cynthia M. Rufe, United States District Court Judge, Eastern District of Pennsylvania. While attending the Georgetown University Law Center, Ms. Kenney was a member of the *Georgetown Law Journal*, and was enrolled in the Center's widely-respected Appellate Litigation Clinic, receiving the International Academy of Trial Lawyers' Student Advocacy Award for her work on *Lytes v. DC Water and Sewer Authority*, No. 08-7002 (D.C. Cir. 2009), which she argued before the Federal Court of Appeals for the D.C. Circuit. Before obtaining her *Juris Doctor*, Ms. Kenney worked for many years in government affairs, including as a Senior Policy Analyst for Consumers Union, publisher of Consumer Reports, where she advocated for consumer interests before Congress and federal agencies and was widely quoted in the media on consumer issues; as Vice President of Domestic Affairs and Communications Director for the National Cooperative Business Association, representing consumer, producer, and purchasing



cooperatives ; and as a legislative assistant on agriculture and food security for two United States Senators.

<u>Education</u>
- University of Wisconsin-Madison, B.A. Political Science & Economics (with distinction), 1988
- Georgetown University Law Center, J.D., 2009 (*magna cum laude*, Order of the Coif)

<u>Bar Admissions</u>
- Commonwealth of Pennsylvania
- District of Columbia

# Swathi Bojedla

Swathi Bojedla joined the firm in 2011 as an associate and is a member of the Sports and Entertainment, Mass Torts, and Antitrust/Competition practice groups.

Ms. Bojedla has worked on a wide variety of cases across the legal spectrum, including the following matters:

- Dryer et al. v. NFL (D. Minn.), a class action filed on behalf of retired NFL players concerning the NFL's use of their names, images, and likenesses.  The case recently settled for $50 million and the agreement further provides retired NFL players with commercial licensing opportunities as a means of gaining additional income.

- In re Concussions Litigation (E.D. Penn.), a mass personal injury and class medical monitoring case on behalf of retired NFL players seeking care and treatment for former players suffering the effects of repeated head trauma from their playing days.

- Eller et al. v. NFLPA (D. Minn.), a class action filed on behalf of retired NFL players against the NFL players union stemming from the union's improper representation of retired player interests during the negotiations surrounding NFL-NFLPA 2011 Collective Bargaining Agreement.

- Bowman et al. v. St. Joseph's Medical Center et al. (Circuit Court of Md., Baltimore County), a mass tort action arising from the placement of unnecessary stents in patients at a Baltimore-area hospital.  The case culminated in a month-long jury trial that ultimately resulted in a global resolution compensating over 240 affected patients.

- In re Municipal Derivatives Litigation (S.D.N.Y.), a class action alleging a bid-rigging conspiracy between banks involved in the market for municipal bond offerings.  To date, over $80 million in settlements have been achieved for the class of municipalities harmed by anticompetitive practices.

Ms. Bojedla graduated from Brown University with a B.A. in Human Biology and Public Policy. She worked for Senator Hillary Rodham Clinton before attending law school at Georgetown University, where she served as Managing Editor for the Georgetown Journal of Law and Public Policy. Prior to her arrival at Hausfeld LLP, Ms. Bojedla worked on Title VII litigation in the D.C. District Court for Georgetown Law's Institute for Public Representation, a civil rights clinic.



HAUSFELDLLP

Education
- Brown University, B.A., Human Biology & Public Policy, 2007
- Georgetown University Law Center, J.D., 2011

Bar Admissions
- New York

Publications
- Michael Hausfeld and Swathi Bojedla, *The NFLPA's Potential Legal Liability to Former Players for Traumatic Brain Injury*, Concussions Litigation Reporter, Vol. 1, No. 1 (2012)
- Swathi Bojedla, *Is Major League Baseball's Antitrust Exemption in Jeopardy?*, ABA Antitrust Section Media & Technology E-Bulletin, Vol. 1, Iss. 3 (2013)

## Nathaniel Giddings

Nathaniel Giddings is an associate at Hausfeld LLP, where he focuses on financial services and antitrust law. He is currently working on several matters, including *In re Libor-Based Financial Instruments Antitrust Litigation*, MDL 2262, which alleges a conspiracy to suppress the London Inter-Bank Offered Rate by member banks on the U.S.-dollar LIBOR panel, and *MTB Investment Partners, LP v. Siemens Hearing Instruments*, which alleges a fraudulent scheme to drive down the price of HearUSA common stock in violation of federal securities laws. He is also involved in *Carlton Douglas Ridenhour ("Chuck D") v. UMG Recordings, Inc.*, alleging the underpayment of royalties owed to recording artists for digital downloads, and *Johnson's Village Pharmacy, Inc. and Russell's Mr. Discount Drugs, Inc. v. King Pharmaceuticals, Inc.*, alleging the unlawful exclusion of generic competition for the pharmaceutical drug Skelaxin (Metaxalone).

Prior to joining the firm, Nathaniel held positions with the USDA: Office of the General Counsel's Conservation and Environment and Marketing Divisions. He has also worked at the Wayne County Prosecutor's Office in Detroit, Michigan.

Education
- Michigan State University, James Madison College of Public Affairs, B.A., Political Theory and Constitutional Democracy, 2008
- The George Washington University Law School, J.D., 2011

Bar Admissions
- Illinois
- Northern District of Illinois
- District of Columbia

Affiliations and Honors
- Illinois State Bar Association
- American Bar Association
  - Section of Antitrust Law
  - Young Lawyers Division
- Senior Production Editor, *George Washington Journal of Energy and Environmental Law* (2010-2011)


Publications
- Nathaniel C. Giddings, Note, *Go Offshore Young Man! The Categorical Exclusion Solution to Offshore Wind Farm Development on the Outer Continental Shelf,* 2 GEO. WASH. J. ENERGY & ENVTL. L. 75 (2011)
- Nathaniel C. Giddings & Laurie Ristino, *Proposal: A Uniform Act for Wind Rights*, 8 A.B.A. SEC. ENV'T ENERGY & RESOURCES NEWSL. 1 (2011)

## Kristen Ward Broz

Kristen Ward Broz is an associate in the Washington, D.C. office of Hausfeld LLP.  Her practice focuses on complex litigation in the areas of antitrust, human rights, mass tort, consumer protection and intellectual property.

Ms. Broz currently represents Plaintiffs in *In re Chinese-Manufactured Drywall Products Liability Litigation*, who allege damages to their homes, personal property and bodies arising from defective drywall.  Hausfeld LLP, along with the Plaintiffs Steering Committee, recently succeeded in securing final approval of four class settlements totaling $17.4 million involving Venture Supply Chinese Drywall, used primarily in Virginia.

Ms. Broz is also involved in several other matters including, *In re South African Apartheid Litigation*, alleging that defendant multi-national corporations aided and abetted the commission of crimes against humanity by the security forces of the apartheid regime, *In re Honey Transshipping Litigation*, alleging an international scheme to purchase, package, ship, and sell illegally imported and fraudulently labeled honey from China in order to avoid paying U.S. antidumping duties, and *Stationary Engineers Local 39 Pension Trust Fund v. Bank of New York Mellon*, alleging damages resulting from defendant's practice of deceptively assigning fictitious foreign currency exchange rates to class members' purchases and sales of foreign securities.

Kristen graduated *cum laude* from the George Washington University Law School where she served as a research assistant to Professors Sonia Suter and Jerome Barron. While in law school, she clerked in the International Bureau of the Federal Communications Commission and the Office of General Counsel of the National Wildlife Federation.  Prior to attending law school, she worked as an academic coordinator and teacher trainer at Kaplan Test Prep & Admissions, where she managed the teaching staff and coordinated SAT and ACT programs in the D.C. metro area.

Education
- University of Virginia, B.A. English and History, 2006
- The George Washington University Law School, J.D., *cum laude*, 2011

Bar Admissions
- District of Columbia
- Virginia
- Eastern District of Virginia

Affiliations and Honors
- Adjunct Professor, Capitol College (Intellectual Property Law, Business Law, Law & the Internet) (2011 - present)
- Mid-Atlantic Regional Administrator, *Philip C. Jessup International Law Moot Court Competition* (2011 - present)
- Recipient of *Judge Albert H. Grenadier Award for Excellence in Oral Advocacy*
- *The George Washington International Law Review* (2009 - 2011)
- Third Place for Memorials, Mid-Atlantic Regional Round of the *2011 Philip C. Jessup International Law Moot Court Competition*
- Finalist, *Grenadier International Law Moot Court Competition* (2010)
- Member: Moot Court Board, Mock Trial Board, Alternative Dispute Resolution Board

Publications
- Michael Hausfeld and Kristen Ward Broz, *The Business of American Courts in Kiobel*, JURIST - Sidebar, October 2, 2012
- Mindy B. Pava and Kristen Ward Broz, *The Sixteenth FCC Mobile Wireless Competition Report*, AMERICAN BAR ASSOCIATION ANTITRUST SECTION MEDIA & TECHNOLOGY E-BULLETIN (May 2013) at 3
- Kristen M. Ward, *Telecommunications Law*, guide to international legal research, ch. 23 (Geo. Wash. Int'l Law Rev. ed., Matthew Bender 2011)
- Kristen M. Ward, Book Review of Tricia D. Olsen, Leigh A. Payne and Andrew G. Reiter, *Transitional Justice in Balance: Comparing Processes, Weighing Efficacy* (United States Institute of the Peace Press, 2010) Volume 43.1 of the *Geo. Wash. Int'l Law Rev*

# Mindy Pava

Mindy B. Pava joined the firm in 2012 as an associate after completing a judicial clerkship and is a member of the Antitrust/Competition, Mass Torts, and Sports and Entertainment practice groups.

Ms. Pava currently represents plaintiffs in a wide variety of cases, including *In re Polyurethane Foam Antitrust Litigation* (N.D. Ohio), where domestic purchasers are seeking redress for defendants' alleged price-fixing of polyurethane foam prices, and *In re New Jersey Tax Sales Certificates Antitrust Litigation* (D. N.J), where New Jersey taxpayers who became delinquent on their real property tax obligations and faced potential foreclosure are alleging a bid-rigging conspiracy related to the purchase of tax sale certificates at municipal auctions. Hausfeld LLP, along with co-counsel, has secured preliminary approval of six settlement agreements in the case thus far.

Ms. Pava is also involved in several other matters and represents the following plaintiffs:

- Pacific Northwest wheat farmers who filed the first class action against Monsanto Company over its release of unauthorized genetically-engineered wheat, which was discovered on an Oregon farm in April 2013 and caused several Asian countries to restrict wheat imports in summer 2013 (*Dreger Enterprises, et al. v Monsanto Co.*, 2:13-cv-00211, E.D. Wash.);

- Former NCAA football players who seek medical monitoring related to brain injuries and concussions caused by repeated head trauma (*Walker, et al. v. National Collegiate Athletic Association (NCAA)*, 1:13-cv-00293, E.D. Tenn.); and

- Direct purchasers of Korean noodles in the United States who seek redress for alleged price-fixing by defendants who artificially inflated the prices at which Korean noodles were sold (*The Plaza Company v. Nong Shim Co., et al*., 2:13-cv-05274, C.D. Cal.).

Additionally, Ms. Pava serves on Hausfeld LLP's South Africa new case team. She has worked in assisting the law firm of Abrahams Kiewitz of Capetown, South Africa in bringing groundbreaking class action litigation on behalf of bread consumers in the Western Cape province.

Prior to joining the firm, Ms. Pava served as a judicial law clerk to Judge Lawrence P. Fletcher-Hill in the Circuit Court for Baltimore City for the 2011-12 year. While attending the Emory School of Law, Ms. Pava interned for the corporate litigation division of The Coca-Cola Company's Legal Department and for the United States Department of Justice's Antitrust Division.

Before attending law school, Ms. Pava worked as a reporter for four years at newspapers including The Post and Courier (Charleston, South Carolina) and the Durham Herald-Sun.

Education
- Northwestern University, B.S. Journalism, 2004
- Emory University School of Law, J.D., *cum laude*, 2011

Bar Admissions
- District of Columbia
- Maryland

Affiliations and Honors
- Emory Law Dean's Book Award, Top Grade in Commercial Sales, Spring 2011
- Recipient of Emory Law's Debra Cohen de Rothschild Scholarship for trial advocacy skills
- Executive Symposium Editor, *Emory International Law Review* (2010 – 2011)
- Staff Member, *Emory International Law Review* (2009-2010)

Publications
- Mindy B. Pava, The Cuban Conundrum: Proposing an International Registry for Well-Known Marks, 25 Emory Int'L L. Review 631 (2011)
- Mindy B. Pava and Kristen Ward Broz, *The Sixteenth FCC Mobile Wireless Competition Report*, AMERICAN BAR ASSOCIATION ANTITRUST SECTION MEDIA & TECHNOLOGY E-BULLETIN (May 2013) at 3

# ANNEX 3
## *Hausfeld & Co. LLP*

**Hausfeld & Co LLP** is a leading litigation practice, based in the City of London. We specialise in competition (antitrust) litigation, complex commercial litigation, financial services disputes, consumer and human rights law, often with an international dimension. The firm looks to achieve the best possible results for clients through a practical and commercial approach, avoiding litigation where feasible, yet litigating robustly when necessary. We have extensive experience of alternative litigation funding structures thereby allowing clients maximum flexibility in terms of managing their exposure to costs risk. As a claimant practice, we are also typically "conflict-free", enabling us to take on matters such as claims against financial institutions or banks that other City law firms are often conflicted from acting on.

In appropriate cases, our team works closely with our associate firm, Hausfeld LLP, headquartered in Washington D.C., with offices in San Francisco and Philadelphia. This collaborative approach enables clients to benefit from the extensive knowledge and expertise of both teams. Our international capability, combined with close ties to other leading law firms in Europe, gives us the edge in tackling cross-jurisdictional disputes and negotiating global settlements.

## Primary Practice Areas

Competition (Antitrust) Litigation
Complex Commercial Litigation
Securities and Financial Services Litigation
Consumer Protection
Civil and Human Rights
Sports and Entertainment

## Examples of current cases

### Air Cargo

### The Cartel

The European Commission (EC) announced on 9 November 2010 its decision to fine 11 air cargo carriers a total of €799,445,000 for operating a worldwide cartel which affected cargo services within the European Economic area (EEA). Several known airlines are among the 11 undertakings fined, namely Air Canada, Air France-KLM, British Airways, Cathay Pacific, Cargolux, Japan Airlines, LAN Chile, Martinair, SAS, Singapore Airlines and Qantas. The cartel members coordinated various elements of price for a period of over six years, from December 1999 to 14 February 2006. The cartel arrangements consisted of numerous contacts between airlines, at both bilateral and multilateral level, covering flights from, to and within the EEA. There are other investigations concerning the cartel on record in the US, Canada, Australia, New Zealand, South Korea and South Africa. These foreign investigations have led to yet more fines being imposed on the 13 airlines implicated in the EC decision as well as on 12 additional airlines. Foreign investigations are ongoing.

### Our Actions

Hausfeld commenced proceedings against BA in the High Court in London on 18 September 2008 on behalf of two UK flower importers who are direct and indirect purchasers of air freight services,


the prices for which were inflated by the air cargo cartel between December 1999 and 14 February 2006 (the Emerald Action). Since then almost 300 claimants have been added to the Emerald Action, with many more now preparing to be added to the claim. Among them are companies listed in the Fortune Global 500 and Forbes Global 2000, as well as both Business Week and Interbrand 100 Best Global Brand.

The Emerald Action was commenced against BA on the basis of joint and several liability: that is on the basis that BA are liable for the whole loss arising from the cartel and not just the harm to their own customers. Consequently, BA has now added to the Emerald Action all of the co-cartelists which were named in the EC's decision. BA's move made the High Court in London the natural hub of all EU litigation in respect of the air cargo cartel as it is the first court seized of the matter. Proceedings are at present temporarily stayed pending the publication of the EC decision. Once it is published the Emerald Action will be able to proceed on a strong footing, as the EC decision is binding on the Court insofar as it relates to the named defendant air cargo carriers.

**Candle Wax**

**The Cartel**

In October 2008, the European Commission found that wax manufacturers from 9 corporate groups representing over 75% of the market had participated in illegal price fixing and market allocation for sales of paraffin wax and slack wax for periods between 1992 and 2005. The cartelists included companies from ExxonMobil, ENI, H&R/Tudapetrol, MOL, Repsol, RWE, Sasol, Shell and Total.

**Our Actions**

Proceedings were commenced against companies from the Shell and Exxon groups in the High Court in London in July 2009. On the principle that cartelists are jointly and severally liable for losses arising from the cartel, our clients seek to recover all their losses from Shell and Exxon without need to claim directly against the remaining members of the cartel. Contribution proceedings were commenced by Shell in November 2009 in which they claim a contribution to any judgment from all other participants in the cartel. Proceedings against both Shell and Exxon are currently stayed at the joint request of the parties.

**Carbon Graphite**

Hausfeld & Co, together with Spanish law firm Cuatrecasas Gonçalves Pereira, are acting for a number of European rail companies against a number of defendants: Morgan Crucible Company plc; Schunk GmbH; SGL Carbon AG; Mersen SA (formerly Le Carbone Lorraine SA); and Hoffman & Co. Elektrokohle AG, further to their involvement in the Carbon Graphite Cartel. The Cartel affected the European market, worth around €290 million a year, over an eleven year period.

**The Cartel**

In December 2003 the European Commission imposed fines totaling €101m on five corporate groups for operating a cartel which affected the market for electrical and mechanical carbon and graphite products throughout Europe between 1988 and 1999. A sixth company, Morgan Crucible, also participated in the cartel, but received immunity from fines for being the first to denounce the illegal behaviour to the Commission. The infringement decision by the Commission forms the basis of this



action against the cartelists, because in follow-on damages actions before national courts, a Commission decision is binding proof that the anti-competitive behaviour took place and was illegal.

**Our Actions**

Proceedings were brought in the UK Competition Appeal Tribunal in 2010. Morgan Crucible applied to have the claim struck out on the basis of a limitation argument. This issue is currently before the Court of Appeal with a decision expected imminently.

## Marine Hose

We are acting for an extensive group of purchasers of marine hoses, including some of the biggest oil companies in the world, to recover losses from a global cartel which inflated the price of marine hoses. Marine hoses are specialist oil industry products used to load sweet or processed crude oil and other petroleum products from offshore facilities (for example buoys, floating production storage and offloading systems) onto vessels and to offload them back to offshore or onshore facilities (for example buoys or jetties).

**The Cartel**

In 2009, the European Commission found that a number of manufacturers of marine hoses (Bridgestone Corporation, Bridgestone Industrial Ltd, The Yokohama Rubber Company Limited, Dunlop Oil & Marine Limited (including ContiTech AG andContinental AG) Trelleborg Industrie SAS, Trelleborg AB, Parker ITR Srl, Parker Hannifin Corporation, and Manuli Rubber Industries SpA) had conspired between at least 1986 and 2008 to allocate tenders, fix prices, fix quotas, fix sales conditions, share geographic markets and exchange sensitive information on prices, sales volumes and procurement tenders.

**Our Actions**

Proceedings were commenced against Dunlop Oil & Marine Limited in the London High Court in July 2009 by Waha Oil Company seeking damages. Waha subsequently commenced further actions against Trelleborg and Bridgestone for recovery of damages in December 2010. Previously, in 2009 Hausfeld & Co LLP announced a groundbreaking global settlement agreement with Parker ITR regarding its involvement in the marine hose cartel. The settlement allows any purchaser of marine hose from Parker ITR anywhere in the world, other than direct purchasers of marine hose in US commerce, to claim compensation in respect of losses arising from the cartel, irrespective of where they reside or where the marine hose was purchased from.

### Legal expenses insurance and funding

The EU estimates that the actions of illegal cartels cost businesses €2-3bn every year. Companies that suffer losses from cartel price-fixing and other anti-competitive practices deserve compensation but are sometimes deterred from action by the costs of litigation. To overcome this obstacle, Hausfeld & Co. works with insurers and third party litigation funders to develop innovative funding mechanisms that minimise the financial risks of seeking compensation.

- The firm helps put in place "After the Event" litigation insurance cover to protect claimants against the risk of having to pay the defendant's costs if the claim was not successful. Claimants are liable for the insurance premium only at the end of the case and where it is successful.
- Hausfeld & Co. is prepared to provide its services on a conditional "success only" basis whereby the firm is only paid its legal fees if the claim succeeds.
- Options are also available to arrange for third party funders to assist in funding the legal expenses of bringing a claim such as the costs of expert economists.
- This combination provides a unique opportunity for victims of cartels to seek compensation without the usual costs and cost risks of litigation.

The firm focuses on cartel cases where a competition authority or court has already found the cartelists to be liable or is highly likely to do so. The firm uses this decision as the basis for "follow on" claims by claimants either individually or on a group basis in national courts in the EU; these courts must apply the decision and find the cartelists liable for the infringement.

Hausfeld & Co works with expert economists and forensic accountants to establish that the cartelists' illegal behavior caused losses to claimants and to quantify that loss. The firm will only advises clients to proceed with a claim that its attorneys think has good prospects of success and where they believe that the insurance in place is sufficient to cover the risks that may arise in bringing the claim.

## Hausfeld & Co LLP Attorneys

### Anthony Maton

Anthony Maton is Managing Partner of Hausfeld & Co LLP, specialising in competition and financial services litigation. He has extensive experience of complex international dispute resolution including litigation, arbitration and mediation in a number of different jurisdictions. He has acted for Governments, in regulatory investigations, for multinationals and for private business, and has worked in the USA and extensively throughout Europe, the Middle East and the Gulf.

Mr. Maton is a Solicitor with over 15 years experience, having been a Partner in McGrigors and an Associate at Slaughter & May. During this time, he worked in connection with many of the City's financial services scandals (BCCI, Barings, the Co-op and AIG).

He is a member of the Chartered Institute of Arbitrators (having arbitrated under many rules including the LCIA, ICC and LME), an accredited Mediator and former Secretary and present Committee Member of the London Solicitors Litigation Association.

His recent experience includes acting in the Air Passenger settlement against BA/Virgin, acting against BA in the London arm of the global air cargo cartel litigation being run by Hausfeld, developing the Cartel Key funding methodology for cartel claims in the London Court and acting on the Parker Settlement in the Marine Hose cartel.

He has a first class Honours Degree in Modern History from the University of Oxford and has regularly spoken at conferences and seminars both in the UK and abroad.

## Lianne Craig

Lianne Craig is a Partner at Hausfeld & Co LLP in London. She advises on complex dispute resolution across a range of sectors, with particular expertise in corporate and commercial disputes and financial services. Much of her caseload is international or multi-jurisdictional in nature, with her experience spanning cases which have gone to full trial, to applications for injunctive or other interlocutory relief, usually in the Chancery Division or Commercial Court of the High Court in England and Wales. She is also experienced in arbitration and mediation.

Ms. Craig has acted for multinational corporations, SMEs, financial institutions, private equity and hedge fund investors and private individuals. She was involved in a number of heavyweight cases arising from the collapse of Lehman Brothers and has advised on a wide range of litigation matters including shareholder disputes (including warranty claims); general commercial disputes arising out of issues such as breach of contract, misrepresentation and breach of fiduciary duty; bondholder disputes; claims arising out of loan, structured finance and derivatives transactions; and cases involving involving large scale fraud and mis-selling of investments. Ms Craig routinely provides clients with advice and assistance in relation to the enforcement of foreign judgments and arbitral awards as well as obtaining evidence for use in foreign proceedings.

Since joining Hausfeld & Co in 2010, Ms. Craig has been heavily engaged in a number of follow-on damages claims for breaches of competition law.

Prior to joining the firm, Ms. Craig was a Senior Associate at Weil, Gotshal & Manges, before which she trained and qualified at Clifford Chance LLP.

Ms. Craig has a strong commitment to human rights and to pro bono work. She has worked pro bono for clients ranging from private individuals to UK charities and international NGOs.

She is a graduate of the University of Aberdeen (First Class LLB (Hons) with Belgian Law) and is fluent in Spanish, as well as speaking French to an advanced level.

## Nicola Boyle

Nicola Boyle is a partner at Hausfeld & Co LLP in London. She joined the firm in October 2009 and is currently working on a number of competition, consumer and financial service complaints, seeking recovery on behalf of both businesses and individuals.

Ms. Boyle previously worked in the dispute resolution team at McGrigors. She has represented multi-nationals, private businesses, and individual claimants in a wide range of complex disputes, including product liability, professional negligence and a number of disputes in the financial services and energy sectors, . She is experienced in and a keen proponent of methods of alternative disputes resolution, having successfully resolved a number of complex multi-party disputes outside of the courts. She has also advised on a number of regulatory investigations and judicial review proceedings.


Ms Boyle holds an LLB (Hons) and LLM in European and Environmental law, and previously taught on the undergraduate course in European law at the University of Birmingham.

# Ingrid Gubbay

Ingrid Gubbay is a senior lawyer based at the London European office of Hausfeld & Co LLP. Ingrid practices competition litigation, and leads the London Consumer and Human Rights law practices, acting and advising a number of international NGO's and charities, in actions including, on climate justice, the BskyB/Newscorp bid, and Indigenous land disputes with corporations. Prior to joining the firm, she was an Associate at the UK Financial Services Authority and later principal legal advisor of campaigns, at the largest Consumer Association in Europe, *Which?*

During her time at *Which?,* Ingrid worked closely with EU and UK regulators and enforcers, and conducted litigation under new collective action statutory powers including the UK's first competition representative action for damages on behalf of consumers: *JJB Sports v Consumer Association* (1078/7/9/07).

Ingrid has had a distinguished background in practice in Australia, where she worked with Australian Indigenous communities in setting up legal outreach offices and advocacy, and was head of consumer litigation for the Legal Aid Commission (NSW), running test cases and collective actions. In 2009, on the 30th anniversary of the ("LAC"), her small team were awarded 'most outstanding achievement in 30 years' for a flood insurance case involving thousands of declined claimants against 8 major insurers, which ultimately led to the appointment of the Australian Insurance Ombudsman.

Ingrid has written and presented on private enforcement for damages in competition/antitrust law, and lectured at the University of New South Wales, Australia, and the University of Essex, in tort, administrative and international human rights law. She has worked in China as part of a select EU delegation of human rights 'experts', and in 2004, she was consultant on the landmark UK Court of Appeal case of *"B" & ORS V FCO* on the question of whether and in what circumstances the Human Rights Act 1998, British Diplomatic and Consular officials are to afford diplomatic protection to fugitives whose fundamental rights are under threat.

She is a member of the British Institute of International and Comparative law (BIICL) and was an appointed member of the comparative law group of the UK Civil Justice Council (working on collective actions) from 2006-2009 and is a member of the UK solicitors international human rights group (SIHG).

# Tom Bolster

Tom Bolster is an associate at Hausfeld & Co LLP in London. He joined the firm in September 2011 and is currently assisting on a number of competition law matters, seeking recovery on behalf of both businesses and individuals. Tom focuses on competition and financial services litigation in England & Wales on behalf of claimants.

Tom previously worked at Hogan Lovells International LLP and trained at Baker & McKenzie. During this time he represented multi-nationals and individuals in a wide range of complex disputes in the


construction, insurance and manufacturing sectors. He is experienced in methods of alternative dispute resolution and has successfully negotiated and settled commercial disputes outside of the courts.

Tom has a strong commitment to human rights and refugee law. He acted for UNHCR in its intervention before the domestic and EU courts in the case of *Saeedi v Secretary of State for the Home Department*.

He is a graduate of King's College London (First Class LLB (Hons) in English & French Law) and Univerisité Paris 1, Panthéon-Sorbonne (Maitrise en Droit). Tom is fluent in French, and speaks German to an advanced level.

## David Lawne

David Lawne joined Hausfeld & Co LLP as an associate in September 2011. David is currently working on a number of competition and financial services disputes.

David has experience acting on a wide range of international and domestic commercial disputes, including injunctive relief. In 2009 he worked as a Judicial Assistant to a High Court judge for a term of court, working on a complex conspiracy trial. In addition to his commercial experience, he has worked on a number of pro bono projects, including a placement as a legal assistant to the Ombudsman of Belize.

David graduated from the University of Warwick (First Class Hons) and trained at Dechert LLP. He speaks fluent Spanish.

## Victoria Yuan

Victoria Yuan is an associate at Hausfeld & Co LLP in London. Victoria joined the firm in April 2012 upon admission as a solicitor and is currently involved in a number of follow-on damages claims on behalf of claimants in England and Wales. Her practice includes both general commercial and competition litigation.

Victoria completed her training contract at Simmons & Simmons LLP in London. Her experience includes representing multinationals and individuals in a variety of complex international and domestic disputes in the High Court and Court of Appeal of England and Wales. Victoria also has experience of international arbitration.

During her training, Victoria spent six months on secondment to the Tokyo office assisting in corporate and commercial matters. She also worked in the Capital Markets and European Competition and Regulatory groups.

Victoria graduated from Jesus College, Cambridge University in Land Economy. She speaks fluent Chinese Mandarin, proficient Spanish and conversational Japanese.



## David Romain

David Romain is an associate at Hausfeld & Co LLP. Having interned with the firm in the summer of 2010 he rejoined the team upon admission as a solicitor in September 2012. David is currently working on a number of follow-on damages claims and two major financial services disputes on behalf of claimants in various jurisdictions.

David trained as a solicitor with Nabarro LLP where he gained experience of commercial litigation, intellectual property and competition law. During his training, David spent four months on secondment to the firm's Brussels office assisting on European Competition Law matters.

David read Spanish, Portuguese and Latin American Studies at The University of Manchester. He graduated with an honours degree and a distinction in spoken Portuguese. He then graduated from BPP Law School with distinctions in the Graduate Diploma in Law and the Legal Practice Course.

## Andrew B. Bullion

Hausfeld & Co LLP is the market leading specialist litigation firm in the area of competition law in Europe. Hausfeld are recognised for its pioneering work in competition litigation, in particular bringing damages actions on behalf of companies that have suffered losses as a result of cartel conduct. Hausfeld regularly acts for some of the world's largest organisations.

Private enforcement of competition law has become a key policy objective both at European and UK level. Hausfeld have been at the forefront of its development. Despite the limitations in the current legislative and procedural framework, Hausfeld have consistently delivered innovative strategies that enable corporates to join together and pursue damages actions for the recovery of substantial sums. Hausfeld are involved in some of the largest and most complex litigation matters before the courts both in the UK and Europe, and have brought more competition damages actions than any other firm in Europe. Hausfeld also bring an innovative and truly flexible approach to engagement structures, which was recognised by the Financial Times in naming them as the Most Innovative Law Firm in Dispute Resolution for 2013. Hausfeld are able to offer clients cost and risk free funding models, that allow them to pursue claims without financial risk. In allowing companies to run litigation in this way, Hausfeld have helped many of their clients turn in-house legal departments into revenue generators.

# ANNEX 4
## Recent Publications

"The LIBOR Scandal and Calls for Regulation." By Lianne Craig and Gurpreet Chhokar. *ABA Section of International Law, Europe Update,* Issue 3, February 2013

"The Business of American Courts in Kiobel v. Royal Dutch Petroleum." By Michael Hausfeld and Kristen Ward. *Jurist – Sidebar,* October 2012

"Prosecuting Class Actions and Group Litigation." By Michael Hausfeld and Brian Ratner, et al., *World Class Actions*, Ch. 26., September 2012

"Private Enforcement of Antitrust Law in the United States, A Handbook – Chapter 4: Initiation of a Private Claim." By Michael Hausfeld and Brent Landau, et al., 2012

"The Importance of Private Competition Enforcement in Europe." By Michael D. Hausfeld. *Competition Law International*, Vol. 8, Issue 2, August 2012

"The NFLPA's Potential Legal Liability to Former Players for Traumatic Brain Injury." By Michael D. Hausfeld and Swathi Bojedla. *Hackney Publications: Concussion Litigation Reporter,* Vol. 1, No. 1, July 2012

"CAT-astrophe: The Failure of "Follow-On" Actions." By Michael D. Hausfeld, Brent W. Landau, Sathya S. Gosselin. American Bar Association's International Cartel Workshop, February 2012

"The Novelty of *Wal-Mart v. Dukes*." By Brian A. Ratner and Sathya S. Gosselin. *Business Torts & RICO News*, American Bar Association, Business Torts & Civil RICO Committee, Vol. 8, Issue 1, Fall 2011.

"Private Enforcement in Competition Law: An Overview of Developments in Law and Practice in the US and Europe." By Michael D. Hausfeld and Ingrid Gubbay, Bergamo University, July 2011

"The Contingency Phobia - Fear without Foundation." By Michael D. Hausfeld, Michael Lehmann, Spencer Jenkins & Nick Morgan. *Global Competition Litigation Review.* 2011.

"Twombly and Antitrust Class Action Plaintiffs." By Michael Lehmann. *Law360.* January 27, 2011.

"E-Discovery Today: The Fault Lies Not In Our Rules." William Butterfield, Megan Jones, Hilary Scherrer, Ralph Bunche, Melinda Coolidge, Faris Ghareeb & Sathya Gosselin (with co-authors from Milberg LLP). 2011 FED. CTS. L. REV. 4. February 2011.

"Has *Hydrogen Peroxide* Really Made Antitrust Class Certification More Difficult?" By Brent W. Landau. *The Antitrust Practitioner*, ABA Section of Antitrust Law Civil Practice and Procedure Committee, Vol. 7, Oct. 2010.

"The Rise of Public Cartel Enforcement and the Seeds of Potential Decline." By Michael D. Hausfeld (and L. Geelhand). *International Competition Law Forum*, Volume 12. Current Developments in European and International Competition Law: 17th St. Gallen International Competition Law Forum ICF 2010.

"Giving Electronic Discovery a Chance to Grow Up." By Megan E. Jones. *The National Law Journal*. December 14, 2009.

"Liberalizing Rule 27 in the Twombly/Iqbal Era." By James J. Pizzirusso. *Law360*. November 11, 2009.

"Twombly, Iqbal And the Prisoner's Pleading Dilemma." By Michael D. Hausfeld, Michael P. Lehmann, and Spencer Jenkins. *Law360*. October 20, 2009.

"Competition Law Claims: A Developing Story." By Michael D. Hausfeld and Vincent Smith. *European Antitrust Review*. September 2009.

"Global Enforcement of Anticompetitive Conduct." By Michael D. Hausfeld. *The Sedona Conference Journal*. Fall 2009.

"Observations from the Field: ACPERA's First Five Years." By Michael D. Hausfeld, Michael P. Lehmann, and Megan E. Jones. *The Sedona Conference Journal*. Fall 2009.

"The Value of ACPERA." By Michael D. Hausfeld. *CompetitionLaw 360*. June 2009.

"Response to EU Commission Green Paper on Consumer Collective Redress." By Ingrid Gubbay and Vincent Smith. February 2009.

"Private Enforcement Claims: Are They a Risk for Consumers and Businesses?" By Ingrid Gubbay and Anthony Maton. Competition Law Insight. January 2009.

"Collective Redress for Competition Law Claims." By Michael D. Hausfeld and Vincent Smith. *European Antitrust Review*. September 2008.

"Managing Multi-District Litigation." By Michael D. Hausfeld and Michael P. Lehmann. *Antitrust Review of the Americas*. September 2008.

"A Victim's Culture." By Michael D. Hausfeld and Andrea Hertzfeld. *European Business Law Review*. December 2007.

***Links to many of the publications above can be found at www.hausfeldllp.com/pages/articles***

# ANNEX 5

*Hausfeld LLP Offices*

**Washington, DC**

202.540.7200 ph
202.540.7201 fax
1700 K Street, NW Suite 650
Washington, DC 20006

**Philadelphia**

215.985.3270 ph
215. 985.3271 fax
1604 Locust St, 2nd floor
Philadelphia, PA 19103

**San Francisco**

415.633.1908 ph
415.358.4980 fax
44 Montgomery Street, Suite 3400
San Francisco, CA 94104

**Hausfeld & Co. LLP - London**

(00 44) 20 7665 5000 ph
(00 44) 20 7665 5001 fax
12 Gough Square
London
EC4A 3DW

***For more information about the firm please visit www.hausfeldllp.com or www.hausfeldllp.co.uk***

4811-1240-6549, v. 1