ROBBINS GELLER RUDMAN
  & DOWD LLP
BONNY E. SWEENEY (176174)
CARMEN A. MEDICI (248417)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re NCAA STUDENT-ATHLETE NAME & LIKENESS LICENSING LITIGATION | No. 4:09-cv-01967-CW |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | DECLARATION OF BONNY E. SWEENEY IN SUPPORT OF PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES/CHARGES AND FOR TAXABLE COSTS |
| ALL ACTIONS. | |

964375_1

I, Bonny E. Sweeney, declare as follows:

1. I am a partner in the law firm of Robbins Geller Rudman & Dowd LLP ("Robbins Geller"), counsel for Plaintiffs and the Class. I submit this declaration in support of Plaintiffs' Motion for an Award of Attorneys' Fees and Expenses/Charges and for Taxable Costs (hereafter, "Motion").

**Attorneys' Fees**

2. As summarized in Exhibit A, my firm has expended 2,491.15 hours in professional services in the prosecution of this case from inception through August 20, 2014, resulting in a lodestar total of $1,026,373.50.

**Litigation Activities**

3. During the course of this litigation, Robbins Geller has been involved in the following activities on behalf of Plaintiffs and the Class: Document review, analysis and coding; preparation of memos based on document review; training of document reviewers and assignments of document review; depositions and deposition preparation; expert and witnesses interviews; trial preparation; hosting and management of case document database.

4. Exhibit A shows, for each professional timekeeper, the number of hours expended, the hourly rate, and the position held (for example, partner, associate, litigation support staff, or paralegal). This exhibit was prepared from contemporaneous, daily time records regularly prepared and maintained by my firm. The hourly rates for the partners, associates and professional support staff in my firm included in Exhibit A are the same as the usual and customary hourly rates these timekeepers charged for their services in similar complex class action litigation matters at the time they performed these services.

**Litigation Team**

5. Bonny E. Sweeney has practiced law since 1988 and has specialized in the litigation of antitrust class actions since 1996. She has been a partner at Robbins Geller since the firm's founding in 2004. In this litigation, Ms. Sweeney assisted in formulating litigation and discovery strategy, worked with expert witnesses, and assisted in trial preparation. Ms. Sweeney has litigated many antitrust class actions and has received numerous awards for her representation of clients in

1  antitrust cases. In 2014, Ms. Sweeney was named to the *Daily Journal's* <u>Annual List of 100 Leading
2  Women Lawyers in California</u>. She previously served as Chair of California's Antitrust and Unfair
3  Competition Law Section and currently serves on the Advisory Boards of the American Antitrust
4  Institute and the Institute for Consumer Antitrust Studies. Ms. Sweeney is a frequent lecturer on
5  antitrust law, and has published several articles, contributed to books and treatises, and testified
6  before the California Judiciary Committee and the California Senate on antitrust topics. She has
7  served as lead or co-lead counsel in multi-district antitrust class actions in federal courts around the
8  country, including *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litig.*
9  (E.D.N.Y.), which resulted in the largest-ever private antitrust settlement (totaling more than $5
10 billion). She also was one of the trial lawyers in *Law v. NCAA/Hall v. NCAA/Schreiber v. NCAA* (D.
11 Kan.), in which the jury awarded $67 million to three classes of college coaches.

12       6.       Carmen A. Medici is an associate who has practiced law since 2007. He focuses his
13 practice on antitrust litigation and has participated in the prosecution of several significant cases,
14 including *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litig.* (settlement
15 totaling more than $5 billion); *Lincoln Adventures, LLC v. Those Certain Underwriters at Lloyd's
16 London* (pending); *In re Apple iPod iTunes Antitrust Litig.* (pending); and *In re Aluminum
17 Warehousing Antitrust Litig.* (pending). In this litigation, Mr. Medici assisted in the drafting of
18 discovery, prepared for and took depositions, reviewed documents, assigned document review to
19 team members, worked with experts, and assisted in trial preparation.

20       7.       Two staff attorneys, Claudia Y. Arzaga and Nathan Ledyard, reviewed documents
21 produced by the NCAA and by third parties. Ms. Arzaga graduated from Texas Tech School of law
22 in 2007 and focuses her practice on antitrust, consumer and securities fraud. Mr. Ledyard graduated
23 from The University of San Diego School of Law in 2006. He has worked at Robbins Geller since
24 2008, where he has focused on antitrust class action litigation and unfair competition law.

25       8.       Three members of Robbins Geller's litigation support team, Craig Price, Brad Freer,
26 and Donald Young, worked to manage the Relativity case document database that was hosted by the
27 firm. Their services included loading document productions, troubleshooting document production
28 issues, creating targeted searches, working with the attorneys to establish document production and

964375_1   DEC OF BONNY E. SWEENEY ISO PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS'
           FEES AND EXPENSES/CHARGES AND FOR TAXABLE COSTS - 4:09-cv-01967-CW         - 2 -

1 document review protocols, and generally maintaining and administering all aspects of the Relativity environment. Mr. Price is a "Relativity Certified Administrator" and has worked in litigation support for 4 years. He has worked in information technology for nine years. Mr. Freer has provided litigation support services at Robbins Geller since 2008, and has worked in litigation support and information technology for six years. Mr. Young has worked in litigation support for more than twelve years.

9. Also a member of the litigation support department, Michael Torres has worked for Robbins Geller or its predecessor firm for more than 20 years. As the firm's Trial Support Manager, he is a Trial Director Certified Trainer and has been involved in 25 trials in all areas of the firm's practice including Securities, Antitrust, Consumer, Patent and Derivatives. While specializing in graphic design, Powerpoint and courtroom technology presentations, in this litigation, Mr. Torres prepared and edited video deposition clips for possible use at trial.

10. Karen Cook is a paralegal who has worked for Robbins Geller or its predecessor firm for more than 26 years. She has extensive experience in all aspects of pre-trial and trial practice in complex class action, antitrust and consumer litigation. Ms. Cook's experience includes assisting lead counsel before and during trial in *Law v. NCAA/Hall v. NCAA/Schreiber v. NCAA* (D. Kan.).

**Expenses Compensable Under the Clayton Act**

11. As summarized in Exhibit B, Robbins Geller seeks recovery of a total of $254,627.11 in expenses and charges ("expenses") which are compensable under the Clayton Act. These expenses, which were incurred by Robbins Geller in connection with its performance of work in this litigation between inception and August 20, 2014 (as described in this Declaration), are the kinds of expenses that would be paid by a client that had retained the firm to perform services on an hourly basis. They include computerized legal research, attorney travel, photocopying, overnight mail, attorney service charges, messenger charges, and charges arising from Robbins Geller's role as host of the case document database. Copies of invoices, which in many instances would require time-consuming redactions where charges related to other cases appear on the same pages, are available at the Court's request. These expenses are not compensable under Federal Rule of Civil Procedure 54 and Northern District of California Local Rule 54-3 (together "Rule 54").

1        (a)     **Transportation, Hotels & Meals**: Robbins Geller incurred $8,076.60 in expenses for transportation, hotels and out-of-town meals required for attendance at counsel meetings, court appearances, witness interviews and preparation, and depositions.

       (b)     **Photocopies**: Robbins Geller incurred $4,967.75 in expenses for in-house photocopies.

       (c)     **Postage**: Robbins Geller incurred $52.56 in expenses for postage.

       (d)     **Telephone/Facsimile**: Robbins Geller incurred $220.35 in expenses for telephone and facsimile.

       (e)     **Messenger/Delivery Services**: Robbins Geller incurred $861.85 in expenses for messenger services, attorney services charges, and overnight delivery services.

       (f)     **Online Legal and Financial Research**: Robbins Geller incurred $3,097.45 in online legal research.

       (g)     **ESI Expenses**: Robbins Geller requests $254,627.11 for the hosting and management of its Relativity database (Robbins Geller undertook this obligation in lieu of making contributions to the litigation fund.) Because of the number of components that are part of a database management system (*i.e.*, hardware, software, license/access fees, etc.) and the difficulty of allocating a portion of the cost of each component, some of which are multi-year costs, the amount requested is a discounted market rate estimate of what the database management services used in this action would have cost Plaintiffs and the Class if performed by a third party. In the last ten years, electronic discovery has transformed litigation practices and enabled the preservation, collection, production, and review of vast quantities of documents far more efficiently and cost-effectively than was previously possible. Historically, Robbins Geller retained the services of third-party providers to assist with the storage, analysis, printing, and review of electronic discovery. However, in the last several years, Robbins Geller has undertaken much of this work in-house through the use of the Relativity system. Relativity is offered by over 130 vendors and is currently being used by all of the AmLaw 100 law firms. Robbins Geller's Relativity system consists of over 20 servers and currently consumes approximately 50 Terabytes of storage all located in a SSAE 16 Type II data center. Robbins Geller has another 50 Terabytes of storage which serves as our back up in a separate

location with automatic replication. Robbins Geller's Relativity system allows users to securely login, view, search, download, code, and analyze documents produced in this (and other) litigation from any Microsoft Windows-based computer with an internet connection. Using an in-house system allows Robbins Geller to prosecute actions more efficiently, gives greater control over security infrastructure, backups and has reduced the time and expense associated with maintaining electronic discovery databases. The amount requested reflects charges for the management of the database of more than 1,495,877 million pages of documents produced by Defendants and non-parties in this action. Robbins Geller charges $15 per Gigabyte per month for maintaining and utilizing its Relativity system. This rate was developed by Robbins Geller after a review of market rates charged for the same services performed by third-party vendors as well as other law firms. During this review, Robbins Geller found that these vendors and law firms were charging between approximately $10 and $25 per gigabyte per month for the same services in addition to user fees ranging from $70-$100 per user per month. For a similar size data set as the one in this case, the rate set forth here reflects the lowest rate of any comparable service found by Robbins Geller during this review with the additional savings of no user fees.

**Taxable Costs**

12. As summarized in Exhibit C, between inception and August 20, 2014, my firm has also incurred and paid a total of $46.00 in expenses which are compensable as taxable costs under Rule 54. These expenses include filing fees paid in connection a motion to compel filed against a non-party located in New York state. Robbins Geller's accounting records reflecting these expenses is attached as Exhibit D. Copies of invoices are available at the Court's request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct. Executed on this 22nd day of August, 2014 at San Diego, California.

*/s/ Bonny E. Sweeney*
BONNY E. SWEENEY

# EXHIBIT A

# EXHIBIT A

## NCAA II
## Robbins Geller Rudman & Dowd LLP
Historical Time Report - Inception through August 20, 2014

| NAME | | HOURS | LODESTAR |
|---|---|---:|---:|
| Sweeney, Bonny | (P) | 172.75 | 132,072.50 |
| Medici, Carmen | (A) | 1,390.25 | 573,273.75 |
| Arzaga, Claudia | (SA) | 21.00 | 7,665.00 |
| Ledyard, Nathan | (SA) | 596.75 | 223,461.25 |
| Freer, Brad | (LS) | 70.25 | 18,812.50 |
| Price, Craig | (LS) | 88.50 | 23,955.00 |
| Torres, Michael | (LS) | 41.95 | 15,102.00 |
| Young, Donald | (LS) | 13.70 | 3,711.50 |
| Cook, Karen E. | (PL) | 96.00 | 28,320.00 |
| **TOTAL** | | **2,491.15** | **$ 1,026,373.50** |

(P) Partner
(A) Associate
(SA) Staff Attorney
(LS) Litigation Support

# EXHIBIT B

# EXHIBIT B

## NCAA II

**Robbins Geller Rudman & Dowd LLP**
Expenses/Charges Compensable Under the Clayton Act - Inception through August 20, 2014

| CATEGORY | TOTAL |
|---|---:|
| Transportation, Hotels & Meals | $ 8,076.60 |
| Photocopies (19,871 copies @ $0.25 per page) | 4,967.75 |
| Postage | 52.56 |
| Telephone, Facsimile | 220.35 |
| Messenger, Overnight Delivery, Attorney Service | 861.85 |
| Online Legal and Financial Research | 3,097.45 |
| Database Management Charges | 237,350.55 |
| *TOTAL* | $ *254,627.11* |

# EXHIBIT C

# EXHIBIT C

## NCAA II

**Robbins Geller Rudman & Dowd LLP**
Taxable Costs - Inception through August 20, 2014

| CATEGORY | TOTAL |
|---|---|
| Filing Fees | 46.00 |
| **TOTAL** | **$ 46.00** |

# EXHIBIT D

EXHIBIT  D

## NCAA II
Robbins Geller Rudman & Dowd LLP
Taxable Costs Detail - Inception through August 20, 2014

| Date | Name | Title | Description | Chart Description | Amount | Narrative |
|---|---|---|---|---|---|---|
| 01/05/12 | GONZALES, DAWN | SECRETARY | Filing Fees | Taxable Costs - Filing Fee | 46.00 | FILING FEES Filing Fees - Payment to: CLERK OF THE COURT |
| | | | TOTAL | | 46.00 | |