| | |
|---|---|
| MICHAEL D. HAUSFELD (*pro hac vice*) <br> mhausfeld@hausfeldllp.com <br> HILARY K. SCHERRER (SBN 209451) <br> hscherrer@hausfeldllp.com <br> SATHYA S. GOSSELIN (SBN 269171) <br> sgosselin@hausfeldllp.com <br> SWATHI BOJEDLA <br> sbojedla@hausfeldllp.com (*pro hac vice*) <br> HAUSFELD LLP <br> 1700 K Street, NW, Suite 650 <br> Washington, D.C.  20006 <br> Telephone:     (202) 540-7200 <br> Facsimile:      (202) 540-7201 | GLENN D. POMERANTZ (SBN 112503) <br> glenn.pomerantz@mto.com <br> KELLY M. KLAUS (SBN 161091) <br> kelly.klaus@mto.com <br> ROHIT K. SINGLA (SBN 213057) <br> rohit.singla@mto.com <br> CAROLYN HOECKER LUEDTKE (SBN 207976) <br> carolyn.luedtke@mto.com <br> MUNGER, TOLLES & OLSON LLP <br> 560 Mission Street, Twenty-Seventh Floor <br> San Francisco, California 94105-2907 <br> Telephone:     (415) 512-4000 <br> Facsimile:      (415) 512-4077 |
| MICHAEL P. LEHMANN (SBN 77152) <br> mlehmann@hausfeldllp.com <br> BRUCE J. WECKER (SBN 78530) <br> bwecker@hausfeldllp.com <br> HAUSFELD LLP <br> 44 Montgomery Street, Suite 3400 <br> San Francisco, California  94104 <br> Telephone:     (415) 633-1908 <br> Facsimile:      (415) 358-4980 | GREGORY L. CURTNER (*Pro Hac Vice*) <br> gcurtner@schiffhardin.com <br> ROBERT J. WIERENGA (SBN 183687) <br> rwierenga@schiffhardin.com <br> SCHIFF HARDIN LLP <br> 350 Main St., Suite 210 <br> Ann Arbor, MI  48104 <br> Telephone:     (734) 222-1500 <br> Facsimile:      (734) 222-1501 |
| *Class Counsel* | *Attorneys for Defendant* <br> *National Collegiate Athletic Association* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| EDWARD C. O'BANNON, JR. on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL COLLEGIATE ATHLETIC ASSOCIATION (NCAA); ELECTRONIC ARTS, INC.; and COLLEGIATE LICENSING COMPANY, <br><br> Defendants. | Case No. 09-cv-3329-CW <br><br> **STIPULATION AND [PROPOSED] ORDER ENLARGING TIME FOR PLAINTIFFS' BILL OF COSTS AND MOTION FOR ATTORNEYS' FEES AND RESPONSE** <br><br> Judge:         Hon. Claudia Wilken <br> Crtrm:        2, 4th Floor |

WHEREAS, on August 8, 2014, the Clerk of the Court entered judgment in favor of Plaintiffs following the Court's Findings of Fact and Conclusions of Law;

WHEREAS, Civil Local Rule 54 required Plaintiffs to file their bill of costs and motion for awards of attorneys' fees within fourteen days of entry of judgment, absent a Court order enlarging the deadlines;

WHEREAS, Plaintiffs and the National Collegiate Athletic Association (the "NCAA") previously agreed that the breadth and scope of this litigation necessitates additional time for Plaintiffs to prepare their bill of costs and motion for an award of attorneys' fees and for the NCAA to respond;

WHEREAS, Plaintiffs and the NCAA were unable to reach agreement by stipulation to an extension of the deadlines set forth in Civil Local Rules 54-1(a) and 54-5(a), leading to administrative motion practice for the purpose of securing an extension for both parties (Dkt. Nos. 297, 301);

WHEREAS, so as to comply with Civil Local Rules 54-1(a) and 54-5(a) absent a Court order, Plaintiffs filed their Bill of Costs and Motion for Attorneys' Fees and Costs on August 22, 2014, reserving all rights to amend and supplement those submissions;

**IT IS HEREBY STIPULATED AND AGREED THAT:**

1. Plaintiffs shall file an amended bill of costs and amended motion for attorneys' fees and costs no later than October 21, 2014, which will include daily time reports from timekeepers, submitted under seal. Plaintiffs shall provide the same daily time reports from timekeepers to the NCAA no later than October 21, 2014, with any necessary redactions for privilege or work product.

2. The NCAA shall file its response no later than December 23, 2014.

3. Plaintiffs shall file any reply no later than January 23, 2015.

4. This order effectively extends the deadlines for the filing of bill of costs and motion for attorneys' fees set forth in Civil Local Rules 54-1(a) and 54-5(a) by 60 days and effectively

-1-   Case No. 09-cv-3329-CW

STIPULATION AND [PROPOSED] ORDER ENLARGING TIME FOR BILL OF COSTS AND MOTION FOR ATTORNEYS' FEES

extends the deadline for any objection to Plaintiffs' bill of costs and motion for attorney's fees set forth in Civil Local Rules 54-2(a) and 7 by 49 days.

5. Upon entry of this order, Plaintiffs' first Bill of Costs and Motion for Attorneys' Fees and Costs (Dkt Nos. 304, 305) will be withdrawn, without any waiver of costs, attorneys' fees, or expenses under this Court's Civil Local Rules, the Federal Rules of Civil Procedure, or the Clayton Act and without waiver of any objection or opposition by the NCAA.

Respectfully submitted,

HAUSFELD LLP

By: */s/ Sathya Gosselin*
Sathya S. Gosselin (SBN 269171)
*Class Counsel*
1700 K St. NW, Suite 650
Washington, DC 20006

Dated: August 28, 2014

SCHIFF HARDIN LLP

By: */s/ Gregory Curtner*
Gregory L. Curtner (*Pro Hac Vice*)
*Attorneys for Defendant NCAA*
350 Main St., Suite 210
Ann Arbor, MI 48104

Dated: August 28, 2014

**[PROPOSED] ORDER**

Pursuant to the stipulation of counsel, IT IS SO ORDERED.

Dated: 9/3/2014

The Honorable Claudia Wilken
Chief United States District Judge

-2-   Case No. 09-cv-3329-CW

STIPULATION AND [PROPOSED] ORDER ENLARGING TIME FOR BILL OF COSTS AND MOTION FOR ATTORNEYS' FEES

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification to the e-mail addresses registered.

By: <u>/s/ Sathya Gosselin</u>
Sathya S. Gosselin
*Class Counsel*
HAUSFELD LLP
1700 K St. NW, Suite 650
Washington, DC 20006