GLENN D. POMERANTZ (State Bar No. 112503)
glenn.pomerantz@mto.com
KELLY M. KLAUS (State Bar No. 161091)
kelly.klaus@mto.com
CAROLYN HOECKER LUEDTKE (State Bar No. 207976)
carolyn.luedtke@mto.com
ROHIT K. SINGLA (State Bar No. 213057)
rohit.singla@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

GREGORY L. CURTNER (*Pro Hac Vice*)
gcurtner@schiffhardin.com
ROBERT J. WIERENGA (State Bar No. 183687)
rwierenga@schiffhardin.com
KIMBERLY K. KEFALAS (*Pro Hac Vice*)
kkefalas@schiffhardin.com
SCHIFF HARDIN LLP
350 Main St., Suite 210
Ann Arbor, MI  48104
Telephone:     (734) 222-1500
Facsimile:     (734) 222-1501

Attorneys for Defendant
National Collegiate Athletic Association

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA,**
**OAKLAND DIVISION**

| | |
|---|---|
| EDWARD O'BANNON, et al., | Case No. 09-CV-3329-CW |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER AMENDING JUDGMENT [DKT. NO. 293] TO CERTIFY FINAL JUDGMENT UNDER RULE 54(b)** |
| v. | |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; ELECTRONIC ARTS, INC.; AND COLLEGIATE LICENSING COMPANY, | Judge:      Hon. Claudia Wilken |
| Defendants | |

24479952.1

1  WHEREAS, on August 8, 2014, the Court entered Judgment in favor of the Plaintiffs
2  against the Defendant National Collegiate Athletic Association (NCAA) [Dkt. No. 293], and
3  further clarified that Judgment by Order entered August 19, 2014 [Dkt. No. 298] (collectively, the
4  "Judgment"); and

5  WHEREAS, although the Court has finally resolved Plaintiffs' claims against the NCAA,
6  the Court has not yet finally approved the settlement of Plaintiffs' claims against Defendants
7  Electronic Arts, Inc. ("EA") and Collegiate Licensing Company ("CLC"), and therefore the
8  Judgment against the NCAA resolves claims against "fewer than all" parties to the case and does
9  not constitute a final judgment under Federal Rule of Civil Procedure 54(b); and

10  WHEREAS, although the NCAA has filed a notice of appeal [Dkt. No. 299], and the Court
11  of Appeals has jurisdiction under 28 U.S.C. § 1292(a)(1), over "orders … granting …
12  injunctions," and orders and decisions that are "inextricably bound up with the grant of the …
13  injunction," *see, e.g.*, *Paige v. State of Cal.*, 102 F.3d 1035, 1039 (9th Cir. 1996), § 1292(a)(1)
14  does not vest the Court of Appeals with jurisdiction to consider questions unrelated to the
15  permanent injunction; and

16  WHEREAS, as a result of the current posture of the Judgment, the NCAA may not appeal
17  the Judgment under 28 U.S.C. § 1291 until this Court certifies that judgment as final under Rule
18  54(b) or—likely several months from now, at least—enters final judgment on Plaintiffs' claims
19  against CLC and EA, thereby "adjudicating all the claims and all the parties' rights and liabilities."
20  Fed. R. Civ. P. 54(b).

21  NOW, THEREFOR, the parties stipulate that that Court's Judgment of August 8, 2014
22  [Dkt. No. 293], as clarified on August 19, 2014 [Dkt. No. 298], should be amended to provide that
23  the Judgment is CERTIFIED as a Final Judgment pursuant to Federal Rule of Civil Procedure
24  54(b), on the ground that there is no just reason for delay of the entry of final judgment as to all of
25  Plaintiffs' claims against the NCAA, as supported by the following considerations:

26  *First*, a Rule 54(b) certification promotes judicial efficiency. The Ninth Circuit already
27  has jurisdiction over the NCAA's appeal of this Court's order granting a permanent injunction and
28  related orders. *See* 28 U.S.C. § 1292(a)(1); *Paige*, 102 F.3d at 1039. A Rule 54(b) certification

1  would ensure that the Court of Appeals also has jurisdiction over any other issues relating to
2  Plaintiffs' claims against the NCAA.  Without a certification, the Ninth Circuit might have to
3  resolve two separate appeals relating to the same claims and parties.  *Second*, the Judgment
4  resolved all of Plaintiffs' claims against the NCAA.  Plaintiffs' claims against the only other
5  defendants, EA and CLC, are the subject of a settlement.  If the settlement receives final approval,
6  then there will not be any later appeal that shares common issues with an appeal taken now from
7  the judgment against the NCAA.  *Third*, the equities support entering partial final judgment under
8  Rule 54(b) because it is in the parties' interest to obtain a prompt and complete resolution of all
9  grounds for appeal through a single proceeding.

10  Accordingly, it is hereby stipulated by and between the parties that that Court's Judgment
11  of August 8, 2014 [Dkt. No. 293], as clarified on August 19, 2014 [Dkt. No. 298], is CERTIFIED
12  as a final judgment pursuant to Rule 54(b).

13  DATED:  September 4, 2014

| HAUSFELD LLP | MUNGER, TOLLES & OLSON LLP |
|---|---|
| By:  */s/ Sathya S. Gosselin*[*]<br>Michael D. Hausfeld (pro hac vice)<br>Hilary K. Scherrer (SBN 209451)<br>Sathya S. Gosselin (SBN 269171)<br>1700 K Street, NW, Suite 650<br>Washington, DC  20006<br>Telephone:     (202) 540-7200<br>Facsimile:       (202) 540-7201<br>E-mail:  *mhausfeld@hausfeldllp.com*<br>*hscherrer@hausfeldllp.com*<br>*sgosselin@hausfeldllp.com*<br><br>Michael P. Lehmann (SBN 77152)<br>Arthur N. Bailey, Jr. (SBN 248460)<br>44 Montgomery St., 34th Floor<br>San Francisco, CA 94104<br>Telephone:     (415) 633-1908<br>Facsimile:       (415) 358-4980<br>E-mail:  *mlehmann@hausfeldllp.com*<br>*abailey@hausfeldllp.com*<br><br>*Counsel for Antitrust Plaintiffs* | By:  */s/ Kelly M. Klaus*<br>Glenn D. Pomerantz (SBN 112504)<br>Kelly M. Klaus (State Bar No. 161091)<br>560 Mission Street, 27th Floor<br>San Francisco, CA  94105<br>Telephone:     (415) 512-4000<br>Facsimile:       (415) 512-4077<br>E-mail:  *Glenn.Pomerantz@mto.com*<br>*Kelly.Klaus@mto.com*<br><br>*Attorneys for Defendant National Collegiate Athletic Association* |

---

[*]  Signed with concurrence of signatories pursuant to Civil Local Rule 5-1(i).

| | |
|---|---|
| KEKER & VAN NEST LLP | KILPATRICK TOWNSEND & STOCKTON LLP |
| By: __/s/ R. James Slaughter*__<br>Robert Van Nest<br>R. James Slaughter<br>633 Battery Street<br>San Francisco, CA  94111<br>Telephone:     (415) 391-5400<br>Facsimile:      (415) 397-7188<br>E-mail: *rslaughter@kvn.com*<br>*rvannest@kvn.com*<br><br>*Attorneys for Defendant Electronic Arts, Inc.* | By: __/s/ Peter M. Boyle*__<br>William H. Brewster<br>R. Charles Henn, Jr.<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA  30309<br>Telephone:     (404) 815-6500<br>Facsimile:      (404) 815-6555<br>E-Mail: *bbrewster@kilpatricktownsend.com*<br>*chenn@kilpatricktownsend.com*<br><br>Peter M. Boyle<br>607 14th Street, NW, Suite 900<br>Washington, DC  20005<br>Telephone:     (202) 508-5831<br>Facsimile:      (202) 585-0057<br>e-Mail: *pboyle@kilpatricktownsend.com*<br><br>*Attorneys for Defendant Collegiate Licensing Company* |

## [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING THEREFOR, IT IS SO ORDERED.

Dated:   10/16/2014

_____

The Honorable Claudia Wilken

United States Chief District Judge

24479952.1

- 3 -

STIPULATION AND [~~PROPOSED~~] ORDER CERTIFYING FINAL JUDGMENT; 09-CV-3329-C