GLENN D. POMERANTZ (State Bar No. 112503)
glenn.pomerantz@mto.com
KELLY M. KLAUS (State Bar No. 161091)
kelly.klaus@mto.com
CAROLYN HOECKER LUEDTKE (State Bar No. 207976)
carolyn.luedtke@mto.com
ROHIT K. SINGLA (State Bar No. 213057)
rohit.singla@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077

GREGORY L. CURTNER (*Pro Hac Vice*)
gcurtner@schiffhardin.com
ROBERT J. WIERENGA (State Bar No. 183687)
rwierenga@schiffhardin.com
KIMBERLY K. KEFALAS (*Pro Hac Vice*)
kkefalas@schiffhardin.com
SCHIFF HARDIN LLP
350 Main St., Suite 210
Ann Arbor, MI  48104
Telephone:     (734) 222-1500
Facsimile:      (734) 222-1501

Attorneys for Defendant
National Collegiate Athletic Association

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA,**
**OAKLAND DIVISION**

| | |
|---|---|
| EDWARD O'BANNON, et al., | Case No. 09-CV-3329-CW |
| Plaintiffs, | **NOTICE OF APPEAL** |
| v. | Judge:          Hon. Claudia Wilken |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; ELECTRONIC ARTS, INC.; AND COLLEGIATE LICENSING COMPANY, | |
| Defendants | |

1  The National Collegiate Athletic Association, defendant in the above named case, appeals
2  to the United States Court of Appeals for the Ninth Circuit from:  (1) the judgment entered on
3  August 8, 2014, Dkt. No. 293, as clarified on August 19, 2014, Dkt. No. 298, and as amended and
4  certified on October 16, 2014, as a final judgment pursuant to Federal Rule of Civil Procedure
5  54(b), Dkt. No. 315, and any preceding, related, or underlying orders, rulings, findings, and
6  conclusions; and (2) the order granting a permanent injunction, Dkt. No. 292, as clarified on
7  August 19, 2014, Dkt. No. 298, and any preceding, related, or underlying orders, rulings, findings,
8  and conclusions.

10  Dated:   October 21, 2014              MUNGER, TOLLES & OLSON LLP

                                          By:   */s/ Glenn D. Pomerantz*
                                          GLENN D. POMERANTZ
                                          MUNGER, TOLLES & OLSON LLP
                                          560 Mission Street, 27th Floor
                                          San Francisco, CA  94105
                                          Telephone:     (415) 512-4000
                                          Facsimile:     (415) 512-4077
                                          E-mail:  *glenn.pomerantz@mto.com*

                                          *Attorneys for Defendant National Collegiate*
                                          *Athletic Association*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification to the e-mail addresses registered.

>By: */s/ Glenn D. Pomerantz*
>GLENN D. POMERANTZ
>MUNGER, TOLLES & OLSON LLP
>Attorneys for Defendant National Collegiate Athletic Association