MICHAEL D. HAUSFELD (*pro hac vice*)
mhausfeld@hausfeldllp.com
HILARY K. SCHERRER (SBN 209451)
hscherrer@hausfeldllp.com
SATHYA S. GOSSELIN (SBN 269171)
sgosselin@hausfeldllp.com
SWATHI BOJEDLA (*pro hac vice*)
sbojedla@hausfeldllp.com
HAUSFELD LLP
1700 K Street, NW, Suite 650
Washington, DC 20006
Telephone:     (202) 540-7200
Facsimile:      (202) 540-7201

MICHAEL P. LEHMANN (SBN 77152)
mlehmann@hausfeldllp.com
BRUCE J. WECKER (SBN 78530)
bwecker@hausfeldllp.com
HAUSFELD LLP
44 Montgomery Street, Suite 3400
San Francisco, California 94104
Telephone:     (415) 633-1908
Facsimile:      (415) 358-4980

*Plaintiffs' Class Counsel*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| EDWARD C. O'BANNON, JR. on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION (NCAA); ELECTRONIC ARTS, INC.; and COLLEGIATE LICENSING COMPANY,<br><br>Defendants. | Case No. 4:09-cv-3329 CW<br><br>**DECLARATION OF SATHYA S. GOSSELIN IN SUPPORT OF ANTITRUST PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL TIME-DETAIL EXHIBITS TO THE DECLARATIONS IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND EXPENSES**<br><br>Judge:          Hon. Claudia Wilken<br>Courtroom: Courtroom 2, 4th Floor<br>Trial:            June 9-27, 2014 |

1450401 1 - NCAA.NCAA

I, Sathya S. Gosselin, declare that the following is true:

I am an attorney admitted to practice law in the State of California and am a partner with the law firm of Hausfeld LLP, class counsel in this matter. I make this declaration of my own personal knowledge and, if called to do so, could testify competently as to the facts provided herein under oath.

1.  On October 21, 2014, Plaintiffs filed their Motion for Attorneys' Fees, Costs, and Expenses and a memorandum in support thereof.

2.  The declarations filed in support of Plaintiffs' Motion for Attorneys' Fees, Costs, and Expenses contain time-detail exhibits with specific descriptions of the work performed by Plaintiffs' legal counsel on behalf of Plaintiffs during the pendency of this case. As such, they reveal Plaintiffs' legal strategy in the case and likewise reveal other privileged or protected information that is shielded under the attorney-client privilege or work-product doctrine.

3.  Plaintiffs have prepared public versions of these declarations in which they have redacted in full the time-detail portions (while preserving all other information) and will file these versions as exhibits to declarations of counsel in the public record. The table below identifies the documents that have been modified for public filing:

| Document | Exhibit Number(s) |
|---|---|
| Declaration of William A. Isaacson | Exhibit 1, beginning with page 2 |
| Declaration of Jennifer W. Sprengel in Support of Plaintiffs' Petition for Attorneys' Fees and for Reimbursement of Expenses Filed on Behalf of Cafferty Clobes Meriwether & Sprengel LLP | Exhibit 4; Exhibit 5 |
| Declaration of Melissa H. Maxman | Exhibit A, beginning with Page 2; Exhibit B |
| Declaration of Daniel Cohen in Support of Cuneo, Gilbert & Laduca, LLP's Application for Attorneys' Fees and Reimbursement of Expenses | Exhibit 2, Pages 1-52 |
| Declaration of Peter Kohn in Support of Motion for Attorneys' Fees and Reimbursement of Expenses | Exhibit 2; Exhibit 3 |
| Declaration of Mila F. Bartos | Exhibit 2; Exhibit 4 |
| Declaration of Robert J. Wozniak | Exhibit A, Pages 9-83 and 85-143 |

1450401.1 - NCAA.NCAA

| | |
|---|---|
| Declaration of Robert G. Eisler in Support of Petition for Fees and Expenses | Exhibit 2; Exhibit 3 |
| Declaration of Jason S. Kilene | Exhibit 2; Exhibit 6 |
| Declaration of Renae D. Steiner in Support of Plaintiffs' Motion for an Award of Attorneys' Fees and Reimbursement of Expenses | Exhibit 2, beginning with Page 2; Exhibit 3, beginning with Page 2 |
| Declaration of Kimberly A. Kralowec in Support of Plaintiffs' Motion for Attorneys' Fees and Expenses | Exhibit 3 |
| Declaration of Jay L. Himes in Support of Plaintiffs' Motion for Attorneys' Fees and Expenses | Exhibit 2, beginning with Page 3; Exhibit 3; Exhibit 13, beginning with page 2 |
| Declaration of Eric B. Fastiff in Support of Plaintiffs' Motion for Attorneys' Fees and Reimbursement of Expenses | Exhibit 3; Exhibit 5 |
| Declaration of Steven J. Greenfogel (for Lite Depalma) | Exhibit 2; Exhibit 3 |
| Declaration of Terence R. Coates | Exhibit 3 |
| Declaration of Steven J. Greenfogel (for Meredith Cohen) | Exhibit 2 |
| Declaration of Brian M. Sund | Exhibit 3; Exhibit 4 |
| Declaration of Brian P. Murray in Support of Motion for Award of Attorneys' Fees and Reimbursement of Expenses | Exhibit 2 |
| Declaration of Chris Hellums in Support of Pittman, Dutton & Hellums, P.C.'s Application for Attorneys' Fees and Reimbursement of Expenses | Exhibit A, beginning with Page 2; Exhibit B |
| Declaration of Edgar J. Gankendorff in Support of Provosty & Gankendorff, LLC's Application for Attorneys' Fees and Reimbursement of Expenses | Exhibit B; Exhibit C; Exhibit D excepting page 15 |
| Declaration of Garrett D. Blanchfield, Jr. in Support of Motion for Attorneys' Fees, and Reimbursement of Expenses | Exhibit 1, beginning with Page 2; Exhibit 2 |
| Declaration of Dianne M. Nast | Exhibit 2 |
| Declaration of Eugene A. Spector | Exhibit 3; Exhibit 4 |
| Declaration of Allan Steyer in Support of Motion for Attorneys' Fees, Reimbursement of Expenses, and Incentive Awards | Exhibit 3, beginning with Page 3 |
| Declaration of F. Hill Allen in Support of Plaintiffs' Petition for Attorneys' Fees and for Reimbursement of Expenses Filed on Behalf of Tharrington Smith, LLP | Exhibit 2 |
| Declaration of Seth A. Rosenthal in Support of Plaintiffs' Application for Attorneys' Fees | Exhibit 1; Exhibit 2 |

1450401.1 - NCAA.NCAA

| and Costs | |
| Declaration of Stanley M. Chesley | Exhibit A, beginning with Page 2 |
| Declaration of Daniel S. Mason in Support of Motion for Award of Attorneys' Fees and Costs | Exhibit 2; Exhibit 5 |
| Declaration of Brian C. Gudmundson | Exhibit 2 |
| Declaration of Bonny E. Sweeney in Support of Plaintiffs' Motion for an Award of Attorneys' Fees and Expenses/Charges and for Taxable Costs | Exhibit B, beginning with Page 2; Exhibit C, beginning with Page 2 |
| Declaration of Bruce L. Simon in Support of Motion for Attorneys' Fees and Costs | Exhibit 2, beginning with Page 2; Exhibit 3, beginning with Page 2 |
| Declaration of Michael D. Hausfeld | Exhibit B; Exhibit C |

4.   Additionally, consistent with the parties' stipulation, Plaintiffs have served on the NCAA the complete time-detail portions filed under seal with the Court, save for modest redactions for the most sensitive information shielded by attorney-client privilege and work-product doctrine—namely those portions of entries that most reveal the substance of communications among counsel or with clients; those portions of entries that most divulge strategic thinking and direction; and those portions of entries that most reveal discrete research assignments and memoranda topics.  Those redactions appear in yellow highlighting in the Court's courtesy copies.


I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on October 21, 2014 at Washington, DC.

          _/s/ Sathya Gosselin_
          Sathya S. Gosselin
          HAUSFELD LLP

14504011 - NCAA.NCAA

1

2                    **<u>CERTIFICATE OF SERVICE</u>**

3        I hereby certify that on October 21, 2014, I electronically filed the foregoing document

4 via the Court's CM/ECF system, which will send an email notice to all registered parties.

5                                                    */s/ Sathya S. Gosselin*

6                                                    Sathya S. Gosselin

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1450401.1 - NCAA.NCAA