UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD C. O'BANNON, JR., et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al.,<br><br>  Defendants. | Case No.  09-cv-03329-CW<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE**<br><br>Re: Dkt. No. 328 |

Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the motion for limited discovery and **all discovery motions** filed in the above-captioned case are referred to a Magistrate Judge Cousins.  The hearing noticed for December 8, 2014, is vacated.  Counsel will be advised of the date, time and place of any appearance by notice from the assigned Magistrate Judge.

Dated:  November 4, 2014

CLAUDIA WILKEN
United States District Judge