# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| EDWARD C. O'BANNON, JR. on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION (NCAA); ELECTRONIC ARTS, INC.; and COLLEGIATE LICENSING COMPANY,<br><br>Defendants. | Case No. 4:09-cv-03329 CW (NC)<br><br>**ORDER RESOLVING NCAA'S L.R. 6-3 MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON MOTION FOR LIMITED DISCOVERY** |

Having considered the NCAA's Motion to Shorten Time for Briefing and Hearing on Motion for Limited Discovery, Plaintiff's response, and for good cause having been shown, the motion is **GRANTED** in part and **DENIED** in part.

It is hereby **ORDERED** that the deadlines are amended as follows:

1. Plaintiff's response to the NCAA's Motion due November 13, 2014.

2. NCAA's reply due November 17, 2014.

3. Hearing November 19, 2014. 3:00 p.m., San Francisco, Courtroom A, 15th Floor.

IT IS SO ORDERED.

DATED: November 6, 2014

NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 4:09-cv-03329 CW (NC)
ORDER RESOLVING NCAA's L.R. 6-3 MOTION