IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD O'BANNON, et al.,

    Plaintiffs,

  v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; ELECTRONIC ARTS INC.; and COLLEGIATE LICENSING COMPANY,

    Defendants.

_____/

No. C 09-3329 CW

ORDER GRANTING MOTION TO AMEND/CORRECT MOTION FOR ATTORNEYS' FEES (Docket No. 324), AND GRANTING MOTION FOR EXTENSION OF TIME TO FILE RESPONSE (Docket No. 326)

The Court, having duly considered Plaintiffs' Administrative Motion for Leave to Amend their Motion for Attorneys' Fees, Costs, and Expenses, and Defendant NCAA's Motion to Enlarge Time to Respond to Motion for Attorneys' Fees and Costs, hereby orders as follows:

    1.    Plaintiffs' motion (Docket No. 324) is granted. Plaintiffs shall file their amended motion for attorneys' fees no later than seven days from the date of this Order.

    2.    Defendant NCAA's motion (Docket No. 326) is granted. Defendant NCAA's opposition to Plaintiffs' motion for attorneys' fees is due on February 6, 2015; Plaintiffs' reply is due March 9, 2015. The Court will hear oral argument on the motion on Thursday, April 9, 2015, at 2:00 p.m., in Courtroom 2, United States Courthouse, in Oakland, California.

    IT IS SO ORDERED.

Dated: November 13, 2014

                                       CLAUDIA WILKEN
                                       United States District Judge