UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD C. O'BANNON, JR.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al.,<br><br>　　　　Defendants. | Case No.  09-cv-03329-CW<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE**<br><br>Re: Dkt. No. 341 |

Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the amended motion for attorney fees, costs, and expenses filed in the above-captioned case is referred to Magistrate Judge Cousins.  The hearing noticed for Thursday, April 9, 2015, is vacated.   Counsel will be advised of the date, time and place of any appearance by notice from Magistrate Judge Cousin.

**IT IS SO ORDERED.**

Dated:  December 22, 2014

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge