| | |
|---|---|
| MICHAEL D. HAUSFELD (*pro hac vice*)<br>mhausfeld@hausfeldllp.com<br>HILARY K. SCHERRER (SBN 209451)<br>hscherrer@hausfeldllp.com<br>SATHYA S. GOSSELIN (SBN 269171)<br>sgosselin@hausfeldllp.com<br>SWATHI BOJEDLA<br>sbojedla@hausfeldllp.com (*pro hac vice*)<br>HAUSFELD LLP<br>1700 K Street, NW, Suite 650<br>Washington, D.C.  20006<br>Telephone:     (202) 540-7200<br>Facsimile:     (202) 540-7201 | GREGORY L. CURTNER (*Pro Hac Vice*)<br>gcurtner@schiffhardin.com<br>ROBERT J. WIERENGA (SBN 183687)<br>rwierenga@schiffhardin.com<br>SCHIFF HARDIN LLP<br>350 Main St., Suite 210<br>Ann Arbor, MI  48104<br>Telephone:     (734) 222-1500<br>Facsimile:     (734) 222-1501<br><br>Attorneys for Defendant<br>National Collegiate Athletic Association |

Antitrust Plaintiffs' Class Counsel

| | |
|---|---|
| Robert B. Carey (*Pro Hac Vice*)<br>Leonard W. Aragon (*Pro Hac Vice*)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>11 West Jefferson, Suite 1000<br>Phoenix, Arizona 85003<br>Telephone: (602) 840-5900<br>Facsimile: (602) 840-3012<br>rob@hbsslaw.com<br>leonard@hbsslaw.com | R. James Slaughter<br>Robert Van Nest<br>KEKER & VAN NEST LLP<br>633 Battery Street<br>San Francisco, CA 94111<br>Telephone: (415) 391-5400<br>Facscimile: (415) 397-7188<br>rslaughter@kvn.com<br>rvannest@kvn.com |

Right of Publicity Plaintiffs' Class Counsel    Attorneys for Defendant Electronic Arts Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWARD C. O'BANNON, JR., on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION (NCAA); ELECTRONIC ARTS, INC.; and COLLEGIATE LICENSING COMPANY,<br><br>    Defendants.<br><br>SAMUEL MICHAEL KELLER, on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION (NCAA); ELECTRONIC ARTS, INC.; and COLLEGIATE LICENSING COMPANY,<br><br>    Defendants. | Case Nos. 09-cv-3329-CW, 09-cv-1967 CW<br><br>**STIPULATION AND ORDER CONCERNING EXTENSION OF DEADLINES IN ORDERS GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENTS**<br><br>Judge:          Hon. Claudia Wilken<br>Crtrm:          2, 4th Floor |

1    WHEREAS, on September 3, 2014, the Court granted preliminary approval to two

2 settlements—one between the Antitrust Plaintiffs and the Right of Publicity Plaintiffs and

3 Electronic Arts Inc. (Case No. 09-1967-CW, Dkt. No. 1177); and one between the Right of

4 Publicity Plaintiffs and the National Collegiate Athletic Association (Case No. 09-1967-CW, Dkt.

5 No. 1178);

6    WHEREAS, the Court also approved both Class Notice plans, providing further that

> As part of that Class Notice plan, the NCAA will request that its member institutions and affiliated alumni associations provide to the Notice and Claims Administrator reasonably ascertainable information regarding the names and last-known addresses of NCAA football and basketball players who were listed on a roster published or issued by a school whose team was included in an NCAA-Branded Videogame originally published or distributed during the *Keller* Right of Publicity Settlement Class Period. To the extent that a member institution or affiliated alumni association declines to provide such information, Class Counsel shall endeavor in good faith to obtain such information, including when necessary by subpoena to such member institution or affiliated alumni association (to the extent Class Counsel have not already done so), and shall forward any information received to the Notice and Claims Administrator.

Case No. 09-1967-CW, Dkt. No. 1178, at 4.

> As part of that Class Notice plan, in coordination with the NCAA Videogame Settlement, the NCAA will request that its member institutions and affiliated alumni associations provide to the Notice and Claims Administrator reasonably ascertainable information regarding the names and last-known addresses of NCAA football and basketball players who were listed on a roster published or issued by a school whose team was included in an NCAA-Branded Videogame originally published or distributed during the Settlement Class Period. To the extent that a member institution or affiliated alumni association declines to provide such information, Class Counsel shall endeavor in good faith to obtain such information, including by subpoenaing if necessary such member institution and affiliated alumni association for that information (to the extent it has not already done so), and shall forward any information received to the Notice and Claims Administrator.

Case No. 09-1967-CW, Dkt. No. 1177, at 5-6;

   WHEREAS, in the intervening months the NCAA has requested on multiple occasions that its member institutions and affiliated alumni associations provide to the Notice and Claims Administrator reasonably ascertainable information regarding the names and last-known addresses of NCAA football and basketball players who were listed on a roster published or issued by a

school whose team was included in an NCAA-Branded Videogame originally published or distributed during the respective class periods;

WHEREAS, responsive to the NCAA's requests, 156 member institutions have now provided to the Notice and Claims Administrator reasonably ascertainable information regarding the names and last-known addresses of NCAA football and basketball players who were listed on a roster published or issued by a school whose team was included in an NCAA-Branded Videogame originally published or distributed during the respective class periods;

WHEREAS, the Notice and Claims Administrator, Gilardi & Co. LLC, has sampled the information uploaded by NCAA member institutions and analyzed the quality of the addresses. Gilardi's analysis found that approximately 97 % of the addresses were valid addresses, and are therefore likely to be effective in disseminating information to Settlement Class Members;

WHEREAS, the NCAA has been in active communication with its member institutions, some of whom have informed the NCAA that they will need additional time to respond to the request;

WHEREAS, some of the NCAA's member institutions have informed the NCAA that they believe that their student-athlete contact information is protected under the Family Educational Rights and Privacy Act ("FERPA") and that they will provide the requested information once they have received a subpoena for the information and the other procedural requirements of FERPA have been satisfied;

WHEREAS, no member institution to date has refused outright to disclose the requested information;

WHEREAS, the Antitrust Plaintiffs and Right of Publicity Plaintiffs are in the process of subpoenaing member institutions that have yet to provide information;

WHEREAS, the parties are concerned that some member institutions' responses to the subpoenas (which will yield additional information regarding the names and last-known addresses of NCAA football and basketball players who were listed on a roster published or issued by a school whose team was included in an NCAA-Branded Videogame originally published or

distributed during the respective class periods) will not be received until after January 2, 2015, the current date for mailed notice to issue under both orders (Case No. 09-1967-CW, Dkt. No. 1178, at 4; Case No. 09-1967-CW, Dkt. No. 1177, at 6);

WHEREAS, all parties agree that an extension of sixty days will benefit class members by allowing the parties to obtain additional contact information for class members, and that the extension will likely result in a higher claim rate.

**IT IS HEREBY STIPULATED AND AGREED THAT:**

The following deadlines in both preliminary-approval orders (Case No. 09-1967-CW, Dkt. Nos. 1177, 1178) are extended as set forth below:

| Event | Current Deadline (Dkt. Nos. 1177, 1178) | New Deadline |
| --- | --- | --- |
| Mailed Notice Date | January 2, 2015 | March 3, 2015 |
| Plaintiffs' Fee Petitions | February 10, 2015 | April 13, 2015 |
| Opt-Out/Objection Deadline | March 3, 2015 | May 4, 2015 |
| Replies to Objections | April 30, 2015 | July 2, 2015 |
| Claims Deadline | April 30, 2015 | July 2, 2015 |
| Fairness Hearing | May 14, 2015 at 2 p.m. | July 16, 2015 at 2 p.m. |

The authority for and concurrence in the filing of this stipulated request has been obtained from each of the signatories, pursuant to Civil Local Rule 5-1(i)(3).

Dated: December 26, 2014         HAGENS BERMAN SOBOL SHAPIRO LLP

By    /s/ Leonard W. Aragon
Robert B. Carey (Pro Hac Vice)
Leonard W. Aragon (Pro Hac Vice)
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
rob@hbsslaw.com
leonard@hbsslaw.com

Attorneys for Right of Publicity Plaintiffs

| | | |
|---|---|---|
| 1 | Dated: December 26, 2014 | HAUSFELD LLP |
| 2 | | By: /s/ Hilary K. Scherrer |
| | | Michael D. Hausfeld (pro hac vice) |
| 3 | | Hilary K. Scherrer (Cal. Bar No. 209451) |
| | | Sathya S. Gosselin (Cal. Bar No. 269171) |
| 4 | | HAUSFELD LLP |
| | | 1700 K Street, NW, Suite 650 |
| 5 | | Washington, DC 20006 |
| | | Telephone: (202) 540-7200 |
| 6 | | Facsimile: (202) 540-7201 |
| | | mhausfeld@hausfeldllp.com |
| | | hscherrer@hausfeldllp.com |
| 7 | | sgosselin@hausfeldllp.com |
| 8 | | Counsel for the Antitrust Plaintiffs |
| 9 | Dated: December 26, 2014 | KEKER & VAN NEST LLP |
| 10 | | By /s/ R. James Slaughter |
| | | R. James Slaughter |
| 11 | | Robert Van Nest |
| | | 633 Battery Street |
| 12 | | San Francisco, CA 94111 |
| | | Telephone: 415.391.5400 |
| 13 | | Facscimile: 415.397.7188 |
| | | rslaughter@kvn.com |
| 14 | | rvannest@kvn.com |
| 15 | | Attorneys for Defendant Electronic Arts Inc. |
| 16 | Dated: July 1, 2014 | SCHIFF HARDIN LLP |
| 17 | | By: /s/ Gregory L. Curtner |
| | | Gregory L. Curtner (Pro Hac Vice) |
| 18 | | Robert Wierenga |
| | | 350 Main Street, Suite 210 |
| 19 | | Ann Arbor, Michigan 48104 |
| | | Telephone: (734) 222-1500 |
| 20 | | Facsimile: (734) 222-1501 |
| | | gcurtner@schiffhardin.com |
| 21 | | rwierenga@schiffhardin.com |
| 22 | | Attorneys for Defendant National Collegiate Athletic Association |

**ORDER**

Pursuant to the stipulation of counsel, IT IS SO ORDERED.

Dated:  December 29, 2014    _____
                              The Honorable Claudia Wilken
                              Chief United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on December 26, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification to the e-mail addresses registered.

       /s/ Leonard W. Aragon
       LEONARD W. ARAGON