# Exhibit 23

## Provisionally filed under seal