MICHAEL D. HAUSFELD (*pro hac vice*)
mhausfeld@hausfeldllp.com
HILARY K. SCHERRER (SBN 209451)
hscherrer@hausfeldllp.com
SATHYA S. GOSSELIN (SBN 269171)
sgosselin@hausfeldllp.com
SWATHI BOJEDLA
sbojedla@hausfeldllp.com (*pro hac vice*)
HAUSFELD LLP
1700 K Street, NW, Suite 650
Washington, D.C.  20006
Telephone:    (202) 540-7200
Facsimile:    (202) 540-7201

Attorneys for Plaintiffs

GREGORY L. CURTNER (*pro hac vice*)
gcurtner@schiffhardin.com
ROBERT J. WIERENGA (SBN 183687)
rwierenga@schiffhardin.com
KIMBERLY K. KEFALAS (*pro hac vice*)
SCHIFF HARDIN LLP
350 Main St., Suite 210
Ann Arbor, MI  48104
Telephone:    (734) 222-1500
Facsimile:    (734) 222-1501

Attorneys for Defendant
National Collegiate Athletic Association

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| EDWARD C. O'BANNON, JR., on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; ELECTRONIC ARTS, INC.; AND COLLEGIATE LICENSING COMPANY,<br><br>Defendants. | Case No.  09-cv-3329-CW (NC)<br><br>**STIPULATION AND ORDER CONCERNING EXTENSION OF HEARING DATE ON AMENDED MOTION FOR ATTORNEYS' FEES, COSTS, AND EXPENSES**<br><br>Judge:    Hon. Nathanael Cousins<br>Dept:     Courtroom A; 15th Floor |

1  WHEREAS, on November 19, 2014, plaintiffs filed their Amended Motion for Attorneys' Fees, Costs, and Expenses. *See* Dkt. 341.

WHEREAS, on December 22, 2014, the Honorable Claudia Wilken ordered that the Amended Motion for Attorneys' Fees, Costs, and Expenses be referred to the Honorable Nathanael Cousins.

WHEREAS, on January 5, 2015, the Clerk's notice set the hearing on the amended motion for April 1, 2015 at 1:00 PM before the Court.

WHEREAS, the National Collegiate Athletic Association ("NCAA") and counsel have scheduling obligations that conflict with the set hearing date.

WHEREAS, the parties discussed the scheduling conflict and agreed to postpone the hearing to accommodate the NCAA.

WHEREAS, the parties together request the Court's leave to change the date of the hearing to a date after the scheduled hearing date of April 1, 2015.

WHEREAS, the parties specifically request the Court reschedule the date of the hearing to on or after April 20, 2015 in light of Passover and pre-existing scheduling obligations.

**IT IS HEREBY STIPULATED AND AGREED THAT:**

1. The hearing on plaintiffs' Amended Motion for Attorneys' Fees, Costs, and Expenses will be held on April 29, 2015 at 2:00 p.m. in Courtroom 7, 4th Floor, San Jose.

2. The Court therefore cancels the hearing scheduled for April 1, 2015 without other effect on the schedule of the Court.

- 2 -

Respectfully submitted,

SCHIFF HARDIN LLP

By: */s/ Gregory L. Curtner*
Gregory L. Curtner
SCHIFF HARDIN LLP
Attorneys for Defendant NCAA

By: */s/ Michael Hausfeld*
Michael D. Hausfeld
HAUSFELD LLP
Attorneys for Plaintiffs

**ORDER**

Pursuant to the stipulation of counsel, IT IS SO ORDERED.

Dated:     February 11, 2015        _____
                                     The Honorable Nathanael Cousins
                                     United States Magistrate Judge

- 3 -

Case No. 09-cv-3329-CW
STIPULATION AND [PROPOSED] ORDER CONCERNING EXTENSION OF HEARING ON AMENDED MOTION FOR ATTORNEYS' FEES, COSTS, AND EXPENSES

**CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification to the e-mail addresses registered.

By: */s/ Robert J. Wierenga*_____
Robert J. Wierenga (SBN 183687)
Attorneys for Defendant NCAA

- 4 -