1 | Gregory L. Curtner (*pro hac vice*)
gcurtner@schiffhardin.com
2 | Robert J. Wierenga (SBN 183687)
rwierenga@schiffhardin.com
3 | Kimberly K. Kefalas (*pro hac vice*)
kkefalas@schiffhardin.com
4 | SCHIFF HARDIN LLP.
350 S. Main St., Suite 210
5 | Ann Arbor, MI 48104
Telephone: (734) 222-1500
6 | Facsimile: (734) 222-1501

7 | Attorneys for Defendant
National Collegiate Athletic Association
8 |

9 |
## UNITED STATES DISTRICT COURT
10 | ## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION
11 |

12 | EDWARD C. O'BANNON, JR. et. al., on behalf of themselves and all others similarly situated ,

Plaintiff,

v

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, ELETRONIC ARTS INC., and COLLEGIATE LICENSING COMPANY,

Defendants.

Case No. 09-cv-3329-CW (NC)

**[PROPOSED] ORDER GRANTING NATIONAL COLLEGIATE ATHLETIC ASSOCIATION'S MISCELLANEOUS MOTION TO DEFER HEARING ON PLAINTIFFS' MOTION FOR ATTORNEYS FEES AND COSTS**

Judge: Hon. Nathanael Cousins
Dept: Courtroom 7; 4th Floor

1  IT IS HEREBY ORDERED THAT:

2  1. The Court grants the National Collegiate Athletic Association's ("NCAA") request to defer the hearing on plaintiffs' Amended Motion for Attorneys' Fees, Costs, and Expenses (Dkt. 341) until after the Ninth Circuit rules on the appeal of this case.

    a. The Court cancels the hearing scheduled for April 29, 2015 (Dkt. 358). If necessary, the Court will reschedule the hearing within 30 days of the Ninth Circuit's decision.

    b. The Court defers ruling on the plaintiffs' Amended Motion for Attorneys' Fees, Costs, and Expenses until after the Ninth Circuit rules on the appeal of this case.

IT IS SO ORDERED.

DATED: _____       _____
                                                     The Honorable Nathanael Cousins
                                                     United States Magistrate Judge