MICHAEL D. HAUSFELD (*pro hac vice*)
mhausfeld@hausfeldllp.com
HILARY K. SCHERRER (SBN 209451)
hscherrer@hausfeldllp.com
SATHYA S. GOSSELIN (SBN 269171)
sgosselin@hausfeldllp.com
SWATHI BOJEDLA
sbojedla@hausfeldllp.com (*pro hac vice*)
HAUSFELD LLP
1700 K Street, NW, Suite 650
Washington, D.C.  20006
Telephone:      (202) 540-7200
Facsimile:      (202) 540-7201

Antitrust Plaintiffs' Class Counsel

GREGORY L. CURTNER (*pro hac vice*)
gcurtner@schiffhardin.com
ROBERT J. WIERENGA (SBN 183687)
rwierenga@schiffhardin.com
KIMBERLY K. KEFALAS (*pro hac vice*)
SCHIFF HARDIN LLP
350 Main St., Suite 210
Ann Arbor, MI  48104
Telephone:      (734) 222-1500
Facsimile:      (734) 222-1501

Attorneys for Defendant
National Collegiate Athletic Association

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| EDWARD C. O'BANNON, JR., on behalf of himself and all others similarly situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION (NCAA); ELECTRONIC ARTS, INC.; and COLLEGIATE LICENSING COMPANY,<br><br>                    Defendants. | Case Nos. 09-cv-3329-CW (NC)<br><br>**STIPULATION AND ORDER TO SHORTEN TIME FOR PLAINTIFFS' OPPOSITION TO NCAA'S MOTION TO DEFER HEARING ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Judge:          Hon. Nathanael Cousins<br>Dept:           Courtroom 7; 4th Floor |

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
CHICAGO

STIPULATION AND [PROPOSED] ORDER TO
SHORTEN TIME FOR PLAINTIFFS' OPPOSITION
TO NCAA'S MOTION TO DEFER HEARING

1       WHEREAS, on November 19, 2014, plaintiffs filed their Amended Motion for Attorneys'

2  Fees, Costs, and Expenses. *See* Dkt. 341.

3       WHEREAS, on December 22, 2014, the Honorable Claudia Wilken ordered that the

4  amended motion for attorney fees, costs, and expenses be referred to the Honorable Nathanael

5  Cousins.

6       WHEREAS, on January 5, 2015, the clerk's notice set the hearing on the amended motion

7  for April 1, 2015 at 1:00 PM before the Court.

8       WHEREAS, on February 11, 2015, the Honorable Nathanael Cousins granted the

9  stipulation of counsel to reschedule the hearing on the amended motion for April 29, 2015 at 2:00

10  PM before the Court.  That stipulation noted conflicting scheduling obligations of the National

11  Collegiate Athletic Association ("NCAA") and its counsel on April 1, 2015, and the parties'

12  agreement "to postpone the hearing to accommodate the NCAA."

13       WHEREAS, the NCAA has submitted a Motion to Defer Hearing on the amended fee

14  motion until after the Ninth Circuit decides the appeal of this case.

15       WHEREAS, the Antitrust Plaintiffs oppose the NCAA's Motion to Defer Hearing, which

16  Antitrust Plaintiffs note is inconsistent with earlier joint scheduling requests and not warranted by

17  the longstanding appellate schedule, but do not wish to burden the Court further with motion

18  practice concerning the timing of their opposition to the NCAA's Motion to Defer Hearing, which

19  the NCAA has proposed in the alternative.

20       WHEREAS, the parties together request the Court's leave pursuant to Civil Local Rule 6-

21  2 to change the due date of Plaintiffs' opposition to the NCAA's Motion to Defer Hearing.

22       WHEREAS, the parties specifically request the Court reschedule the due date of

23  Plaintiffs' opposition to on or before April 17, 2015, four days after the NCAA filed the Motion

24  to Defer Hearing.

25      **IT IS HEREBY STIPULATED AND AGREED THAT:**

26      1.    Plaintiffs' opposition to the NCAA's Motion to Defer Hearing on Plaintiffs'

27  Amended Motion for Attorneys' Fees, Costs, and Expenses will be due on or before April 17,

28  2015.

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
CHICAGO

-1-

STIPULATION AND [PROPOSED] ORDER TO
SHORTEN TIME FOR PLAINTIFFS' OPPOSITION
TO NCAA'S MOTION TO DEFER HEARING

1    Respectfully submitted,

2    SCHIFF HARDIN LLP

3    By: /s/ Gregory L. Curtner_____
     Gregory L. Curtner
4    SCHIFF HARDIN LLP
     Attorneys for Defendant NCAA

5
     By: /s/ Michael Hausfeld
6    Michael D. Hausfeld
     HAUSFELD LLP
7    Attorneys for Plaintiffs

8                    **ORDER**

9

10   Pursuant to the stipulation of counsel, IT IS SO ORDERED.

11   DATED:    April 14, 2015        _____

12                                   The Honorable Nathanael Cousins
                                     United States Magistrate Judge

13

14                                   GRANTED

15

16                                   Judge Nathanael M. Cousins

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER TO
SHORTEN TIME FOR PLAINTIFFS' OPPOSITION
TO NCAA'S MOTION TO DEFER HEARING**

1

2

### CERTIFICATE OF SERVICE

3        I hereby certify that on April 14, 2015, I electronically filed the foregoing document with

4   the Clerk of the Court using the CM/ECF system, which will send notification to the e-mail

5   addresses registered.

6                                SCHIFF HARDIN LLP

7                                By: */s/ Gregory L. Curtner*_____
8                                Gregory L. Curtner
                                 Schiff Hardin LLP
9                                Attorneys for Defendant NCAA

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
CHICAGO

- 3 -

**STIPULATION AND [PROPOSED] ORDER TO
SHORTEN TIME FOR PLAINTIFFS' OPPOSITION
TO NCAA'S MOTION TO DEFER HEARING**