UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD C. O'BANNON, JR.,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, and others,<br><br>Defendants. | Case No. 09-cv-03329 CW (NC)<br><br>**ORDER DENYING NCAA'S MOTION TO CONTINUE HEARING ON ATTORNEYS' FEES**<br><br>Dkt. No. 362 |

Plaintiffs' post-trial motion for an award of attorneys' fees and costs was referred to me by the trial judge and is set for hearing on April 29. The NCAA now moves to continue the hearing and resolution of the motion until after the Court of Appeals issues its decision on the merits. Dkt. No. 362.

The NCAA's motion is denied because it has not shown a compelling reason to continue the hearing. The NCAA hopes it will win on appeal and forecasts that the Court of Appeals may rule soon. I am less confident of my own ability to predict how and when another Court will rule. Furthermore, a ruling on the fee motion in this case may help to resolve the fee motions in related cases set before District Court Judge Claudia Wilken in July 2015. Finally, I don't find that the NCAA will be substantially prejudiced by moving ahead with the motion. The motion is fully briefed and both parties have spent significant

Case No. 09-cv-03329 CW (NC)
ORDER DENYING CONTINUANCE

effort preparing for the hearing.

For these reasons, the NCAA's motion to continue is denied. The April 29 hearing will proceed as scheduled. Any party may object to this nondispositive order under Federal Rule of Civil Procedure 72.

IT IS SO ORDERED.

Date: April 24, 2015

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 09-cv-03329 CW (NC)
ORDER DENYING CONTINUANCE 2