UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD C. O'BANNON, JR., and others,<br><br>    Plaintiffs,<br><br>        v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, and others,<br><br>    Defendants. | Case No. 09-cv-03329 CW (NC)<br><br>**ORDER TO PRODUCE DOCUMENTS FOR** *IN CAMERA* **REVIEW** |

Before the Court is plaintiffs' motion for attorneys' fees, costs, and expenses. Dkt. No. 341. In Exhibits 5 and 6 of NCAA's opposition, NCAA identifies billing entries that involve redactions. Dkt. Nos. 354-5, 354-6. In their reply brief, plaintiffs state that they provided the unredacted entries to the Court for *in camera* review. Dkt. No. 361 at 17. It is unclear whether plaintiffs provided these unredacted entries to the District Court or to the undersigned. In any case, in order to fairly evaluate the entries, this Court orders plaintiffs to produce the entries identified by NCAA in Exhibits 5 and 6 to this Court for *in camera* review in their unredacted form. Plaintiffs must produce these entries in two different exhibits that correspond to the form and order of the entries in Exhibits 5 and 6.

The Court notes that plaintiffs do accept some of NCAA's proposed reductions as to certain time entries that may also appear in Exhibits 5 and 6. *See* Dkt. No. 360-4 at ¶ 8 ("Acceptable proposed reductions as to time entries are compiled in Exhibit A, attached

Case No.: 09-cv-03329 CW (NC)

1 hereto.") Plaintiffs in their reply brief also point to entries that it states NCAA incorrectly 2 characterized in a certain way. Some of these entries also appear in NCAA's Exhibits 5 3 and 6. *See, e.g.*, Dkt. Nos. 360-4 at ¶ 47 (entry from 3/4/2010 with the narrative 4 "[REDACTED]"), 354-6 at 3 (same).

Thus, in the two exhibits plaintiffs must produce to the Court for *in camera* review, plaintiffs must indicate by asterisk or yellow highlighting the entries that appear in plaintiffs' reply brief or its accompanying declarations, and where they appear (docket and page number).

Plaintiffs must produce a hard copy of these documents to the Court at the April 29 hearing.

**IT IS SO ORDERED.**

Dated: April 28, 2015  _____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No.: 09-cv-03329 CW (NC)  2