Gregory L. Curtner (p*ro hac vice*)
Robert J. Wierenga (SBN183687)
Kimberly K. Kefalas (p*ro hac vice*)
Schiff Hardin LLP.
350 S. Main St., Suite 210
Ann Arbor, MI  48104
Telephone:  (734) 222-1500
Facsimile:  (734)  222-1501
Email:  gcurtner@schiffhardin.com
           rwierenga@schiffhardin.com
           kkefalas@schiffhardin.com


Attorneys for Defendant
National Collegiate Athletic Association

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| EDWARD C. O'BANNON, JR., on behalf of himself and all others similarly situated,<br>            Plaintiff,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, ELETRONIC ARTS INC., and COLLEGIATE LICENSING COMPANY, | Case No. :09-cv-3329 CW (NC)<br><br>**ORDER GRANTING DEFENDANT'S ADMINISTATIVE MOTION TO FILE UNDER SEAL SUPPLEMENTAL EXHIBIT USED DURING HEARING ON PLAINTIFFS' AMENDED MOTION FOR ATTORNEYS' FEES, COSTS, AND EXPENSES**<br><br>Judge:       Hon. Nathanael Cousins<br>Dept:         Courtroom 7; 4th Floor |

1   Having considered the National Collegiate Athletic Association's ("NCAA")
2   Administrative Motion To File Under Seal Supplemental Exhibit Used During Hearing On
3   Plaintiffs' Amended Motion For Attorneys' Fees, Costs, And Expenses ("Motion to File Under
4   Seal"), the Declaration of Gregory Curtner in Support Thereof, and the exhibit thereto, and
5   determining that good cause exists, IT IS HEREBY ORDERED that the Motion to Seal is
6   GRANTED, and the following document is to be sealed in its entirety:

    a.    Supplemental Hearing Exhibit

        (1)    The Supplemental Hearing Exhibit contains billing records that were provisionally filed under seal by the Plaintiffs and are of a type already ordered sealed by this Court.

IT IS SO ORDERED.

Dated: May 4, 2015

_____
THE HON. [illegible]
UNITED STATES [illegible] JUDGE

**GRANTED**
Judge Nathanael M. Cousins