IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD O'BANNON, et al.,

    Plaintiffs,

  v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al.,

    Defendants.

_____/

No. C 09-3329 CW

ORDER REGARDING MOTION TO WITHDRAW AS COUNSEL

(Docket No. 369)

On March 24, 2015, Hausfeld LLP filed a motion to withdraw as counsel for plaintiff Tate George. (Docket No. 369). The motion and supporting declaration state that a representative of Hausfeld notified Mr. George of Hausfeld's intention to file such a motion, however there is no documentation of any service of the motion on Mr. George. Accordingly, within three days of the date of this order, Hausfeld shall serve Mr. George with its motion and this order, and shall file proof of service on the case docket. Mr. George and the other parties to this action shall have two weeks from the date of this order to file papers in opposition to the motion, and Hausfeld shall have one week from the opposition deadline to file any reply.

IT IS SO ORDERED.

Dated: 05/07/2015

CLAUDIA WILKEN
United States District Judge