IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD O'BANNON, et al.,

    Plaintiffs,

  v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al.,

    Defendants.

_____/

No. C 09-3329 CW

ORDER DENYING REQUEST FOR TRANSCRIPTS AND COURT DOCUMENTS

(Docket No. 399)

On March 24, 2015, class counsel Hausfeld LLP filed a motion to withdraw as counsel for plaintiff Tate George.  Docket No. 369. The Court granted the motion on June 3, 2015.  Docket No. 397.

On June 22, 2015, the Court received a letter from Mr. George seeking "forms" so that he can claim financial hardship and be provided with transcripts of the upcoming fairness settlement approval hearing and all documents to be filed by Hausfeld prior to the hearing at no cost.  No such forms exist.  Moreover, there is no reason to provide the requested documents to Mr. George at no cost.

Individuals may access case filings on the Public Access to Court Electronic Records (PACER) system at www.pacer.gov.  Parties who would like a written transcript must request that a transcript be produced and pay associated costs. If a transcript has already been produced, parties must pay costs associated with obtaining a copy of the transcript, or, in certain instances, retrieving the transcript from PACER.  More

information about how to order a transcript can be found on the Court's website at: www.cand.uscourts.gov/transcripts.

IT IS SO ORDERED.

Dated: 06/26/2015

CLAUDIA WILKEN
United States District Judge