# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD C. O'BANNON, JR., | Case No. 09-cv-03329 CW (NC) |
| Plaintiff, | **ORDER GRANTING NCAA'S REQUEST FOR JUDICIAL NOTICE RE: MOTION ON ATTORNEYS' FEES** |
| v. | |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, and others, | Dkt. No. 389 |
| Defendants. | |

Having considered the NCAA's Request for the Court to Take Judicial Notice of Antitrust Plaintiffs' Fee Petition Filings in the EA Settlement Proceedings (Dkt. No. 389), the plaintiffs' response, and the NCAA's reply, IT IS HEREBY ORDERED that the Motion to Take Judicial Notice is GRANTED.  The following documents are to be entered into the record and will be considered by the Court in connection with the pending fee motion:

a. Exhibit A, Antitrust Plaintiffs' EA Settlement Fee Petition (Case No. 09-1967-CW, Dkt. No. 1194);

b. Exhibit B, Antitrust Plaintiffs' Opposition to Other Counsels' Proposed Fee Allocations (*Id.,* Dkt. No. 1211); and

c. Exhibit C, Antitrust Plaintiffs' Reply In Support of their EA Settlement Fee Petition (*Id.,* Dkt. No. 1216).

Case No. 09-cv-03329 CW (NC)

1  By granting the request for judicial notice, the Court does not intend to encourage
2  further briefing on the amended motion for attorneys' fees and expenses, Dkt. No. 341,
3  which is under submission.

5  IT IS SO ORDERED.

6  Date: July 6, 2015

   Nathanael M. Cousins
   United States Magistrate Judge

Case No. 09-cv-03329 CW (NC)

2