IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD O'BANNON, et al.,

    Plaintiffs,

  v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al.,

    Defendants.

_____/

No. C 09-3329 CW

SCHEDULING ORDER

    On July 13, 2015, Magistrate Judge Cousins entered an order granting Plaintiffs' motion for attorneys' fees and granting in part Plaintiffs' motion for costs and expenses.  The NCAA's objections to the order are due by July 27, 2015.  Plaintiffs' opposition to the NCAA's objections and any objections of their own shall be filed in a single brief within two weeks after the filing of the NCAA's brief.  The NCAA may file, in a single brief, a reply in support of its objections and an opposition to any objections by Plaintiffs within seven days after the filing of Plaintiffs' brief.  A reply in support of any objections by Plaintiffs may be filed within seven days after the NCAA's opposition.

    IT IS SO ORDERED.

Dated: July 17, 2015

CLAUDIA WILKEN
United States District Judge