# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** July 16, 2015          **Time:** 2:13 - 3:53 p.m.          **Judge:** CLAUDIA WILKEN

**Case No.:** 09-cv-01967-CW          **Case Name:** Keller v. Electronic Arts Inc., et al.
09-cv-03329-CW                                  O'Bannon, Jr. v. National Collegiate Athletic Association, et al.

**Attorney for Plaintiff:** Steve W. Berman, Robert B. Carey, Leonard Aragon, Stuart Paynter, Allan Steyer, Renae D. Steiner, Sathya S. Gosselin, Eric B. Fastiff

**Attorney for Defendant:** Robert A. Van Nest, Gregory Gilchrist, Gregory L. Curtner

**Attorney for Interested Party:** Keith McKenna, Arthur M. Owens, Michael L. Geibelson

**Deputy Clerk:** Melinda K. Lozenski          **Court Reporter:** Diane Skillman

## PROCEEDINGS

**Case No. 09-cv-1967**

Motion for Attorney Fees (dkt nos. 1193, 1194, 1196, 1197, 1207)
Motion for Final Approval of Class Action Settlement (dkt nos. 1222, 1224)

**Case No. 09-cv-3329**

Motion for Attorney Fees (dkt no. 365)
Motion for Final Approval of Class Action Settlement (dkt no. 401)

Counsel for Hart to file a declaration in support of his motion for an incentive award by Monday 7/20/2015. Parties shall submit revised proposed orders for final approval of settlement including the incentive awards and other modifications discussed at the hearing. Parties may also submit proposed judgments to expedite the approval process.

Motions are argued and submitted by the parties, and taken under submission by the Court. The Court will issue a written order on the motions for attorneys' fees and costs.

**Order to be prepared by:**
[ ]    Plaintiff            [ ]    Defendant            [X]    Court