

FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 31 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| EDWARD C. O'BANNON, Jr., On Behalf of Himself and All Others Similarly Situated,<br><br>        Plaintiff - Appellee,<br><br>  v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, AKA The NCAA,<br><br>        Defendant - Appellant,<br><br>  And<br><br>ELECTRONIC ARTS, INC.; COLLEGIATE LICENSING COMPANY, AKA CLC,<br><br>        Defendants. | No. 14-16601<br><br>D.C. No. 4:09-cv-03329-CW<br>Northern District of California, Oakland<br><br><br>ORDER |
| EDWARD C. O'BANNON, Jr., On Behalf of Himself and All Others Similarly Situated,<br><br>        Plaintiff - Appellee,<br><br>  v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, AKA The NCAA, | No. 14-17068<br><br>D.C. No. 4:09-cv-03329-CW<br>Northern District of California, Oakland |

> Defendant - Appellant,
>
> And
>
> ELECTRONIC ARTS, INC.;
> COLLEGIATE LICENSING COMPANY,
> AKA CLC,
>
> Defendants.

Before:  THOMAS, Chief Judge, BYBEE, Circuit Judge and QUIST,[*] Senior District Judge.

Without expressing a view as to either party's likelihood of success on the merits, the court grants a stay of the district court's injunction in this case, dated August 8, 2014, to preserve the status quo until this court's mandate has issued.

---

[*]     The Honorable Gordon J. Quist, Senior District Judge for the U.S. District Court for the Western District of Michigan, sitting by designation.