MICHAEL D. HAUSFELD (*pro hac vice*)
mhausfeld@hausfeldllp.com
HILARY K. SCHERRER (SBN 209451)
hscherrer@hausfeldllp.com
SATHYA S. GOSSELIN (SBN 269171)
sgosselin@hausfeldllp.com
SWATHI BOJEDLA
sbojedla@hausfeldllp.com (*pro hac vice*)
HAUSFELD LLP
1700 K Street, NW, Suite 650
Washington, D.C. 20006
Telephone:   (202) 540-7200
Facsimile:   (202) 540-7201

Antitrust Plaintiffs' Class Counsel

GREGORY L. CURTNER (*pro hac vice*)
gcurtner@schiffhardin.com
ROBERT J. WIERENGA (SBN 183687)
rwierenga@schiffhardin.com
KIMBERLY K. KEFALAS (*pro hac vice*)
kkefalas@schiffhardin.com
SUZANNE L. WAHL (*pro hac vice*)
swahl@schiffhardin.com
SCHIFF HARDIN LLP
350 Main St., Suite 210
Ann Arbor, MI 48104
Telephone:   (734) 222-1500
Facsimile:   (734) 222-1501

Attorneys for Defendant
National Collegiate Athletic Association

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| EDWARD C. O'BANNON, JR., on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION (NCAA); ELECTRONIC ARTS, INC.; and COLLEGIATE LICENSING COMPANY,<br><br>Defendants. | Case No. 09-cv-3329-CW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE AMENDED DECLARATION OF PAUL E. BATEMAN, JR. IN SUPPORT OF THE NCAA'S MOTION FOR DE NOVO DETERMINATION OF DISPOSITIVE MATTER REFERRED TO MAGISTRATE JUDGE**<br><br>Date:<br>Time:<br>Dept:   Courtroom 2, 4th Floor<br>Judge:  Hon. Claudia Wilken<br>Complaint filed: July 21, 2009 |

1    WHEREAS, on July 27, 2015, the NCAA filed the Declaration of Paul E. Bateman, Jr. in support of the NCAA's Motion for De Novo Determination of Dispositive Matter Referred to Magistrate Judge, Dkt. 415-2 (the "Bateman Objection Declaration").

WHEREAS, on November 19, 2014, plaintiffs filed their Amended Motion for Attorneys' Fees, Costs, and Expenses, Dkt. 341.

WHEREAS, in support of their Amended Motion for Attorneys' Fees, Costs, and Expenses, Dkt. 341, plaintiffs submitted time and expense details from thirty-three law firms. *See* Dkts. 341-2 et. seq.

WHEREAS, on February 6, 2015, the NCAA filed its Opposition to Plaintiffs' Amended Motion for Attorneys' Fees, Costs and Expenses, Dkt. No. 355 (the "NCAA Opposition").

WHEREAS, in support of the NCAA Opposition, the NCAA submitted exhibits (the "NCAA Opposition Exhibits") that collected time entries relating to the NCAA Opposition. *See* Dkts. 355-2, 355-4 to 355-13, 355-15 to 355-39, NCAA Opposition Exhibits 1, 3 to 12, 14 to 38.

WHEREAS, on March 9, 2015, plaintiffs filed their Reply in Support of Plaintiffs' Amended Motion for Attorneys' Fees, Costs, and Expenses, Dkt. 361.

WHEREAS, in the Declaration of Swathi Bojedla In Support of Plaintiffs' Reply in Support of Plaintiffs' Amended Motion for Attorneys' Fees, Costs, and Expenses, Dkt. 361-1 (the "Bojedla Declaration"), "[a]fter further consideration and in the interest of exercising further billing judgment, Plaintiffs accept[ed] the NCAA's proposed reductions—but not always the NCAA's proposed reduction percentage, as reflected in the NCAA's Opposition and the accompanying reply brief—for a small portion of entries identified in the NCAA's Opposition and accompanying exhibits" and compiled those acceptable proposed reductions in Exhibit A to the Bojedla Declaration. *See* Dkt. 361-1, Bojedla Declaration Exhibit A.

WHEREAS, the Bateman Objection Declaration collects examples of time entries from NCAA Opposition Exhibits that plaintiffs did not accept.

WHEREAS, the Bateman Objection Declaration contains in error time entries included in Bojedla Declaration Exhibit A.

-1-    STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE PROPOSED AMENDED DECLARATION OF PAUL E. BATEMAN, JR

WHEREAS, Counsel for the NCAA represents that the errors were inadvertently made, and promptly disclosed to plaintiffs.

WHEREAS, Counsel for the Antitrust Plaintiffs notes that the NCAA rejected a similar stipulation regarding the inadvertent omission of a declaration in conjunction with this fee proceeding last fall and opposed the resulting administrative motion for leave to amend, *see* Dkt. 324, 327, 330, 336, but Counsel for the Antitrust Plaintiffs do not wish to burden the Court with unnecessary motion practice. The NCAA disagrees with this characterization but thanks the Antitrust Plaintiffs for their courtesy in agreeing with this stipulation.

WHEREAS, the proposed Amended Declaration of Paul E. Bateman, Jr. in support of the NCAA's Motion for De Novo Determination of Dispositive Matter Referred to Magistrate Judge removes the inadvertently included time entries and is attached as Exhibit 1 to this stipulation and [proposed] order with the inadvertently included time entries highlighted in green to demonstrate the proposed amendments to the declaration.[1]

**IT IS HEREBY STIPULATED AND AGREED THAT:**

1. The NCAA shall file the Amended Declaration of Paul E Bateman, Jr. In Support of NCAA's Motion for De Novo Determination of Dispositive Matter Referred to Magistrate Judge within one (1) business day of the entry of this Stipulation and Order. References to the original Bateman Objection Declaration, Dkt. 415-2, in the NCAA's Motion for De Novo Determination of Dispositive Matter Referred to Magistrate Judge, Dkt. 415, shall be treated as referring to the Amended Bateman Objection Declaration.

---

[1] The Court's courtesy copy for this stipulation contains the same green highlights. The Court's courtesy copy for the NCAA's motion to seal the proposed Amended Bateman Objection Declaration also contains the same green highlights and uses yellow highlights to designate other material in the Amended Bateman Objection Declaration that the NCAA has sought to seal.

Respectfully submitted,

SCHIFF HARDIN LLP

By: /s/ Gregory L. Curtner
Gregory L. Curtner
SCHIFF HARDIN LLP
Attorneys for Defendant NCAA

By: /s/ Michael Hausfeld
Michael D. Hausfeld
HAUSFELD LLP
Attorneys for Plaintiffs

## [PROPOSED] ORDER

Pursuant to the stipulation of counsel, IT IS SO ORDERED.

DATED: _____  _____
The Honorable Claudia Wilken
United States Senior District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification to the e-mail addresses registered.

SCHIFF HARDIN LLP

By: /s/ Robert J. Wierenga
Robert J. Wierenga
Schiff Hardin LLP
Attorneys for Defendant NCAA