IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAMUEL KELLER, et al.,

       Plaintiffs,

   v.

NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION; ELECTRONIC ARTS
INC.; and COLLEGIATE LICENSING
CONMPANY,

       Defendants.
========================================/

No. C 09-1967 CW

ORDER GRANTING
PLAINTIFFS' MOTION
TO EXPEDITE
BRIEFING

EDWARD O'BANNON, et al.

       Plaintiffs,

   v.

NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION; ELECTRONIC ARTS
INC.; and COLLEGIATE LICENSING
COMPANY,

       Defendants.
========================================/

No. C 09-3329 CW

On August 19, 2015, this Court granted final approval of the settlement of the above-captioned class actions. On September 16, 2015, Objector Nathan Harris filed a notice of appeal in Keller v. NCAA, 09-1967, and Objector Darrin Duncan filed a notice of appeal in O'Bannon v. NCAA, 09-3329, (collectively, Objector Appellants). Plaintiffs in both cases have now filed a motion for imposition of an appeal bond against Objector Appellants and a motion to expedite briefing on that motion. Having considered the papers filed by Plaintiffs and the record in the case, the Court GRANTS Plaintiffs' motion for expedited briefing. Objector Appellants

shall file their responses to the motion for imposition of an

appeal bond by October 9, 2015.  The motion will be decided on the

papers.

     IT IS SO ORDERED.

Dated: October 5, 2015

CLAUDIA WILKEN
United States District Judge

United States District Court
For the Northern District of California