IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD O'BANNON, et al.

    Plaintiffs,

  v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; ELECTRONIC ARTS INC.; and COLLEGIATE LICENSING COMPANY,

    Defendants.
_____/

No. C 09-3329 CW

ORDER GRANTING IN PART DEFENDANT NCAA'S MOTION FOR LEAVE TO FILE FURTHER BRIEFING

The National Collegiate Athletic Association (NCAA) has filed an administrative motion for leave to file supplemental briefing in support of its motion for de novo review of Magistrate Judge Cousins' order granting Plaintiffs' request for attorneys' fees and granting in part Plaintiffs' request for costs and expenses. The NCAA seeks to address the Ninth Circuit's September 30, 2015 opinion affirming in part and reversing in part this Court's judgment. See O'Bannon v. NCAA, 802 F.3d 1049 (9th Cir. 2015). Plaintiffs oppose the motion.

Having considered the parties' papers and the record in this case, the Court grants in part the NCAA's motion for leave to file further briefing. Within four weeks of the date of this order, the NCAA may file a brief of ten pages or less, addressing its position regarding the impact the Ninth Circuit's decision has on the overall scope of Plaintiffs' success. The Court will not entertain argument regarding specific time entries that are purportedly related only to pursuing the remedy reversed by the

Ninth Circuit.  Within two weeks thereafter Plaintiffs may file a response of ten pages or less.

The Court is mindful that Plaintiffs' motion for rehearing en banc is pending before the Ninth Circuit.  If the Ninth Circuit grants rehearing en banc before the parties file their further briefs, the deadlines in this order will be vacated and the parties should wait for further instructions from the Court.

IT IS SO ORDERED.

Dated: December 1, 2015

CLAUDIA WILKEN
United States District Judge