UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD C. O'BANNON, JR., et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al., <br><br> Defendants. | Case No. 09-cv-03329 CW   (NC) <br><br> **ORDER FOLLOWING STATUS CONFERENCE** |

On March 16, 2016, the parties attended a telephonic hearing regarding settlement claims forms received by the Court. The Court provided electronic copies of the claims forms to both plaintiff and defense counsel and requested that Plaintiffs report to the Court about whether the forms are duplicative, have already been resolved, or, if any have not been resolved, to state their proposal to resolve them.

Plaintiffs are ordered to file an updated settlement process status report by March 30, 2016.

**IT IS SO ORDERED.**

Dated: March 20, 2016

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 09-cv-03329 CW