IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD O'BANNON, et al.<br><br>    Plaintiffs,<br><br>  v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; ELECTRONIC ARTS INC.; and COLLEGIATE LICENSING COMPANY,<br><br>    Defendants.<br>_____/ | No. C 09-3329 CW<br><br>**AMENDED** ORDER GRANTING IN PART DEFENDANT NCAA'S MOTION FOR STAY WITHOUT BOND |

    On March 31, 2016, the Court ordered Defendant the National Collegiate Athletic Association (NCAA) to pay Plaintiffs $40,794,245.89 in attorneys' fees and $1,540,195.58 in costs. Docket No. 477. On April 28, 2016, the NCAA filed a notice of appeal of the Court's order on fees and costs. Docket No. 483. The NCAA has now filed a motion to stay enforcement of the judgment pending appeal without bond. The NCAA argues that a stay is warranted without a bond because it is clearly able to pay the judgment and the $500,000 cost of the bond would be a waste of money. Plaintiffs oppose the motion.

    Having considered the parties' papers and the record in this case, the Court grants the NCAA's motion in part. The NCAA is not required to obtain a bond. However, in order for the case to be stayed without bond, the NCAA is required to place $9,088,526.38, **the amount to which the NCAA originally asked that Plaintiffs' fees be reduced**, in an escrow account under mutually agreed terms. If the Supreme Court **denies the pending petitions for writ of**

**certiorari or** affirms the finding of antitrust liability against the NCAA, this amount is to be paid to Plaintiffs immediately, even if litigation regarding the remedy or the attorneys' fees and costs continues.  In addition, ninety days after the date of this order and every ninety days thereafter, the NCAA shall provide a report to Plaintiffs' counsel regarding any material changes in its financial conditions.  This order is without prejudice to either party moving for a modification of the stay based on changed circumstances.

    IT IS SO ORDERED.

Dated:  June 17, 2016

CLAUDIA WILKEN
United States District Judge